EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
STEPHEN P. ACQUISTO, State Bar No. 172527
Supervising Deputy Attorney General
ANTHONY R. HAKL, State Bar No. 197335
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-9041
 Fax: (916) 324-8835
 E-mail: Anthony.Hakl@doj.ca.gov
*Attorneys for Defendant Wilfredo Cid*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILFREDO CID,**<br><br>Defendant. | 2:09-cv-01185-FCD-KJM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CID TO RESPOND TO AMENDED COMPLAINT**<br><br>Action Filed: April 30, 2009 |

Plaintiffs initiated this action by filing their complaint on April 30, 2009. They filed an amended complaint on May 11.

Plaintiffs completed service of process on defendant Wilfredo Cid on May 14, which made his response to the amended complaint due on June 3. See Fed. R. Civ. P. 12.

The parties have now agreed that defendant Cid shall have up to and including **July 6** to file an answer or other response to the amended complaint. This stipulation takes into account the July 3 court holiday and therefore represents an initial extension of time of thirty days. See Local Rule 6-144(a)("Unless the filing date has been set by order of the Court, an initial stipulation

1

extending time for no more than thirty (30) days to respond to a complaint . . . may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation.").

Dated: May 29, 2009

EDMUND G. BROWN JR.
Attorney General of California
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General

*[signature]*

ANTHONY R. HAKL
Deputy Attorney General
*Attorneys for Defendant*

Dated: May 28, 2009

LAW OFFICES OF DONALD KILMER, A.P.C.

*[signature]*

DONALD E. J. KILMER, JR.
*Attorneys for Plaintiffs*

SA2009310413
30758624.doc