EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
STEPHEN P. ACQUISTO, State Bar No. 172527
Supervising Deputy Attorney General
ANTHONY R. HAKL, State Bar No. 197335
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-9041
 Fax: (916) 324-8835
 E-mail: Anthony.Hakl@doj.ca.gov

*Attorneys for Defendant Wilfredo Cid*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILFREDO CID,**<br><br>Defendant. | 2:09-cv-01185-FCD-KJM<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT BY DEFENDANT CID**<br><br>Date: October 2, 2009<br>Time: 10:00 a.m.<br>Dept: No. 2, 15th Floor<br>Judge: Frank C. Damrell, Jr.<br>Trial Date: None<br>Action Filed: April 30, 2009 |

TO PLAINTIFFS IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC., and to their attorneys of record:

PLEASE TAKE NOTICE that on October 2, 2009, at 10:00 a.m., or as soon thereafter as the matter may be heard by this Court, located at 501 I Street, Sacramento, California 95814, Defendant Wilfredo Cid, Chief of the Bureau of Firearms of the California Department of Justice, in his official and individual capacities, will move pursuant to Federal Rules of Civil Procedure 12(b)(6) for an order dismissing this matter in its entirety.

1  Cid moves to dismiss the amended complaint on the grounds that it fails to state a claim
2  upon which relief may be granted because the Second Amendment does not invalidate
3  California's Unsafe Handgun Act (UHA) and the UHA does not trigger equal protection review,
4  or violate equal protection.
5  This motion is based upon this notice of motion and motion, the memorandum of points
6  and authorities, as well as the pleadings, orders, and other documents already on file in this
7  action.

8  Dated: July 6, 2009              Respectfully Submitted,

9  EDMUND G. BROWN JR.
   Attorney General of California
10 STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General

12 /s/ *Anthony R. Hakl*

13 ANTHONY R. HAKL
   Deputy Attorney General
14 *Attorneys for Defendant*

27 SA2009310413
   30801681.doc
28

Notice of Motion and Motion To Dismiss Amended Complaint By Defendant Cid  (2:09-cv-01185-FCD-KJM)