1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  STEPHEN P. ACQUISTO, State Bar No. 172527
   Supervising Deputy Attorney General
3  ANTHONY R. HAKL, State Bar No. 197335
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 322-9041
6    Fax: (916) 324-8835
     E-mail: Anthony.Hakl@doj.ca.gov
7  *Attorneys for Defendant Wilfredo Cid*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WILFREDO CID,<br><br>Defendant. | 2:09-cv-01185-FCD-KJM<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME TO CONFER UNDER RULE 26(f) AND FILE JOINT STATUS REPORT**<br><br>Action Filed: April 30, 2009 |

## BACKGROUND

Plaintiffs completed service of process on defendant Wilfredo Cid on May 14. Under the Court's May 1, 2009 Order Requiring Joint Status Report, the parties are therefore to confer as required by Federal Rule of Civil Procedure 26(f) and prepare and submit a joint status report on or before July 13, 2009 (i.e., sixty days after service of process). Defendant Wilfredo Cid's answer or other response to the amended complaint is not due until July 6. Additionally, counsel for defendant will be out of the office on a pre-planned vacation beginning July 6 and not returning to the office until July 20.

1

## STIPULATION

In light of the circumstances, the parties have agreed to request the Court for an order extending their time to confer under Rule 26(f) and file a joint status report up to and including August 19, 2009. Such an extension of time would be the first one regarding the parties' time to confer under Rule 26(f) and file a joint status report.

Dated: July 7, 2009

EDMUND G. BROWN JR.
Attorney General of California
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General

ANTHONY R. HAKL
Deputy Attorney General
*Attorneys for Defendant*

Dated: July 7, 2009

LAW OFFICES OF DONALD KILMER, A.P.C.

DONALD E. J. KILMER, JR.
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WILFREDO CID,<br><br>Defendant. | 2:09-cv-01185-FCD-KJM<br><br>[PROPOSED] ORDER ON THE PARTIES' STIPULATION AND REQUEST FOR EXTENSION OF TIME TO CONFER UNDER RULE 26(f) AND FILE JOINT STATUS REPORT<br><br>Action Filed: April 30, 2009 |

Having considered the stipulation of the parties, it is hereby ordered that their time to confer under Federal Rule of Civil Procedure 26(f) and file a joint status report is extended up to and including August 19, 2009.

IT IS SO ORDERED.

Date:_____

_____
FRANK C. DAMRELL, JR.
United States District Judge