IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILFREDO CID,**<br><br>Defendant. | 2:09-cv-01185-FCD-KJM<br><br>**ORDER ON THE PARTIES' STIPULATION AND REQUEST FOR EXTENSION OF TIME TO CONFER UNDER RULE 26(f) AND FILE JOINT STATUS REPORT**<br><br>Action Filed:  April 30, 2009 |

Having considered the stipulation of the parties, it is hereby ordered that their time to confer under Federal Rule of Civil Procedure 26(f) and file a joint status report is extended up to and including August 19, 2009.

IT IS SO ORDERED.

Date: July 7, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE