1  Alan Gura (Calif. Bar No. 178221)
2  Gura & Possessky, PLLC
   101 N. Columbus St., Suite 405
3  Alexandria, VA 22314
   703.835.9085/Fax 703.997.7665
4
5  Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
   Law Offices of Donald Kilmer, A.P.C.
6  1645 Willow Street, Suite 150
   San Jose, CA 95125
7  408.264.8489/Fax 408.264.8487
8
9  Jason A. Davis (Calif. Bar No. 224250)
   Davis & Associates
   27281 Las Ramblas, Suite 200
10 Mission Viejo, CA 92691
   949.310.0817/Fax 949.288.6894
11
12            IN THE UNITED STATES DISTRICT COURT
13          FOR THE EASTERN DISTRICT OF CALIFORNIA
14
15   Ivan Peña, et al.,                )   Case No. 2:09-CV-01185-FCD-KJM
                                       )
16            Plaintiffs,              )   NOTICE OF MOTION AND MOTION
                                       )   FOR SUMMARY JUDGMENT
17        v.                           )   [Fed. R. Civ. P. 56]
                                       )
18   Wilfredo Cid,                     )   Date:  Oct. 2, 2009
19                                     )   Time:  10:00 a.m.
              Defendants.              )   Dept:  2, 15th Floor
20   _____)   Judge: Frank C. Damrell, Jr.
21                                         Trial Date:   None
                                           Action Filed:  April 30, 2009
22
23 TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:
24
25        PLEASE TAKE NOTICE that on Friday, October 2, 2009, at 10:00 a.m. or as soon
26 thereafter as the matter may be heard, in Courtroom 2 of the United State District Court for the
27 Eastern California, 501 I Street, Sacramento, California 95814 Plaintiffs Ivan Peña, Roy
28

Vargas, Doña Croston, Brett Thomas, the Second Amendment Foundation, Inc., and the Calguns Foundation, Inc., by and through undersigned counsel, will move this Honorable Court to enter a summary judgment in their favor and against Defendant pursuant to Fed. R. Civ. Proc. 56.

Plaintiffs move for entry of summary judgment on all claims as the material facts in this case are not in dispute, and Defendant's challenged customs, practices and policies violate Plaintiffs' rights under the Second and Fourteenth Amendments to the United States Constitution.   This motion is based upon this notice of motion and motion, the attached memorandum of points and authorities, exhibits, declarations, separate statement of undisputed facts, any material in the Court's files, and any other relevant matter to be considered by the Court.

Dated: September 1, 2009                    Respectfully submitted,

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)        Alan Gura (Calif. Bar No. 178221)
Law Offices of Donald Kilmer, A.P.C.                   Gura & Possessky, PLLC
1645 Willow Street, Suite 150                          101 N. Columbus St., Suite 405
San Jose, CA 95125                                     Alexandria, VA 22314
408.264.8489/Fax 408.264.8487                          703.835.9085/Fax 703.997.7665
E-Mail: Don@DKLawOffice.com

By:  /s/Donald E.J. Kilmer, Jr./_____        By:   /s/Alan Gura/_____
        Donald E.J. Kilmer, Jr.                     Alan Gura

                                                    Jason A. Davis (Calif. Bar No. 224250)
                                                    Davis & Associates
                                                    27281 Las Ramblas, Suite 200
                                                    Mission Viejo, CA 92691
                                                    949.310.0817/Fax 949.288.6894

                                              By:   /s/Jason Davis/_____
                                                    Jason Davis

                                                    Attorneys for Plaintiffs