1 Alan Gura (Calif. Bar No. 178221)
2 Gura & Possessky, PLLC
  101 N. Columbus St., Suite 405
3 Alexandria, VA 22314
  703.835.9085/Fax 703.997.7665
4
5 Donald E J. Kilmer, Jr. (Calif Bar No. 179986)
  Law Offices of Donald Kilmer, A.P.C.
6 1645 Willow Street, Suite 150
  San Jose, CA 95125
7 408.264.8489/Fax 408.264.8487
8
  Jason A. Davis (Calif. Bar No. 224250)
9 Davis & Associates
  27281 Las Ramblas, Suite 200
10 Mission Viejo, CA 92691
   949.310.0817/Fax 949.288.6894
11

12               IN THE UNITED STATES DISTRICT COURT

13             FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 | Ivan Peña, et al.,              ) Case No. 2:09-CV-01185-FCD-KJM
                                     )
16 |        Plaintiffs,               ) DECLARATION OF DOÑA CROSTON
                                     ) IN SUPPORT OF MOTION FOR
17 |                                  ) SUMMARY JUDGMENT
                                     ) [Fed. R. Civ. P. 56]
18 |    v.                            )
                                     )
19 | Wilfredo Cid,                    ) Date:  Oct. 2, 2009
                                     ) Time:  10:00 a.m.
20 |        Defendants.               ) Dept:  2, 15th Floor
21 |_____  ) Judge: Frank C. Damrell, Jr.
                                       Trial Date:   None
22                                     Action Filed: April 30, 2009

23

24                    **DECLARATION OF DOÑA CROSTON**

25   I, Doña Croston, am competent to state, and to declare the following based on my personal

26 knowledge:

27  1.   I am a citizen of the United States and the State of California.

28  2.   I am a member of the Second Amendment Foundation and a supporter of their

1. activities.

2. 3.  I am a participant and supporter of the CalGuns Foundation, Inc. activities.

3. 4.  I seek to purchase a Springfield Armory XD-45 Tactical 5" Bi-Tone stainless steel/black handgun in .45 ACP, model number XD9623, and have identified a willing seller who stands ready to deliver said handgun to me.

4. 5.  I cannot lawfully purchase and take possession of the handgun as that handgun is not on the California Handgun Roster.

5. 6.  I fear arrest, prosecution, fine and incarceration if I complete this handgun purchase.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 1st day of September, 2009.

*[signature]*

Doña Croston