1  Alan Gura (Calif. Bar No. 178221)
   Gura & Possessky, PLLC
2  101 N. Columbus St., Suite 405
3  Alexandria, VA 22314
   703.835.9085/Fax 703.997.7665
4

5  Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
   Law Offices of Donald Kilmer, A.P.C.
6  1645 Willow Street, Suite 150
   San Jose, CA 95125
7  408.264.8489/Fax 408.264.8487

8
   Jason A. Davis (Calif. Bar No. 224250)
9  Davis & Associates
   27281 Las Ramblas, Suite 200
10 Mission Viejo, CA 92691
   949.310.0817/Fax 949.288.6894
11

12            IN THE UNITED STATES DISTRICT COURT

13         FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 | Ivan Peña, et al.,                )   Case No. 2:09-CV-01185-FCD-KJM
                                       )
16 |            Plaintiffs,            )   DECLARATION OF ALAN GOTTLIEB
                                       )   IN SUPPORT OF MOTION FOR
17 |                                   )   SUMMARY JUDGMENT
                                       )   [Fed. R. Civ. P. 56]
18 |            v.                     )
                                       )
19 | Wilfredo Cid,                     )   Date:  Oct. 2, 2009
                                       )   Time:  10:00 a.m.
20 |            Defendants.            )   Dept:  2, 15th Floor
                                       )   Judge: Frank C. Damrell, Jr.
21 |_____)   Trial Date:    None
22                                         Action Filed:  April 30, 2009

23

24            **DECLARATION OF ALAN GOTTLIEB**

25   I, Alan Gottlieb, am competent to state, and to declare the following based on my personal

26 knowledge:

27   1.    I am the Founder and Executive Vice President of the Second Amendment Foundation,

28

1  Inc. ("SAF").

2    2.  The Second Amendment Foundation, Inc. is a non-profit membership organization

3  incorporated under the laws of Washington with its principal place of business in Bellevue,

4  Washington.

5    3.  SAF has over 650,000 members and supporters nationwide, including many in

6  Sacramento and Yolo Counties

7    4.  The purposes of SAF include education, research, publishing and legal action focusing

8  on the Constitutional right to privately own and possess firearms, and the consequences of gun

9  control.

10    5.  SAF expends their resources encouraging exercise of the right to bear arms, and

11  advising and educating their members, supporters, and the general public about the legality of

12  particular firearms. The issues raised by, and consequences of, Defendant's policies, are of

13  great interest to SAF constituencies.

14    6.  Defendant's policies regularly cause the expenditure of resources by SAF as people turn

15  to our organizations for advice and information.

16    7.  Defendant's policies bar the members and supporters of SAF from obtaining numerous,

17  if not most, handguns.

18      I declare under penalty of perjury that the foregoing is true and correct.

19      Executed this 1st day of September, 2009.

23      Alan Gottlieb
    Executive Vice President / Founder
24      Second Amendment Foundation