Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Wilfredo Cid,<br><br>　　　　Defendants. | Case No. 2:09-CV-01185-FCD-KJM<br><br>DECLARATION OF GENE HOFFMAN, JR. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br>[Fed. R. Civ. P. 56]<br><br>Date:　Oct. 2, 2009<br>Time:　10:00 a.m.<br>Dept:　2, 15th Floor<br>Judge: Frank C. Damrell, Jr.<br>Trial Date:　None<br>Action Filed:　April 30, 2009 |

## DECLARATION OF GENE HOFFMAN, JR.

I, Gene Hoffman, Jr., am competent to state, and to declare the following based on my personal knowledge:

1. I am the Chairman of the Calguns Foundation, Inc. ("CGF").

2. CFG is a non-profit organization incorporated under the laws of California with its principal place of business in Redwood City, California.

3. The purposes of CGF include supporting the California firearms community by promoting education for all stakeholders about California and federal firearm laws, rights and privileges, and securing, defending and protecting the civil rights of California gun owners, who are its members and supporters.

4. CGF expends their resources encouraging exercise of the right to bear arms, and advising and educating their members, supporters, and the general public about the legality of particular firearms. The issues raised by, and consequences of, Defendant's policies, are of great interest to CGF constituencies.

5. Defendant's policies regularly cause the expenditure of resources by CGF as people turn to our organization for advice and information.

6. Defendant's policies bar the board members and supporters of CGF from obtaining numerous, if not most, handguns.

7. Exhibit A is a true and correct copy of documents provided to me by the State of California in response to a request for official records pursuant to the California Public Records Act, Cal. Government Code §6250, et seq.

8. Exhibit B is a true and correct copy of: Jon Vernick, e al., "'*I Didn't Know the Gun Was Loaded': An Explanation of Two Safety Devices That Can Reduce the Risk of Unintentional Firearm Injuries.*" 20 Journal of Public Health Policy No. 4. (1999).

9. Exhibit C is a true and correct copy of the certified Legislative History of "Unsafe Handgun Bill" Author Bill File.

10. Exhibit D is a true and correct copy of the certified Legislative History of "Unsafe Handgun Bill" Senate Floor Analysis.

1. 11. Exhibit H is a true and correct copy of documents provided to me by the State of California in response to a request for official records pursuant to the California Public Records Act, Cal. Government Code §6250, et seq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 1st day of September, 2009.

*[signature]*

Gene Hoffman, Jr.
Chairman
Calguns Foundation, Inc.