Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al., | Case No. 2:09-CV-01185-FCD-KJM |
| Plaintiffs, | DECLARATION OF IVAN PEÑA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| v. | [Fed. R. Civ. P. 56] |
| Wilfredo Cid, | Date: Oct. 2, 2009 |
| Defendants. | Time: 10:00 a.m. |
| | Dept: 2, 15th Floor |
| | Judge: Frank C. Damrell, Jr. |
| | Trial Date: None |
| | Action Filed: April 30, 2009 |

### DECLARATION OF IVAN PEÑA

I, Ivan Peña, am competent to state, and to declare the following based on my personal knowledge:

1. I am a citizen of the United States and the State of California.

1  2.  I am a member of the Second Amendment Foundation and a supporter of their
2  activities.
3  3.  I am a board member of the CalGuns Foundation, Inc. and a supporter of their
4  activities.
5  4.  I seek to purchase a Para USA (Para Ordnance) P1345SR / Stainless Steel .45 ACP
6  4.25", and have identified a willing seller who stands ready to deliver said handgun to me.
7  5.  The Para USA P1345SR I sought to purchase was listed on California's Handgun
8  Roster until December 31, 2005, when it was discontinued and its listing not renewed.
9  6.  I cannot lawfully purchase and take possession of the handgun as that handgun is not on
10 the California Handgun Roster.
11 7.  I fear arrest, prosecution, fine and incarceration if I complete this handgun purchase.
12    I declare under penalty of perjury that the foregoing is true and correct.
13    Executed this the 1st day of September, 2009.
14
15           *[signature]*
16           Ivan Peña
17
18
19
20
21
22
23
24
25
26
27
28