Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Wilfredo Cid, <br><br> Defendants. | Case No. 2:09-CV-01185-FCD-KJM <br><br> DECLARATION OF BRETT THOMAS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT <br> [Fed. R. Civ. P. 56] <br><br> Date:   Oct. 2, 2009 <br> Time:   10:00 a.m. <br> Dept:   2, 15th Floor <br> Judge:  Frank C. Damrell, Jr. <br> Trial Date:   None <br> Action Filed:  April 30, 2009 |

**DECLARATION OF BRETT THOMAS**

I, Brett Thomas, am competent to state, and to declare the following based on my personal knowledge:

1. I am a citizen of the United States and the State of California.

2. I am a member of the Second Amendment Foundation and a supporter of their activities.

3. I am a board member of the CalGuns Foundation, Inc. and a supporter of their activities.

4. The handgun at issue in *District of Columbia* v. *Heller*, 128 S. Ct. 2783 (2008), was a High Standard 9-shot revolver in .22 with a 9.5" Buntline-style[1] barrel.

5. I seek to purchase an identical High Standard 9-shot revolver in .22 with a 9.5" Butline-style barrel, and have identified a willing seller who stands ready to deliver said handgun to me.

6. I cannot lawfully purchase and take possession of the handgun as that handgun is not on the California Handgun Roster.

7. I fear arrest, prosecution, fine and incarceration if I complete this handgun purchase.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 1st day of September, 2009.

_____

Brett Thomas

---

[1] A "Buntline" is a Western-style extra-long barrel revolver, named for 19th-century novelist Ned Buntline who was said to commission such guns for famous personalities of the day.