Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>Wilfredo Cid,<br><br>　　　　Defendants. | Case No. 2:09-CV-01185-FCD-KJM<br><br>DECLARATION OF ROY VARGAS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br>[Fed. R. Civ. P. 56]<br><br>Date:　Oct. 2, 2009<br>Time:　10:00 a.m.<br>Dept:　2, 15th Floor<br>Judge: Frank C. Damrell, Jr.<br>Trial Date:　None<br>Action Filed:　April 30, 2009 |

**DECLARATION OF ROY VARGAS**

I, Roy Vargas am competent to state, and to declare the following based on my personal knowledge:

1. I am a citizen of the United States and the State of California. I am a citizen of the

1. United States and the State of California.
2. I am a member of the Second Amendment Foundation and a supporter of their activities.
3. I am a participant and supporter in CalGuns Foundation, Inc. activities.
4. I seek to purchase a Glock 21 SF with an ambidextrous magazine release, and have identified a willing seller who stands ready to deliver said handgun to Plaintiff.
5. However, I cannot lawfully purchase and take possession of the handgun as that handgun is not listed on the California Handgun Roster.
6. I fear arrest, prosecution, fine and incarceration if I complete this handgun purchase.
7. I was born without an arm below the right elbow.
8. The Glock 21 SF with a standard magazine release is listed on the California Handgun Roster.
9. However, the Glock-21 SF with ambidextrous magazine release is superior for left-handed shooters such myself, as opposed to the approved version of the Glock 21.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 1st day of September, 2009.

*[signature]*

Roy Vargas