Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-FCD-KJM |
| Plaintiffs, | ) | |
| | ) | **EXHIBIT G** |
| v. | ) | |
| | ) | In Support of Plaintiffs' Motion |
| Wilfredo Cid, | ) | For Summary Judgment |
| Defendant. | ) | |

Respectfully Submitted on Sept. 1, 2009

Alan Gura (Calif. Bar No. 178221)          Jason A. Davis (Calif. Bar No. 224250)
Gura & Possessky, PLLC                      Davis & Associates
101 N. Columbus St., Suite 405              27281 Las Ramblas, Suite 200
Alexandria, VA 22314                        Mission Viejo, CA 92691
703.835.9085/Fax 703.997.7665               949.310.0817/Fax 949.288.6894

                                            Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
                                            Law Offices of Donald Kilmer, A.P.C.
                                            1645 Willow Street, Suite 150
                                            San Jose, CA 95125
                                            408.264.8489/Fax 408.264.8487

                              By:   /s/ Donald E.J. Kilmer, Jr.
                                    Donald E. J. Kilmer, Jr., Attorney for Plaintiffs

# Department of Justice Bureau of Firearms De-Certified Handgun Models

The following handgun model listings have expired and consequently have been removed from the DOJ Handgun Roster and may no longer be sold, manufactured, etc., within California unless such sale, manufacture, etc., is otherwise expressly allowed under

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Walther USA (Carl Walther) | P1 (Century Int'l) / Composite, Steel | 9mm | Pistol | 4.94" | 8/21/2009 |
| Kimber | Ultra Ten II / Stainless Steel, Polymer | .45 ACP | Pistol | 3" | 8/19/2009 |
| Ed Brown Products | SF-BB-CAL (Special Forces) / Carbon Steel | .45 ACP | Pistol | 5" | 8/16/2009 |
| Firestorm (Gabilondo) | Mini Fire Storm 9mm / Blue Steel, Alloy | 9mm | Pistol | 3.375" | 7/29/2009 |
| Ed Brown Products | Executive Target "ET-BB-CAL" / Carbon Steel | .45 ACP | Pistol | 5" | 7/18/2009 |
| Kimber | Team Match II / Stainless Steel | .45 ACP | Pistol | 5" | 7/17/2009 |
| Sturm, Ruger & Co. | P95L / Blued Steel, Stnls Steel, Polymer | 9mm | Pistol | 3.90" | 6/25/2009 |
| Ed Brown Products | KC-SS-CAL / Stainless Steel | .45 ACP | Pistol | 4.25" | 6/24/2009 |
| Browning | Buck Mark Micro Standard URX SE MS / Steel, Alloy | .22 LR | Pistol | 4" | 6/18/2009 |
| Browning | Buck Mark SE MS Lt Splash 7.25 URX FO, Adj S / Steel, Alloy | .22 LR | Pistol | 7.25" | 6/18/2009 |
| Sturm, Ruger & Co. | KMK512GCUS / Stainless Steel | .22 LR | Pistol | 5.5" | 6/18/2009 |
| Sturm, Ruger & Co. | P97D / Blue Steel, Polymer | .45 ACP | Pistol | 4.25" | 6/13/2009 |
| Magnum Research | BE9900RB / Steel | 9mm | Pistol | 3.5" | 6/11/2009 |
| Sturm, Ruger & Co. | KGP-141TG / Stainless Steel | .357 Magnum | Revolver | 4" | 6/3/2009 |
| Sturm, Ruger & Co. | KSP-321XTG / Stainless Steel | .357 Magnum | Revolver | 2.25" | 6/3/2009 |
| Sturm, Ruger & Co. | KP95DPR / Stainless Steel, Polymer | 9mm | Pistol | 3.9" | 5/27/2009 |
| Sturm, Ruger & Co. | P95DPR / Blue Steel, Polymer | 9mm | Pistol | 3.9" | 5/27/2009 |
| Sturm, Ruger & Co. | KP944D / Stainless Steel, Alum. Alloy | .40 S&W | Pistol | 4.20" | 5/15/2009 |
| Kimber | Stainless TLE/RL II / Stainless Steel | .45 ACP | Pistol | 5" | 5/10/2009 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Sturm, Ruger & Co. | KP345DPR / Stainless Steel, Polymer | .45 ACP | Pistol | 4.2" | 4/25/2009 |
| Sturm, Ruger & Co. | KSRH-9454 / Stainless Steel | .454 Casull | Revolver | 9.5" | 4/17/2009 |
| Charles Daly | CDGR6002 1911 A-1 / Blue Steel | .45 ACP | Pistol | 5" | 4/4/2009 |
| Sturm, Ruger & Co. | KSRH-2480 / Stainless Steel | .480 Ruger | Revolver | 2.5" | 3/28/2009 |
| Kimber | Tactical Pro II / Blue Steel, Aluminum | .45 ACP | Pistol | 4" | 3/27/2009 |
| Springfield Armory | PX9503L (ambi safety) / Alloy, Steel | .45 ACP | Pistol | 4" | 3/27/2009 |
| Springfield Armory | PX9503L / Alloy, Steel | .45 ACP | Pistol | 4" | 3/27/2009 |
| Firestorm (Gabilondo) | Mini Firestorm / 4140 Steel, Alloy | .40 S&W | Pistol | 3.25" | 3/26/2009 |
| Kimber | Tactical Custom II / Blue Steel, Aluminum | .45 ACP | Pistol | 5" | 3/20/2009 |
| Firestorm (Gabilondo) | Mini Firestorm 45 / Alloy, 4140 Steel | .45 ACP | Pistol | 3.6" | 3/19/2009 |
| Kimber | Tactical Ultra II / Blue Steel, Aluminum | .45 ACP | Pistol | 3" | 3/19/2009 |
| Sturm, Ruger & Co. | MK512GCL / Blue Steel | .22 LR | Pistol | 5.5" | 3/19/2009 |
| Kimber | Royal II/External Extractor / Blue Steel | .45 ACP | Pistol | 5" | 3/16/2009 |
| Browning | Buck Mark Micro Standard SS MS / Stainless Steel, Alloy | .22 LR | Pistol | 4" | 3/8/2009 |
| Sturm, Ruger & Co. | KSP-241X / Stainless Steel | .22 LR | Revolver | 4" | 3/6/2009 |
| Sturm, Ruger & Co. | KSP-3241X / Stainless Steel | .32 H&R Magnum | Revolver | 4" | 3/6/2009 |
| Kimber | BP Ten II / Blue Steel, Poly | .45 ACP | Pistol | 5" | 3/4/2009 |
| Kimber | Custom CDP II / Stainless, Aluminum | .45 ACP | Pistol | 5" | 3/4/2009 |
| Kimber | Pro BP Ten II / Blue Steel, Poly | .45 ACP | Pistol | 4" | 3/4/2009 |
| Kimber | Custom Target/External Extractor / Blue Steel | .45 ACP | Pistol | 5" | 2/25/2009 |
| Kimber | Custom TLE II/External Extractor / Blue Steel | .45 ACP | Pistol | 5" | 2/25/2009 |
| Kimber | Eclipse Pro Target II/External Extractor / Stainless Steel | .45 ACP | Pistol | 4" | 2/25/2009 |
| Kimber | Gold Match II/External Extractor / Blue Steel | .45 ACP | Pistol | 5" | 2/25/2009 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Kimber | Gold Stainless Combat II/External Extractor / Stainless Steel | .45 ACP | Pistol | 5" | 2/25/2009 |
| Kimber | Stainless TLE/External Extractor / Stainless Steel | .45 ACP | Pistol | 5" | 2/25/2009 |
| Springfield Armory | PX9129L (ambi safety) / Stainless Steel | .45 ACP | Pistol | 6" | 2/20/2009 |
| Springfield Armory | PX9129L / Stainless Steel | .45 ACP | Pistol | 6" | 2/20/2009 |
| Springfield Armory | PX9510L (ambi safety) / Stainless, Blue Carbon Steel | .45 ACP | Pistol | 3.25" | 2/20/2009 |
| Springfield Armory | PX9510L / Stainless, Blue Carbon Steel | .45 ACP | Pistol | 3.25" | 2/20/2009 |
| Kimber | Gold Match Ten II / Stainless, Polymer | .45 ACP | Pistol | 5" | 2/9/2009 |
| Kimber | Gold Combat II/External Extractor / Stainless Steel | .45 ACP | Pistol | 5" | 2/4/2009 |
| Kimber | Pro CDP II/External Extractor / Stainless Steel, Aluminum | .45 ACP | Pistol | 4" | 2/4/2009 |
| Kimber | Pro HD II/External Extractor / Stainless Steel | .45 ACP | Pistol | 4" | 2/4/2009 |
| Springfield Armory | PX9629L (ambi safety) / Stainless Steel | .45 | Pistol | 6" | 1/29/2009 |
| Springfield Armory | PX9629L / Stainless Steel | .45 | Pistol | 6" | 1/29/2009 |
| Kimber | Stainless Ten II / Stainless/Polymer | .45 ACP | Pistol | 5" | 1/27/2009 |
| Springfield Armory | PX9805L / Alloy, Stainless Steel | .45 ACP | Pistol | 3" | 1/17/2009 |
| Kimber | Eclipse Ultra II/External Extractor / Stainless Steel | .45 ACP | Pistol | 3" | 1/9/2009 |
| Kimber | Stainless Pro Carry II/External Extractor / Stainless Steel, Aluminum | .45 ACP | Pistol | 4" | 1/5/2009 |
| Kimber | Super Match II/External Extractor / Stainless Steel | .45 ACP | Pistol | 5" | 1/5/2009 |
| Sturm, Ruger & Co. | GPF-340 / Blue Steel | .357 Magnum | Revolver | 4" | 12/31/2008 |
| Sturm, Ruger & Co. | KGPF-330 / Stainless Steel | .357 Magnum | Revolver | 3" | 12/31/2008 |
| Sturm, Ruger & Co. | KGPF-340 / Stainless Steel | .357 Magnum | Revolver | 4" | 12/31/2008 |
| Sturm, Ruger & Co. | KGPF-840 / Stainless Steel | .38 Spl | Revolver | 4" | 12/31/2008 |
| Sturm, Ruger & Co. | KP4 / Stainless Steel, Polymer | .22 LR | Pistol | 4.75" | 12/31/2008 |
| Sturm, Ruger & Co. | KRH-445 / Stainless Steel | .44 Magnum | Revolver | 5.5" | 12/31/2008 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Sturm, Ruger & Co. | KRH-45 / Stainless Steel | .45 Long Colt | Revolver | 7.5" | 12/31/2008 |
| Sturm, Ruger & Co. | KRH-45R / Stainless Steel | .45 Long Colt | Revolver | 7.5" | 12/31/2008 |
| Sturm, Ruger & Co. | MK6 (Mark II) / Blue Steel | .22 LR | Pistol | 6" | 12/31/2008 |
| Sturm, Ruger & Co. | P94 / Blue Steel, Alum. Alloy | 9mm | Pistol | 4.2" | 12/31/2008 |
| Detonics USA LLC | 9-11-01 / Stainless Steel | .45 ACP | Pistol | 5" | 12/29/2008 |
| Detonics USA LLC | Combat Master / Stainless Steel | .45 ACP | Pistol | 3.5" | 12/29/2008 |
| Para USA (Para Ordnance) | PX745ELMB / Steel | .45 ACP | Pistol | 5" | 12/29/2008 |
| Para USA (Para Ordnance) | PX745EMB / Steel | .45 ACP | Pistol | 5" | 12/29/2008 |
| Para USA (Para Ordnance) | PX745ENMB / Steel | .45 ACP | Pistol | 5" | 12/29/2008 |
| Springfield Armory | XD9102LE / Polymer, Steel | .40 S&W | Pistol | 4.08" | 12/20/2008 |
| Springfield Armory | XD9103LE / Polymer, Steel | .357 SIG | Pistol | 4.08" | 12/20/2008 |
| Kimber | Stainless Gold Match II/External Extractor / Stainless Steel | .45 ACP | Pistol | 5" | 12/17/2008 |
| Kimber | Eclipse Custom II/External Extractor / Stainless Steel | .45 ACP | Pistol | 5" | 12/16/2008 |
| Kimber | Eclipse Target II/External Extractor / Stainless Steel | .45 ACP | Pistol | 5" | 12/16/2008 |
| Kimber | Stainless Target II/External Extractor / Stainless Steel | .45 ACP | Pistol | 5" | 12/16/2008 |
| Kimber | Ultra CDP II/External Extractor / Stainless Steel, Aluminum | .45 ACP | Pistol | 3" | 12/16/2008 |
| Nighthawk Custom | Talon IV (Black/Blue) / Steel | .45 ACP | Pistol | 3.65" | 12/14/2008 |
| Nighthawk Custom | Talon IV (Black/Sniper Gray) / Steel | .45 ACP | Pistol | 3.65" | 12/14/2008 |
| Nighthawk Custom | Talon IV / Steel | .45 ACP | Pistol | 3.65" | 12/14/2008 |
| Kimber | Rimfire Target Black 17M2 / Lightweight Alloy | .17 HM2 | Pistol | 5" | 11/4/2008 |
| Springfield Armory | XD9101LE / Steel, Polymer | 9mm | Pistol | 4.08" | 10/21/2008 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig Arms) | 1911-45-S / Stainless Steel | .45 ACP | Pistol | 5" | 8/10/2008 |
| Charles Daly | CDGR6269 1911A-1 / Stainless Steel | .45 ACP | Pistol | 4" | 8/2/2008 |
| Charles Daly | CDGR8008 Field HP / Blue Steel | 9mm | Pistol | 4.625" | 8/2/2008 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Browning | Buck Mark Camper Splash MS / Steel, Alloy | .22 LR | Pistol | 5.5" | 7/29/2008 |
| Browning | Buck Mark Plus SE MS NKL / Steel, Alloy | .22 LR | Pistol | 5.5" | 7/29/2008 |
| Browning | Pro-9 / Stainless Steel, Polymer | 9mm | Pistol | 4" | 7/29/2008 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig Arms) | 226-9-Sport-STK / Stainless Steel | 9mm | Pistol | 4.4" | 6/28/2008 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig Arms) | P229R GCP / Stainless Steel, Alloy | .40 S&W | Pistol | 3.8" | 6/13/2008 |
| Feg. Hungary (Hungarian Arm Works) | PA 63 Two-Tone (Century Int'l) / Aluminum, Steel | 9 mm Mak | Pistol | 3.9" | 5/21/2008 |
| Charles Daly | CDGR6505 1911-A1 / Blue Steel | .45 ACP | Pistol | 5" | 4/26/2008 |
| Charles Daly | CDGR6556 1911-A1 / Stainless Steel | .45 ACP | Pistol | 5" | 4/26/2008 |
| Charles Daly | CDGR6900 1911-A1 / Stainless Steel | .45 ACP | Pistol | 5" | 4/26/2008 |
| Browning | Buck Mark Micro Standard SE MS / Steel, Alloy | .22 LR | Pistol | 4" | 4/25/2008 |
| Browning | Buck Mark Plus SE MS / Steel, Alloy | .22 LR | Pistol | 5.5" | 4/25/2008 |
| Browning | Buck Mark Standard SE MS / Steel, Alloy | .22 LR | Pistol | 5.5" | 4/25/2008 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig Arms) | P228 (Two Tone) / Steel, Alloy | 9mm | Pistol | 3.9" | 4/7/2008 |
| Charles Daly | CDGR6051 1911 A-1 / Stainless Steel | .45 ACP | Pistol | 5" | 4/4/2008 |
| Charles Daly | CDGR6228 1911 A-1 / Blue Steel | .45 ACP | Pistol | 4" | 4/4/2008 |
| Charles Daly | CDGR6417 1911 A-1 / Blue Steel | .45 ACP | Pistol | 3.5" | 4/4/2008 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig Arms) | P220 (Stainless) Sport / Stainless Steel | .45 ACP | Pistol | 5.5" | 12/31/2007 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig Arms) | Mosquito (Green) / Steel, Polymer | .22 LR | Pistol | 4" | 12/19/2007 |
| Sturm, Ruger & Co. | P90THGA / Blue Steel, Alum. Alloy, Stainless Steel | .45 ACP | Pistol | 4.5" | 12/18/2007 |
| Sturm, Ruger & Co. | P90THGADLX / Blue Steel, Alum. Alloy, Stainless Steel | .45 ACP | Pistol | 4.5" | 12/18/2007 |
| Browning | Buck Mark SE MS FLD PLUS RSWD / Steel, Alloy | .22 LR | Pistol | 5.5" | 10/4/2007 |
| Browning | Buck Mark Camper SE MS NKL / Steel, Alloy | .22 LR | Pistol | 5.5" | 8/10/2007 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Browning | Buck Mark Micro NKL SE MS / Steel, Alloy | .22 LR | Pistol | 4" | 7/29/2007 |
| Browning | Buck Mark SE MS NKL / Steel, Alloy | .22 LR | Pistol | 5.5" | 7/29/2007 |
| Browning | Buck Mark Micro Plus Std SE / Steel, Alloy | .22 LR | Pistol | 4" | 3/19/2007 |
| Browning | Buck Mark Nickel SE / Steel, Alloy | .22 LR | Pistol | 5.5" | 3/19/2007 |
| Browning | Buck Mark Plus Nickel SE / Steel, Alloy | .22 LR | Pistol | 5.5" | 3/19/2007 |
| Browning | Buck Mark Plus SE / Steel, Alloy | .22 LR | Pistol | 5.5" | 3/19/2007 |
| Browning | Buck Mark 5.5 Field SE / Steel, Alloy | .22 LR | Pistol | 5.5" | 3/8/2007 |
| Browning | Buck Mark Camper Nickel / Steel, Alloy | .22 LR | Pistol | 5.5" | 3/8/2007 |
| Browning | Buck Mark Micro Nickel SE / Steel, Alloy | .22 LR | Pistol | 4" | 3/8/2007 |
| Browning | Buck Mark 5.5 Target SE / Steel, Alloy | .22 LR | Pistol | 5.5" | 3/4/2007 |
| Browning | Buck Mark Camper / Steel, Alloy | .22 LR | Pistol | 5.5" | 3/4/2007 |
| Browning | Buck Mark Challenge SE / Steel, Alloy | .22 LR | Pistol | 5.5" | 3/4/2007 |
| Browning | Buck Mark Micro Standard SE / Steel, Alloy | .22 LR | Pistol | 4" | 3/4/2007 |
| Browning | Buck Mark Standard SE / Steel, Alloy | .22 LR | Pistol | 5.5" | 3/4/2007 |
| Charles Daly | CDGR6473 1911A-1 / Stainless Steel | .45 ACP | Pistol | 3.5" | 11/27/2006 |
| Browning | Buck Mark SE FLD PLUS RSWD / Steel, Alloy | .22 LR | Pistol | 5.5" | 10/4/2006 |
| Shooters Arms Mfg. | M-1911 / Blue Steel | .45 ACP | Pistol | 5" | 9/10/2006 |
| Browning | Buck Mark Camo Camper (MOBU) / Steel, Alloy | .22 LR | Pistol | 5.5" | 7/26/2006 |
| European American Armory | Witness EA40B / Steel | .40 S&W | Pistol | 4.5" | 7/10/2006 |
| European American Armory | Witness EA45B / Steel | .45 ACP | Pistol | 4.5" | 7/10/2006 |
| Heckler & Koch | USP .357 Sig Compact / Steel, Polymer | .357 SIG | Pistol | 3.58" | 5/23/2006 |
| Mauser | M2 / Steel, Alloy | .40 S&W | Pistol | 3.5" | 3/16/2006 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Feg. Hungary (Hungarian Arm Works) | PJK--9HP / Blue Steel | 9mm | Pistol | 4.625" | 1/17/2006 |
| Firestorm (Gabilondo) | Gov't / Steel | .45 ACP | Pistol | 5" | 1/8/2006 |
| Llama (Gabilondo) | MAX-I / Steel | .45 ACP | Pistol | 5" | 1/8/2006 |
| Para USA (Para Ordnance) | P1345SL / Stainless Steel | .45 ACP | Pistol | 4.25" | 12/31/2005 |
| Para USA (Para Ordnance) | P1345SN / Stainless Steel | .45 ACP | Pistol | 4.25" | 12/31/2005 |
| Para USA (Para Ordnance) | P1345SR / Stainless Steel | .45 ACP | Pistol | 4.25" | 12/31/2005 |
| Heckler & Koch | P7M8 Anniversary / Blue Steel | 9mm | Pistol | 4.13" | 11/22/2005 |
| Para USA (Para Ordnance) | CTX1345GL / Stainless Steel | .45 ACP | Pistol | 4.25" | 11/4/2005 |
| Para USA (Para Ordnance) | CTX1345GN / Stainless Steel | .45 ACP | Pistol | 4.25" | 11/4/2005 |
| Para USA (Para Ordnance) | CTX1345GR / Stainless Steel | .45 ACP | Pistol | 4.25" | 11/4/2005 |
| Browning | HP Standard / Steel | .40 S&W | Pistol | 4.66" | 10/23/2005 |
| Mauser | M2 / Steel, Alloy | .45 ACP | Pistol | 3.5" | 10/16/2005 |
| Para USA (Para Ordnance) | D745S / Stainless Steel | .45 ACP | Pistol | 5" | 10/16/2005 |
| Para USA (Para Ordnance) | D745SL / Stainless Steel | .45 ACP | Pistol | 5" | 10/16/2005 |
| Para USA (Para Ordnance) | D745SN / Stainless Steel | .45 ACP | Pistol | 5" | 10/16/2005 |
| Firestorm (Gabilondo) | Firestorm Government Model .38 Super / Blue Steel | .38 Super | Pistol | 5" | 8/24/2005 |
| Llama (Gabilondo) | Llama MiniMax Subcompact .45 / Blue Steel | .45 ACP | Pistol | 3.63" | 8/14/2005 |
| Browning | Buck Mark Camper Blue / Steel, Alloy | .22 LR | Pistol | 5.5" | 7/26/2005 |
| Browning | Buck Mark Camper Green / Steel, Alloy | .22 LR | Pistol | 5.5" | 7/26/2005 |
| Browning | Buck Mark Camper Red / Steel, Alloy | .22 LR | Pistol | 5.5" | 7/26/2005 |
| Browning | Hi-Power Silver Chrome Adj Sights / Steel | 9mm | Pistol | 4.66" | 7/26/2005 |
| Para USA (Para Ordnance) | C745S / Stainless Steel | .45 ACP | Pistol | 3.5" | 7/24/2005 |
| Para USA (Para Ordnance) | C745SL / Stainless Steel | .45 ACP | Pistol | 3.5" | 7/24/2005 |
| Para USA (Para Ordnance) | C745SN / Stainless Steel | .45 ACP | Pistol | 3.5" | 7/24/2005 |
| Llama (Gabilondo) | Micro Max .380 Matte / Blue Steel | .380 ACP | Pistol | 3.75" | 7/16/2005 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Para USA (Para Ordnance) | D1640SL / Stainless Steel | .40 S&W | Pistol | 5" | 6/4/2005 |
| Para USA (Para Ordnance) | D1640SN / Stainless Steel | .40 S&W | Pistol | 5" | 6/4/2005 |
| Para USA (Para Ordnance) | D1640SR / Stainless Steel | .40 S&W | Pistol | 5" | 6/4/2005 |
| Para USA (Para Ordnance) | T1445EL / Steel | .45 ACP | Pistol | 5" | 6/4/2005 |
| Para USA (Para Ordnance) | T1445EN / Steel | .45 ACP | Pistol | 5" | 6/4/2005 |
| Para USA (Para Ordnance) | T1445ER / Steel | .45 ACP | Pistol | 5" | 6/4/2005 |
| Fabrique Nationale | FN HP-SFS / Steel, Alloy | 9mm | Pistol | 4.6" | 5/24/2005 |
| Para USA (Para Ordnance) | CCW745S / Stainless Steel | .45 ACP | Pistol | 4.25" | 5/19/2005 |
| Para USA (Para Ordnance) | CCW745SL / Stainless Steel | .45 ACP | Pistol | 4.25" | 5/19/2005 |
| Para USA (Para Ordnance) | CCW745SN / Stainless Steel | .45 ACP | Pistol | 4.25" | 5/19/2005 |
| Para USA (Para Ordnance) | CT1345S / Stainless Steel | .45 ACP | Pistol | 4.25" | 5/19/2005 |
| Para USA (Para Ordnance) | CT1345SL / Stainless Steel | .45 ACP | Pistol | 4.25" | 5/19/2005 |
| Para USA (Para Ordnance) | CT1345SN / Stainless Steel | .45 ACP | Pistol | 4.25" | 5/19/2005 |
| Para USA (Para Ordnance) | L1245SL / Stainless Steel | .45 ACP | Pistol | 3.5" | 5/17/2005 |
| Para USA (Para Ordnance) | L1245SN / Stainless Steel | .45 ACP | Pistol | 3.5" | 5/17/2005 |
| Para USA (Para Ordnance) | L1245SR / Stainless Steel | .45 ACP | Pistol | 3.5" | 5/17/2005 |
| Para USA (Para Ordnance) | C6.45S / Stainless Steel | .45 ACP | Pistol | 3" | 5/8/2005 |
| Para USA (Para Ordnance) | C6.45SL / Stainless Steel | .45 ACP | Pistol | 3" | 5/8/2005 |
| Para USA (Para Ordnance) | C6.45SN / Stainless Steel | .45 ACP | Pistol | 3" | 5/8/2005 |
| Para USA (Para Ordnance) | D1445SL / Stainless Steel | .45 ACP | Pistol | 5" | 5/7/2005 |
| Para USA (Para Ordnance) | D1445SN / Stainless Steel | .45 ACP | Pistol | 5" | 5/7/2005 |
| Para USA (Para Ordnance) | D1445SR / Stainless Steel | .45 ACP | Pistol | 5" | 5/7/2005 |
| Para USA (Para Ordnance) | D189EL / Steel | 9mm | Pistol | 5" | 5/7/2005 |
| Para USA (Para Ordnance) | D189EN / Steel | 9mm | Pistol | 5" | 5/7/2005 |
| Para USA (Para Ordnance) | D189ER / Steel | 9mm | Pistol | 5" | 5/7/2005 |
| Para USA (Para Ordnance) | T1445SL / Stainless Steel | .45 ACP | Pistol | 5" | 5/7/2005 |
| Para USA (Para Ordnance) | T1445SN / Stainless Steel | .45 ACP | Pistol | 5" | 5/7/2005 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Para USA (Para Ordnance) | T1445SR / Stainless Steel | .45 ACP | Pistol | 5" | 5/7/2005 |
| Para USA (Para Ordnance) | T1640SL / Stainless Steel | .40 S&W | Pistol | 5" | 5/7/2005 |
| Para USA (Para Ordnance) | T1640SN / Stainless Steel | .40 S&W | Pistol | 5" | 5/7/2005 |
| Para USA (Para Ordnance) | T1640SR / Stainless Steel | .40 S&W | Pistol | 5" | 5/7/2005 |
| Colt | 02070E Govt Model MK IV / Stainless Steel | .38 Super | Pistol | 5" | 4/30/2005 |
| Fabrique Nationale | BDA0 / Steel | 9mm | Pistol | 4.8" | 4/30/2005 |
| Fabrique Nationale | BDA9 / Steel | 9mm | Pistol | 4.8" | 4/30/2005 |
| STI International (Strayer Tripp, Inc.) | CA Trojan / 4140 Steel | .45 ACP | Pistol | 5" | 4/30/2005 |
| Firestorm (Gabilondo) | 45 Compact / 4140 Steel | .45 ACP | Pistol | 4.25" | 4/17/2005 |
| Llama (Gabilondo) | Mini Max 45 / 4140 Steel | .45 ACP | Pistol | 3.5" | 4/17/2005 |
| Firestorm (Gabilondo) | Firestorm 380 Duotone / 4140 Steel, Alloy | .380 | Pistol | 3.5" | 4/9/2005 |
| Firestorm (Gabilondo) | Firestorm Gov't Duotone / Steel | .45 ACP | Pistol | 5" | 4/9/2005 |
| Browning | Buck Mark Camper Camo / Steel, Alloy | .22 LR | Pistol | 5.5" | 4/8/2005 |
| Browning | Buck Mark Camper Gold / Steel, Alloy | .22 LR | Pistol | 5.5" | 4/8/2005 |
| Browning | Buck Mark Camper Gray, FO Sights / Steel, Alloy | .22 LR | Pistol | 5.5" | 4/8/2005 |
| Browning | Buck Mark Camper Gray, Lam. Grips / Steel, Alloy | .22 LR | Pistol | 5.5" | 4/8/2005 |
| Browning | Buck Mark Camper Sanodal Black / Steel, Alloy | .22 LR | Pistol | 5.5" | 4/8/2005 |
| Colt | 02570E Govt Model Mark IV Ser 80 / Steel (blue) | .38 Super | Pistol | 5" | 3/12/2005 |
| Colt | MM3060 DT / Stainless Steel | .44 Magnum | Revolver | 6" | 3/12/2005 |
| Para USA (Para Ordnance) | L1445SL / Stainless Steel | .45 ACP | Pistol | 5" | 3/12/2005 |
| Para USA (Para Ordnance) | L1445SN / Stainless Steel | .45 ACP | Pistol | 5" | 3/12/2005 |
| Para USA (Para Ordnance) | L1445SR / Stainless Steel | .45 ACP | Pistol | 5" | 3/12/2005 |
| Para USA (Para Ordnance) | S1445EL / Steel | .45 ACP | Pistol | 5" | 3/12/2005 |
| Para USA (Para Ordnance) | S1445EN / Steel | .45 ACP | Pistol | 5" | 3/12/2005 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Para USA (Para Ordnance) | S1445ER / Steel | .45 ACP | Pistol | 5" | 3/12/2005 |
| Para USA (Para Ordnance) | L1445EL / Steel | .45 ACP | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | L1445EN / Steel | .45 ACP | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | L1445ER / Steel | .45 ACP | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | L1640EL / Steel | .40 S&W | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | L1640EN / Steel | .40 S&W | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | L1640ER / Steel | .40 S&W | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | S1245SL / Stainless Steel | .45 ACP | Pistol | 3.5" | 2/28/2005 |
| Para USA (Para Ordnance) | S1245SN / Stainless Steel | .45 ACP | Pistol | 3.5" | 2/28/2005 |
| Para USA (Para Ordnance) | S1245SR / Stainless Steel | .45 ACP | Pistol | 3.5" | 2/28/2005 |
| Para USA (Para Ordnance) | S1445SL / Stainless Steel | .45 ACP | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | S1445SN / Stainless Steel | .45 ACP | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | S1445SR / Stainless Steel | .45 ACP | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | S1640EL / Steel | .40 S&W | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | S1640EN / Steel | .40 S&W | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | S1640ER / Steel | .40 S&W | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | S1640SL / Stainless Steel | .40 S&W | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | S1640SN / Stainless Steel | .40 S&W | Pistol | 5" | 2/28/2005 |
| Para USA (Para Ordnance) | S1640SR / Stainless Steel | .40 S&W | Pistol | 5" | 2/28/2005 |
| Colt | 07860D / Alloy, Stainless Steel | .45 ACP | Pistol | 3" | 2/10/2005 |
| Para USA (Para Ordnance) | P1245RL / Steel, Alloy | .45 ACP | Pistol | 3.5" | 1/25/2005 |
| Para USA (Para Ordnance) | P1245RN / Steel, Alloy | .45 ACP | Pistol | 3.5" | 1/25/2005 |
| Para USA (Para Ordnance) | P1245RR / Steel, Alloy | .45 ACP | Pistol | 3.5" | 1/25/2005 |
| Taurus | PT92 (Blue w/night sight) / Blue Steel | 9mm | Pistol | 5" | 1/19/2005 |
| Taurus | PT92 (Stainless w/night sight) / Stainless Steel | 9mm | Pistol | 5" | 1/19/2005 |
| Taurus | PT92 (Stainless) / Stainless Steel | 9mm | Pistol | 5" | 1/19/2005 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Taurus | 85 Titanium (Spectrum Blue) / Titanium | .38 Spl | Revolver | 2" | 1/13/2005 |
| Bryco Arms | Jennings Nine CA / Zinc Die Cast | 9mm | Pistol | 3.75" | 1/4/2005 |
| Bryco Arms | Jennings T380-CA / Zinc Die Cast | .380 | Pistol | 4" | 1/4/2005 |
| Bryco Arms | M38-CA / Zinc Diecast | .380 | Pistol | 2.75" | 1/3/2005 |
| Para USA (Para Ordnance) | D1445EL / Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | D1445EN / Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | D1445ER / Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | D1640EL / Steel | .40 S&W | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | D1640EN / Steel | .40 S&W | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | D1640ER / Steel | .40 S&W | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | D745E / Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | D745EL / Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | D745EN / Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | L1245EL / Steel | .45 ACP | Pistol | 3.5" | 12/31/2004 |
| Para USA (Para Ordnance) | L1245EN / Steel | .45 ACP | Pistol | 3.5" | 12/31/2004 |
| Para USA (Para Ordnance) | L1245ER / Steel | .45 ACP | Pistol | 3.5" | 12/31/2004 |
| Para USA (Para Ordnance) | P1245SL / Stainless Steel | .45 ACP | Pistol | 3.5" | 12/31/2004 |
| Para USA (Para Ordnance) | P1245SN / Stainless Steel | .45 ACP | Pistol | 3.5" | 12/31/2004 |
| Para USA (Para Ordnance) | P1245SR / Stainless Steel | .45 ACP | Pistol | 3.5" | 12/31/2004 |
| Para USA (Para Ordnance) | P1345EL / Steel | .45 ACP | Pistol | 4.25" | 12/31/2004 |
| Para USA (Para Ordnance) | P1345EN / Steel | .45 ACP | Pistol | 4.25" | 12/31/2004 |
| Para USA (Para Ordnance) | P1345ER / Steel | .45 ACP | Pistol | 4.25" | 12/31/2004 |
| Para USA (Para Ordnance) | P1445EL / Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | P1445EN / Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | P1445ER / Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | P1445SL / Stainless Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| Para USA (Para Ordnance) | P1445SN / Stainless Steel | .45 ACP | Pistol | 5" | 12/31/2004 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Para USA (Para Ordnance) | P1445SR / Stainless Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| Springfield Armory | PI9601L (ambi safety) / Carbon Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| Springfield Armory | PI9601L / Carbon Steel | .45 ACP | Pistol | 5" | 12/31/2004 |
| STI International (Strayer Tripp, Inc.) | 2011 CA Edge / 4140 Carbon Steel, Polymer | .40 S&W | Pistol | 5" | 12/21/2004 |
| Springfield Armory | PX9155L (ambi safety) / Stainless Steel | .40 S&W | Pistol | 5" | 11/6/2004 |
| Springfield Armory | PX9155L / Stainless Steel | .40 S&W | Pistol | 5" | 11/6/2004 |
| Springfield Armory | X-Treme Duty w/A.O. Tritium / Polymer, Steel | .40 S&W | Pistol | 4.08" | 9/24/2004 |
| Springfield Armory | X-Treme Duty w/A.O. Tritium / Steel, Polymer | 9mm | Pistol | 4.08" | 9/24/2004 |
| Springfield Armory | PB9105L / Steel | .45 ACP | Pistol | 5" | 9/20/2004 |
| Springfield Armory | PB9160L / Steel | .45 Ultra | Pistol | 3.5" | 9/20/2004 |
| Para USA (Para Ordnance) | LC745S / Stainless Steel | .45 ACP | Pistol | 3.5" | 7/30/2004 |
| Para USA (Para Ordnance) | LC745SL / Stainless Steel | .45 ACP | Pistol | 3.5" | 7/30/2004 |
| Para USA (Para Ordnance) | LC745SN / Stainless Steel | .45 ACP | Pistol | 3.5" | 7/30/2004 |
| Bryco Arms | J-22-CA / Zinc Die Cast | .22 LR | Pistol | 2.5" | 6/4/2004 |
| Bryco Arms | M25-CA / Zinc Die Cast | .25 | Pistol | 2.5" | 4/2/2004 |
| Taurus | 617 Titanium (Spectrum Blue) / Titanium | .357 Magnum | Revolver | 2" | 1/19/2004 |
| Taurus | 85 Titanium (Matte Spectrum Blue) / Titanium | .38 Spl | Revolver | 2" | 1/13/2004 |
| Taurus | 85 Titanium (Matte Spectrum Gold) / Titanium | .38 Spl | Revolver | 2" | 1/13/2004 |
| Republic Arms, Inc. | Patriot / Stainless Steel | .45 ACP | Pistol | 3" | 1/4/2004 |
| Beretta | 8000 Mini Cougar F / Blue Steel | 9mm | Pistol | 3.7" | 12/31/2003 |
| Beretta | 8040 Mini Cougar F / Blue Steel | .40 S&W | Pistol | 3.6" | 12/31/2003 |
| Beretta | 8045 Mini Cougar F / Blue Steel | .45 ACP | Pistol | 3.7" | 12/31/2003 |
| Beretta | 92FS Compact / Blue Steel | 9mm | Pistol | 4.3" | 12/31/2003 |
| Beretta | 92FS Compact Inox / Stainless Steel | 9mm | Pistol | 4.3" | 12/31/2003 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Beretta | 92FS Compact Type M Inox / Stainless Steel | 9mm | Pistol | 4.3" | 12/31/2003 |
| Beretta | 92G Elite / Blue Steel | 9mm | Pistol | 4.7" | 12/31/2003 |
| Beretta | 96G Elite / Blue Steel, Stainless | .40 S&W | Pistol | 4.7" | 12/31/2003 |
| Phoenix Arms | HP22 (Nickel) / Alloy | .22 LR | Pistol | 5" | 12/31/2003 |
| Smith & Wesson | 342 / Alloy, Titanium | .38 Spl +P | Revolver | 1.87" | 12/31/2003 |
| Springfield Armory | PX9242L (ambi safety) / Carbon Steel, Alloy | .45 ACP | Pistol | 4" | 12/31/2003 |
| Springfield Armory | PX9242L / Carbon Steel, Alloy | .45 ACP | Pistol | 4" | 12/31/2003 |
| Sturm, Ruger & Co. | KP4B (22/45 Target) / Stainless Steel, Polymer | .22 LR | Pistol | 4" | 12/31/2003 |
| Beretta | U22 Neos 4.5 / Steel, Polymer | .22 LR | Pistol | 4.5" | 12/3/2003 |
| Beretta | M9 Ltd. Edition / Blue Steel | 9mm | Pistol | 4.92" | 11/14/2003 |
| Springfield Armory | PI9603L (ambi safety) / Steel | .40 S&W | Pistol | 5" | 11/6/2003 |
| Springfield Armory | PI9603L / Steel | .40 S&W | Pistol | 5" | 11/6/2003 |
| Charles Daly | CDGR6036 1911A-1 / Stainless, Blue Steel | .45 ACP | Pistol | 5" | 8/2/2003 |
| Kimber | Ultra CDP Elite II / Stainless Steel, Alum. Alloy | .45 ACP | Pistol | 3" | 7/17/2003 |
| Kimber | Ultra CDP Elite STS II / Stainless Steel, Alum. Alloy | .45 ACP | Pistol | 3" | 7/17/2003 |
| Kimber | Pro Eclipse II / Stainless Steel | .45 ACP | Pistol | 4" | 6/27/2003 |
| Bryco Arms | Valor 380 / Zinc Die Cast | .380 | Pistol | 3.75" | 6/4/2003 |
| Para USA (Para Ordnance) | T1640EL / Steel | .40 S&W | Pistol | 5" | 5/7/2003 |
| Para USA (Para Ordnance) | T1640EN / Steel | .40 S&W | Pistol | 5" | 5/7/2003 |
| Para USA (Para Ordnance) | T1640ER / Steel | .40 S&W | Pistol | 5" | 5/7/2003 |
| Charles Daly | CDGR2077 DDA 10-45 / Blue Steel, Polymer, Chrome | .45 ACP | Pistol | 3.62" | 4/26/2003 |
| Charles Daly | CDGR2084 DDA 10-45 / Blue Steel, Polymer, Chrome | .45 ACP | Pistol | 3.62" | 4/26/2003 |
| Charles Daly | CDGR2099 DDA 10-45 / Blue Steel, Polymer, Chrome | .45 ACP | Pistol | 3.62" | 4/26/2003 |
| Charles Daly | CDGR2141 DDA 10-45 / Blue Steel, Polymer, Chrome | .45 ACP | Pistol | 4.37" | 4/26/2003 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Colt | Police Positive / Blue Steel | .38 Spl | Revolver | 4" | 4/26/2003 |
| Davis Industries | D-22 Satin / Alloy | .22 LR | Derringer | 2.4" | 4/26/2003 |
| Kimber | Custom Eclipse II / Stainless Steel | .45 ACP | Pistol | 5" | 4/26/2003 |
| Kimber | STS Gold Match SE II / Stainless Steel | .45 ACP | Pistol | 5" | 4/26/2003 |
| Davis Industries | D-38 Blue / Steel, Alloy | .38 Spl | Derringer | 2.75" | 4/5/2003 |
| Davis Industries | D-38 Chrome / Steel, Alloy | .38 Spl | Derringer | 2.75" | 4/5/2003 |
| Davis Industries | D-38 Satin / Steel, Alloy | .38 Spl | Derringer | 2.75" | 4/5/2003 |
| Charles Daly | CDGR2020 DDA 10-45 / Blue Steel, Black Polymer | .45 ACP | Pistol | 3.62" | 4/4/2003 |
| Charles Daly | CDGR2196 DDA 10-45 / Blue Steel, Polymer, Chrome Steel | .45 ACP | Pistol | 4.37" | 4/4/2003 |
| Kimber | Custom Defender II / Stainless Steel | .45 ACP | Pistol | 5" | 3/29/2003 |
| Kimber | Target Elite II / Stainless Steel | .45 ACP | Pistol | 5" | 3/29/2003 |
| Colt | 04012XS Combat Commander / Stainless Steel (brushed) | .45 ACP | Pistol | 4.25" | 3/12/2003 |
| Davis Industries | D-22 Chrome / Alloy | .22 LR | Derringer | 2.4" | 3/5/2003 |
| Davis Industries | D-32 Blue / Alloy, Steel | .32 | Derringer | 2.4" | 3/5/2003 |
| Davis Industries | D-32 Satin / Alloy, Steel | .32 | Derringer | 2.4" | 3/5/2003 |
| Davis Industries | DM-22 Chrome / Alloy | .22 Magnum | Derringer | 2.4" | 3/5/2003 |
| Davis Industries | DM-22 Satin / Alloy | .22 Magnum | Derringer | 2.4" | 3/5/2003 |
| Para USA (Para Ordnance) | L1440EL / Steel | .40 S&W | Pistol | 3.5" | 2/28/2003 |
| Para USA (Para Ordnance) | L1440EN / Steel | .40 S&W | Pistol | 3.5" | 2/28/2003 |
| Para USA (Para Ordnance) | L1440ER / Steel | .40 S&W | Pistol | 3.5" | 2/28/2003 |
| Para USA (Para Ordnance) | P1045SL / Stainless Steel | .45 ACP | Pistol | 3" | 2/28/2003 |
| Para USA (Para Ordnance) | P1045SN / Stainless Steel | .45 ACP | Pistol | 3" | 2/28/2003 |
| Para USA (Para Ordnance) | P1045SR / Stainless Steel | .45 ACP | Pistol | 3" | 2/28/2003 |
| Para USA (Para Ordnance) | P1445RL / Steel, Alloy | .45 ACP | Pistol | 5" | 2/28/2003 |
| Para USA (Para Ordnance) | P1445RN / Steel, Alloy | .45 ACP | Pistol | 5" | 2/28/2003 |
| Para USA (Para Ordnance) | P1445RR / Steel, Alloy | .45 ACP | Pistol | 5" | 2/28/2003 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Para USA (Para Ordnance) | S1245EL / Steel | .45 ACP | Pistol | 3.5" | 2/28/2003 |
| Para USA (Para Ordnance) | S1245EN / Steel | .45 ACP | Pistol | 3.5" | 2/28/2003 |
| Para USA (Para Ordnance) | S1245ER / Steel | .45 ACP | Pistol | 3.5" | 2/28/2003 |
| Springfield Armory | PX9162L (ambi safety) / Alloy, Carbon Steel | .45 ACP | Pistol | 3.75" | 2/8/2003 |
| Springfield Armory | PX9162L / Alloy, Carbon Steel | .45 ACP | Pistol | 3.75" | 2/8/2003 |
| Springfield Armory | PX9507L (ambi safety) / Alloy, Carbon Steel | .45 ACP | Pistol | 3.25" | 2/8/2003 |
| Springfield Armory | PX9507L / Alloy, Carbon Steel | .45 ACP | Pistol | 3.25" | 2/8/2003 |
| Davis Industries | D32 Chrome / Alloy, Steel | .32 | Derringer | 2.4" | 2/6/2003 |
| Davis Industries | D-22 Blue / Alloy | .22 LR | Derringer | 2.4" | 1/17/2003 |
| Llama (Gabilondo) | MAX-I Deluxe Blue / Steel | .45 ACP | Pistol | 5" | 1/3/2003 |
| Davis Industries | DM-22 Blue / Alloy | .22 Magnum | Derringer | 2.4" | 12/31/2002 |
| Kimber | Comp. Alum. STS II / Stainless Steel, Alum. Alloy | .45 ACP | Pistol | 4" | 12/31/2002 |
| Kimber | Compact II / Blue Steel | .45 ACP | Pistol | 4" | 12/31/2002 |
| Para USA (Para Ordnance) | P1045RL / Steel, Alloy | .45 ACP | Pistol | 3" | 12/31/2002 |
| Para USA (Para Ordnance) | P1045RN / Steel, Alloy | .45 ACP | Pistol | 3" | 12/31/2002 |
| Para USA (Para Ordnance) | P1045RR / Steel, Alloy | .45 ACP | Pistol | 3" | 12/31/2002 |
| Para USA (Para Ordnance) | P1245EL / Steel | .45 ACP | Pistol | 3.5" | 12/31/2002 |
| Para USA (Para Ordnance) | P1245EN / Steel | .45 ACP | Pistol | 3.5" | 12/31/2002 |
| Para USA (Para Ordnance) | P1245ER / Steel | .45 ACP | Pistol | 3.5" | 12/31/2002 |
| Para USA (Para Ordnance) | P1640EL / Steel | .40 S&W | Pistol | 5" | 12/31/2002 |
| Para USA (Para Ordnance) | P1640EN / Steel | .40 S&W | Pistol | 5" | 12/31/2002 |
| Para USA (Para Ordnance) | P1640ER / Steel | .40 S&W | Pistol | 5" | 12/31/2002 |
| Para USA (Para Ordnance) | P1640SL / Stainless Steel | .40 S&W | Pistol | 5" | 12/31/2002 |
| Para USA (Para Ordnance) | P1640SN / Stainless Steel | .40 S&W | Pistol | 5" | 12/31/2002 |
| Para USA (Para Ordnance) | P1640SR / Stainless Steel | .40 S&W | Pistol | 5" | 12/31/2002 |
| Kimber | Pro Shadow / Blue Steel, Aluminum | .45 ACP | Pistol | 4" | 11/6/2002 |

| Make | Model | Caliber | Type | Barrel Length | Date De-Certified |
|---|---|---|---|---|---|
| Kimber | Ultra Shadow LE II / Blue Steel, Alum. Alloy | .45 ACP | Pistol | 3" | 11/6/2002 |
| Kimber | Ultra Eclipse II / Stainless Steel | .45 ACP | Pistol | 3" | 9/10/2002 |
| Firestorm (Gabilondo) | Firestorm Mini Compact .45 / Blue Steel | .45 ACP | Pistol | 3.63" | 8/14/2002 |
| Walther USA (Carl Walther) | P99 QPQ / Steel, Polymer | .40 S&W | Pistol | 4.12" | 6/14/2002 |
| Walther USA (Carl Walther) | P99 QPQ / Steel, Polymer | 9mm | Pistol | 4" | 6/14/2002 |
| IM Metal | HS 2000 / Steel, Polymer | 9mm | Pistol | 4.08" | 3/19/2002 |
| Kimber | Poly Gold Match STS II / Stainless Steel, Polymer | .45 ACP | Pistol | 5" | 1/18/2002 |
| Kimber | Poly Stainles II / Stainless Steel, Polymer | .45 ACP | Pistol | 5" | 12/31/2001 |