Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>Wilfredo Cid,<br>　　　　Defendant. | Case No. 2:09-CV-01185-FCD-KJM<br><br>**EXHIBIT I**<br><br>In Support of Plaintiffs' Motion<br>For Summary Judgment |

Respectfully Submitted on Sept. 1, 2009

| | |
|---|---|
| Alan Gura (Calif. Bar No. 178221)<br>Gura & Possessky, PLLC<br>101 N. Columbus St., Suite 405<br>Alexandria, VA 22314<br>703.835.9085/Fax 703.997.7665 | Jason A. Davis (Calif. Bar No. 224250)<br>Davis & Associates<br>27281 Las Ramblas, Suite 200<br>Mission Viejo, CA 92691<br>949.310.0817/Fax 949.288.6894<br><br>Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)<br>Law Offices of Donald Kilmer, A.P.C.<br>1645 Willow Street, Suite 150<br>San Jose, CA 95125<br>408.264.8489/Fax 408.264.8487 |

By: <u>/s/ Donald E.J. Kilmer, Jr.</u>
　　Donald E. J. Kilmer, Jr., Attorney for Plaintiffs

SKIP TO CONTENT

| Home | About | News | Careers | Contact | Programs A - Z |

**FIREARMS**

Firearms Home

California Firearms Laws Summary Booklet

Dangerous Weapons Control Laws

FAQs

Forms and Publications

Handgun Safety Certificate Program

Regulations

Roster of Handguns Certified for Sale

Roster of Firearm Safety Devices Certified for Sale

Statistics

Archive

# Roster of Handguns Certified for Sale

Search

Handgun models will be removed from the roster on the list expiration date unless the manufacturer renews the listing prior to the list expiration date.

Search again

There are 131 matching records for Springfield Armory
The matching records list is sorted by Make
This list is valid for Tuesday, September 01, 2009

| Model | Gun Type | Barrel Length | Caliber | Exp Date |
|---|---|---|---|---|
| PX9801L (ambi safety) / Alloy, Stainless Steel | Pistol | 3" | .45 ACP | 12/20/2009 |
| PX9801L / Alloy, Stainless Steel | Pistol | 3" | .45 ACP | 12/20/2009 |
| PX9802L / Alloy, Stainless Steel | Pistol | 3" | .45 ACP | 8/13/2010 |
| PX9804L / Alloy, Stainless Steel | Pistol | 3" | .45 ACP | 1/17/2010 |
| PX9806L / Stainless Steel | Pistol | 3" | .45 ACP | 9/22/2010 |
| PX9808L / Blue Steel | Pistol | 3" | .45 ACP | 9/6/2010 |
| XD9801 / Composite, Steel | Pistol | 3" | 9mm | 3/19/2010 |
| XD9810 / Composite, Steel | Pistol | 3" | 9mm | 7/29/2010 |
| XD9811 / Composite, Steel | Pistol | 3" | 9mm | 4/7/2010 |
| XD9831 / Polymer, Steel | Pistol | 3" | 9mm | 3/26/2010 |
| XD9802 / Polymer, Steel | Pistol | 3.01" | .40 S&W | 10/25/2009 |
| XD9812 / Polymer, Steel | Pistol | 3.01" | .40 S&W | 3/10/2010 |
| XD9832 / Polymer, Steel | Pistol | 3.01" | .40 S&W | 3/26/2010 |
| XD9842 / Polymer, Steel | Pistol | 3.01" | .40 S&W | 3/26/2010 |
| 1911 EMP Compact PI9209L / Alloy, Steel | Pistol | 3.1" | 9mm | 2/6/2010 |
| XD9821 / Polymer, Stainless Steel | Pistol | 3.1" | 9mm | 3/23/2010 |

**Contact Us**

| Model / Material | Type | Barrel | Caliber | Date |
|---|---|---|---|---|
| XD9822 / Polymer, Stainless Steel | Pistol | 3.1" | .40 S&W | 2/18/2010 |
| PB9162L / Carbon Steel | Pistol | 3.5" | .45 | 10/4/2009 |
| PX9161L (ambi safety) / Stainless Steel | Pistol | 3.5" | .45 ACP | 12/31/2009 |
| PX9161L / Stainless Steel | Pistol | 3.5" | .45 ACP | 12/31/2009 |
| PX9171L (ambi safety) / Stainless Steel | Pistol | 3.5" | .45 ACP | 3/27/2010 |
| PX9171L / Stainless Steel | Pistol | 3.5" | .45 ACP | 3/27/2010 |
| PX9301L (ambi safety) / Carbon Steel | Pistol | 3.5" | .45 ACP | 12/31/2009 |
| PX9301L / Carbon Steel | Pistol | 3.5" | .45 ACP | 12/31/2009 |
| PX9505L / Alloy, Stainless Steel | Pistol | 3.5" | 9mm | 9/6/2010 |
| XD9524 / Polymer, Stainless Steel | Pistol | 4' | .45 GAP | 9/26/2010 |
| PX9142L (ambi safety) / Stainless Steel | Pistol | 4" | .45 ACP | 3/27/2010 |
| PX9142L / Stainless Steel | Pistol | 4" | .45 ACP | 3/27/2010 |
| PX9511L (ambi safety) / Carbon Steel | Pistol | 4" | .45 ACP | 12/31/2009 |
| PX9511L / Carbon Steel | Pistol | 4" | .45 ACP | 12/31/2009 |
| XD9161 / Polymer, Steel | Pistol | 4" | .45 ACP | 11/20/2009 |
| XD9261 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/26/2010 |
| XD9611 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/17/2010 |
| XD9612 / Polymer, Steel | Pistol | 4" | .45 ACP | 1/23/2010 |
| XD9614 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/26/2010 |
| XD9645 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/17/2010 |
| XD9646 / Polymer, Steel | Pistol | 4" | .45 ACP | 11/28/2009 |
| XD9647 / Polymer, Steel | Pistol | 4" | .45 ACP | 1/23/2010 |
| XD9648 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/26/2010 |
| XD9701 / Polymer, Steel | Pistol | 4" | 9mm | 5/9/2010 |
| XD9702 / Polymer, Steel | Pistol | 4" | .40 S&W | 9/6/2010 |
| XD9704 / Polymer, Steel | Pistol | 4" | 9mm | 8/26/2010 |
| XD9781 / Polymer, Steel | Pistol | 4" | 9mm | 3/17/2010 |
| XD9782 / Polymer, Carbon Steel | Pistol | 4" | .40 S&W | 3/17/2010 |
| PW9142L / Carbon Steel | Pistol | 4.0" | .45 | 10/4/2009 |
| PX9149L / Alloy, Carbon Steel | Pistol | 4.0" | .45 | 10/4/2009 |
| XD9504 / Polymer, Carbon Steel | Pistol | 4.05" | .45 | 3/23/2010 |
| XD9221 / Polymer, Steel | Pistol | 4.08 | 9mm | 1/23/2010 |
| XD9101 / Steel, Polymer | Pistol | 4.08" | 9mm | 10/21/2009 |

| Model / Material | Type | Barrel | Caliber | Date |
|---|---|---|---|---|
| XD9102 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 12/20/2009 |
| XD9103 / Polymer, Steel | Pistol | 4.08" | .357 SIG | 12/20/2009 |
| XD9104 / Steel, Polymer | Pistol | 4.08" | 9mm | 3/21/2010 |
| XD9109 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 3/21/2010 |
| XD9113 / Polymer, Steel | Pistol | 4.08" | .357 SIG | 3/26/2010 |
| XD9121 / Polymer, Steel | Pistol | 4.08" | 9mm | 1/23/2010 |
| XD9122 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 1/23/2010 |
| XD9201 / Steel, Polymer | Pistol | 4.08" | 9mm | 3/26/2010 |
| XD9202 / Composite, Steel | Pistol | 4.08" | .40 S&W | 3/26/2010 |
| XD9222 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 1/23/2010 |
| XD9231 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 3/26/2010 |
| XD9301 / Steel, Polymer | Pistol | 4.08" | 9mm | 1/17/2010 |
| XD9302 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 1/17/2010 |
| XD9311 / Steel, Polymer | Pistol | 4.08" | 9mm | 3/26/2010 |
| XD9312 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 3/27/2010 |
| XD9501 / Steel, Polymer | Pistol | 4.08" | 9mm | 12/3/2009 |
| XD9502 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 12/3/2009 |
| PB9108 / Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2010 |
| PB9113L (ambi safety) / Steel | Pistol | 5" | .38 Super | 9/20/2010 |
| PB9113L / Steel | Pistol | 5" | .38 Super | 9/20/2010 |
| PB9114L / Steel | Pistol | 5" | .38 Super | 7/29/2010 |
| PB9151L / Stainless Steel | Pistol | 5" | .45 ACP | 3/19/2010 |
| PB9609L / Carbon Steel | Pistol | 5" | .45 ACP | 4/30/2010 |
| PC9102 / Carbon Steel | Pistol | 5" | .45 ACP | 12/3/2009 |
| PC9105LCA (ambi safety) / Steel | Pistol | 5" | .45 ACP | 9/20/2010 |
| PC9105LCA / Steel | Pistol | 5" | .45 ACP | 9/20/2010 |
| PC9106L / Steel | Pistol | 5" | .45 ACP | 9/22/2010 |
| PC9107L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 3/29/2010 |

| | | | | |
|---|---|---|---|---|
| PC9107L / Stainless Steel | Pistol | 5" | .45 ACP | 3/29/2010 |
| PC9108L (ambi safety) / Carbon Steel | Pistol | 5" | .45 ACP | 3/29/2010 |
| PC9108L / Carbon Steel | Pistol | 5" | .45 ACP | 3/29/2010 |
| PC9111 (ambi safety) / Carbon Steel | Pistol | 5" | .45 ACP | 3/29/2010 |
| PC9111 / Carbon Steel | Pistol | 5" | .45 ACP | 3/29/2010 |
| PC9111LR / Carbon Steel | Pistol | 5" | .45 ACP | 7/21/2010 |
| PC9206 / Carbon Steel | Pistol | 5" | .45 ACP | 5/9/2010 |
| PI9132L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 4/26/2010 |
| PI9132L / Stainless Steel | Pistol | 5" | .45 ACP | 4/26/2010 |
| PI9134L (ambi safety) / Stainless Steel | Pistol | 5" | 9mm | 4/26/2010 |
| PI9134L / Stainless Steel | Pistol | 5" | 9mm | 4/26/2010 |
| PI9140L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 3/27/2010 |
| PI9140L / Stainless Steel | Pistol | 5" | .45 ACP | 3/27/2010 |
| PW9108L / Steel | Pistol | 5" | .45 ACP | 9/22/2010 |
| PW9151L / Stainless Steel | Pistol | 5" | .45 ACP | 4/30/2010 |
| PW9609L / Steel | Pistol | 5" | .45 ACP | 4/21/2010 |
| PX9103L (ambi safety) / Alloy, Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2010 |
| PX9103L / Alloy, Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2010 |
| PX9104L / Alloy, Stainless Steel | Pistol | 5" | .45 ACP | 5/9/2010 |
| PX9105L / Blue Steel | Pistol | 5" | .45 ACP | 9/6/2010 |
| PX9106L / Steel | Pistol | 5" | .45 ACP | 9/22/2010 |
| PX9108L (Integrated Locking System)) / Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2010 |
| PX9109L (ambi safety) / Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2010 |
| PX9109L / Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2010 |
| PX9130L (ambi safety) / Stainless Steel | Pistol | 5" | 9mm | 12/31/2009 |
| PX9130L / Stainless Steel | Pistol | 5" | 9mm | 12/31/2009 |
| PX9151L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 2/20/2010 |
| PX9151L / Stainless Steel | Pistol | 5" | .45 ACP | 2/20/2010 |
| PX9152L / Stainless Steel | Pistol | 5" | .45 ACP | 5/9/2010 |
| PX9154L / Stainless Steel | Pistol | 5" | .45 ACP | 10/25/2009 |

| Model / Material | Type | Barrel | Caliber | Date |
|---|---|---|---|---|
| PX9181L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 12/31/2009 |
| PX9181L / Stainless Steel | Pistol | 5" | .45 ACP | 12/31/2009 |
| PX9608L (ambi safety) / Carbon Steel | Pistol | 5" | .45 ACP | 4/26/2010 |
| PX9608L / Carbon Steel | Pistol | 5" | .45 ACP | 4/26/2010 |
| PX9609L / Carbon Steel | Pistol | 5" | .45 ACP | 7/31/2010 |
| XD9132 / Polymer, Steel | Pistol | 5" | .40 S&W | 11/28/2009 |
| XD9162 / Polymer, Steel | Pistol | 5" | .45 ACP | 11/20/2009 |
| XD9232 / Polymer, Steel | Pistol | 5" | .40 S&W | 3/26/2010 |
| XD9262 / Polymer, Steel | Pistol | 5" | .45 ACP | 3/26/2010 |
| XD9402 Tactical / Polymer, Steel | Pistol | 5" | .40 S&W | 9/6/2010 |
| XD9405 / Polymer, Steel | Pistol | 5" | .40 S&W | 12/3/2009 |
| XD9412 / Polymer, Steel | Pistol | 5" | .40 S&W | 3/26/2010 |
| XD9525 / Polymer, Stainless Steel | Pistol | 5" | .45 GAP | 9/26/2010 |
| XD9621 / Polymer, Steel | Pistol | 5" | .45 ACP | 3/17/2010 |
| XD9622 / Polymer, Steel | Pistol | 5" | .45 ACP | 1/23/2010 |
| XD9624 / Polymer, Steel | Pistol | 5" | .45 ACP | 3/26/2010 |
| PX9105ML / Carbon Steel | Pistol | 5.0" | .45 ACP | 10/25/2009 |
| XD9131 / Polymer, Steel | Pistol | 5.01" | 9mm | 1/23/2010 |
| XD9401 / Polymer, Steel | Pistol | 5.01" | 9mm | 3/10/2010 |
| XD9404 / Polymer, Steel | Pistol | 5.01" | 9mm | 6/23/2010 |
| XD9411 / Polymer, Steel | Pistol | 5.01" | 9mm | 3/26/2010 |
| XD9505 / Polymer, Carbon Steel | Pistol | 5.01" | .45 | 3/23/2010 |
| PX9628L (ambi safety) / Stainless Steel | Pistol | 6" | .45 ACP | 2/8/2010 |
| PX9628L / Stainless Steel | Pistol | 6" | .45 ACP | 2/8/2010 |

Search again

Return to the DOJ Firearms Division web page

ACCESSIBILITY | SITE TOOLS | PRIVACY POLICY | TERMS AND CONDITIONS | © 2009 DOJ