Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-FCD-KJM |
|     Plaintiffs, | ) | |
| | ) | **EXHIBIT J** |
| v. | ) | |
| | ) | In Support of Plaintiffs' Motion |
| Wilfredo Cid, | ) | For Summary Judgment |
|     Defendant. | ) | |

Respectfully Submitted on Sept. 1, 2009

Alan Gura (Calif. Bar No. 178221)          Jason A. Davis (Calif. Bar No. 224250)
Gura & Possessky, PLLC                      Davis & Associates
101 N. Columbus St., Suite 405              27281 Las Ramblas, Suite 200
Alexandria, VA 22314                        Mission Viejo, CA 92691
703.835.9085/Fax 703.997.7665               949.310.0817/Fax 949.288.6894

                                                Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
                                                Law Offices of Donald Kilmer, A.P.C.
                                                1645 Willow Street, Suite 150
                                                San Jose, CA 95125
                                                408.264.8489/Fax 408.264.8487

By:  /s/ Donald E.J. Kilmer, Jr.
       Donald E. J. Kilmer, Jr., Attorney for Plaintiffs

# TABLE OF CONTENTS

**2003**
**AMERICAN RIFLEMAN**
**HANDGUN OF THE YEAR**
**XD® PISTOL**

**2006**
**AMERICAN RIFLEMAN**
**HANDGUN OF THE YEAR**
**XD® 45ACP PISTOL**

**2006**
**SHOOTING INDUSTRY ACADEMY OF EXCELLENCE**
**HANDGUN OF THE YEAR**
**XD® 45ACP PISTOL**

POINT & SHOOT ERGONOMICS™ ............................................................. 7-8
XD FEATURES ............................................................................................ 9-10
XD STANDARDS ........................................................................................ 11-12
45 ACP ....................................................................................................... 13-14
XD GEAR® PACKAGE ................................................................................. 15-16
XD® WITH THUMB SAFETY ....................................................................... 17-20
COMPACT 4" .............................................................................................. 21-22
COMPACT 5" .............................................................................................. 23-24
TACTICAL 5" .............................................................................................. 25-26
SERVICE MODEL 4" ................................................................................... 27-28
SUB-COMPACT 3" ...................................................................................... 29-30

INTRODUCTION TO THE (M) FACTOR™ ..................................................... 31-32
DESIGN ..................................................................................................... 33
TECHNOLOGY ........................................................................................... 34
INNOVATIONS ........................................................................................... 35
PERSONALIZATION .................................................................................. 36
MULTI-PURPOSE CASE ............................................................................. 37-38
XD(M) 4.5" ................................................................................................. 39-40

SPRINGFIELD CUSTOM™ .......................................................................... 41-46
ACCESSORIES ........................................................................................... 47-50
COMPARISON CHARTS ............................................................................. 51-54



# THE STANDARDS

IN 2001, SPRINGFIELD ARMORY SET OUT TO SHOW CUSTOMERS, THE FIREARM'S INDUSTRY, AND THE REST OF THE WORLD A WHOLE NEW STANDARD IN ERGONOMIC DESIGN AND AVAILABLE FEATURES. WITH THE INTRODUCTION OF THE XD® POLYMER PISTOL, THEY DID JUST THAT …



STRIKER STATUS INDICATOR

OPTIONAL THUMB SAFETY

GRIP SAFETY

LOADED CHAMBER INDICATOR

DOUBLE SLOT ACCESSORY RAIL

ULTRA SAFETY ASSURANCE (USA) TRIGGER SYSTEM™

AMBIDEXTROUS MAGAZINE RELEASE

**THE SHOOTER CAN CHECK THE STRIKER STATUS INDICATOR BY SIGHT OR TOUCH TO VERIFY THE STRIKER IS IN THE COCKED POSITION.**



**THE LOADED CHAMBER INDICATOR ALLOWS THE SHOOTER TO VERIFY VISUALLY OR BY TOUCH, AND WITHOUT A DOUBT, THAT THERE IS A ROUND IN THE CHAMBER.**



**THE ULTRA SAFETY ASSURANCE (USA) TRIGGER SYSTEM™ GUARDS AGAINST ACCIDENTAL DISCHARGE FROM DROPPING OR BUMPING BY LOCKING THE TRIGGER IN PLACE UNTIL DIRECT, REARWARD PRESSURE IS APPLIED.**



**THE GRIP SAFETY ON THE XD® ALLOWS IT TO FIRE ONLY WHEN THE SHOOTER HAS A FIRM GRIP ON THE PISTOL.**



## XD® AVAILABILITY BY SIZE

| MODEL | BARREL | CALIBER | MAG CAPACITY | BLACK | OD GREEN | DARK EARTH | BI-TONE SS/BLACK | BI-TONE SS/OD GREEN | BI-TONE SS/DARK EARTH |
|---|---|---|---|---|---|---|---|---|---|
| SUB-COMPACT | 3.01" | 9X19MM | 10 OR 13 (16 W/ MAG X-TENSION™) | XD9801 | XD9811 | | XD9821 | | |
| SUB-COMPACT | 3.01" | 40S&W | 9 (12 W/ MAG X-TENSION™) | XD9802 | XD9812 | | XD9822 | | |
| COMPACT | 4.05" | 45ACP | 10 (13 W/ MAG X-TENSION™) | XD9645 | XD9646 | XD9647 | XD9649 | XD9650 | XD9651 |
| COMPACT | 5.01" | 45ACP | 10 (13 W/ MAG X-TENSION™) | XD9655 | XD9656 | XD9657 | | | |
| SERVICE | 4.05" | 9X19MM | 16 | XD9101 | XD9201 | XD9121 | XD9301 | | |
| SERVICE | 4.05" | 40S&W | 12 | XD9102 | XD9202 | XD9122 | XD9302 | | |
| SERVICE | 4.05" | 357SIG | 12 | XD9103 | | | | | |
| SERVICE | 4.05" | 45GAP | 9 | XD9504 | | | | | |
| SERVICE | 4.05" | 45ACP | 13 | XD9611 | XD9612 | XD9161 | XD9613 | XD9165 | XD9163 |
| SERVICE (THUMB SAFETY) | 4.05" | 45ACP | 13 | XD9661 | | | XD9663 | | |
| PORTED V-10 | 4.05" | 9X19MM | 16 | XD9701 | XD9704 | | | | |
| PORTED V-10 | 4.05" | 40S&W | 12 | XD9702 | XD9706 | | | | |
| TACTICAL | 5.01" | 9X19MM | 16 | XD9401 | XD9404 | XD9131 | | | |
| TACTICAL | 5.01" | 40S&W | 12 | XD9402 | XD9405 | XD9132 | | | |
| TACTICAL | 5.01" | 357SIG | 12 | XD9403 | | | | | |
| TACTICAL | 5.01" | 45GAP | 9 | XD9505 | | | | | |
| TACTICAL | 5.01" | 45ACP | 13 | XD9621 | XD9622 | XD9162 | XD9623 | | |
| TACTICAL (THUMB SAFETY) | 5.01" | 45ACP | 13 | XD9664 | | | XD9666 | | |

## XD(M)™ AVAILABILITY BY SIZE

| MODEL | BARREL | CALIBER | MAG CAPACITY | BLACK | OD GREEN | DARK EARTH | BI-TONE SS/BLACK | BI-TONE SS/OD GREEN | BI-TONE SS/DARK EARTH |
|---|---|---|---|---|---|---|---|---|---|
| 4.5 | 4.5" | 40S&W | 16 | XDM9202 | | | | | |
| 4.5 | 4.5" | 40S&W | 16 | | | | XDM9212 | | |

* HIGH-CAPACITY MAGAZINES MAY NOT BE AVAILABLE IN SOME STATES.

* THIS IS NOT AN ALL-INCLUSIVE LIST OF PART NUMBERS. PLEASE ASK YOUR SPRINGFIELD ARMORY® REPRESENTATIVE ABOUT MAGAZINE CAPACITY OPTIONS IN YOUR AREA AND NIGHT SIGHT OPTIONS.