1  Alan Gura (Calif. Bar No. 178221)
2  Gura & Possessky, PLLC
   101 N. Columbus St., Suite 405
3  Alexandria, VA 22314
   703.835.9085/Fax 703.997.7665
4

5  Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
   Law Offices of Donald Kilmer, A.P.C.
6  1645 Willow Street, Suite 150
   San Jose, CA 95125
7  408.264.8489/Fax 408.264.8487
8
   Jason A. Davis (Calif. Bar No. 224250)
9  Davis & Associates
   27281 Las Ramblas, Suite 200
10 Mission Viejo, CA 92691
   949.310.0817/Fax 949.288.6894
11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE EASTERN DISTRICT OF CALIFORNIA

14
       Ivan Peña, et al.,              )   Case No. 2:09-CV-01185-FCD-KJM
15             Plaintiffs,              )
                                        )   **EXHIBIT K**
16           v.                         )
                                        )   In Support of Plaintiffs' Motion
17     Wilfredo Cid,                    )   For Summary Judgment
               Defendant.               )
18                                      )
   _____)
19

20 Respectfully Submitted on Sept. 1, 2009

21 Alan Gura (Calif. Bar No. 178221)        Jason A. Davis (Calif. Bar No. 224250)
   Gura & Possessky, PLLC                   Davis & Associates
22 101 N. Columbus St., Suite 405           27281 Las Ramblas, Suite 200
23 Alexandria, VA 22314                     Mission Viejo, CA 92691
   703.835.9085/Fax 703.997.7665            949.310.0817/Fax 949.288.6894
24
                                            Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
25                                          Law Offices of Donald Kilmer, A.P.C.
26                                          1645 Willow Street, Suite 150
                                            San Jose, CA 95125
27                                          408.264.8489/Fax 408.264.8487

28                            By:   /s/ Donald E.J. Kilmer, Jr.
                                    Donald E. J. Kilmer, Jr., Attorney for Plaintiffs

P.D. 219 Rev. 9/76

## METROPOLITAN POLICE DEPARTMENT WASHINGTON, D.C.
### APPLICATION FOR FIREARMS REGISTRATION CERTIFICATE
**$10.00 FEE REQUIRED WITH THIS APPLICATION  PRINT ALL INFORMATION**

This application for a Firearms Registration Certificate must be handcarried to the Metropolitan Police Department, Firearms Registration Section, 300 Indiana Avenue, N.W. Washington, D.C. 20001 by the purchaser.
The purchaser MUST 1) be fingerprinted by the Metropolitan Police Department, however, if the purchaser has been finger printed by this department within five (5) years prior to submitting this application he need not be fingerprinted again if he offers other satisfactory proof of identity 2) submit with this application two full face photographs of himself, 1¼ x 1-7/8 inches taken within 30 days of filing this application 3) have vision better than or equal to that required to obtain a valid driver's license in the District of Columbia (a current driver's license will be prima facie evidence that the applicant's vision is sufficient) 4) demonstrate satisfactory knowledge of the laws in the District of Columbia pertaining to firearms and the safe and responsible use of same.
No transfer of a firearm between the seller and the purchaser may be made until a reply from the Chief of Police has been received by both parties involved.

**SELLER'S NAME**

**PURCHASER/OWNER'S NAME:** HELLER, Dick A.
**STREET ADDRESS:** 263 KENTUCKY AVE S.E.
**CITY:** WASH  **STATE:** DC  **ZIP CODE:** 20003

### DESCRIPTION OF FIREARM
- [ ] NEW  [X] USED
- **MAKE OF WEAPON:** HIGH STANDARD
- **MODEL:** BUNTLINE
- **SERIAL NUMBER:** M0499-17
- **NO. OF SHOTS:** 9
- **CALIBER:** .22
- **NO. OF BARRELS:** 1
- **LENGTH:** 9½
- **FINISH:** BLACK
- **TYPE OF ACTION:** Single

### DESCRIPTION OF PURCHASER/OWNER
- **PLACE OF BIRTH:** San Diego, CA
- **SEX:** M
- **OCCUPATION:** Armed Security Guard
- **BUSINESS NAME:** BlackHawk Sec.
- **BUSINESS ADDRESS:** 5210 Auth Rd Suitland MD 20746

**PURCHASER/OWNER'S ADDRESSES FOR THE PAST FIVE -5- YEARS WITH DATES OF RESIDENCE:**
263 KENTUCKY AVE S.E.  DC  20003

**PURCHASER/OWNER'S OCCUPATION, BUSINESS NAME AND ADDRESSES FOR THE PAST FIVE -5- YEARS WITH DATES OF EMPLOYMENT:**
GSA Security, BlackHawk, 5210 Auth Rd. Suitland, MD, Dec01-Jy02 - DCSPO, Sting Sec., 635 Mass. Ave. NW, Oct00-Dec01 - Burns Sec., 701 S. 12th, ARL, VA, Nov99-Sep00 - VANCE Sec. 1000 Wilson Bl. ARL, VA, Jy98-Nov99, HUDC U. 415 7th SWDC Teller, May97-Oct98.

**HAVE YOU PREVIOUSLY BEEN DENIED IN THE DISTRICT OF COLUMBIA OR ELSEWHERE ANY PISTOL, RIFLE OR SHOTGUN LICENSE OR REGISTRATION CERTIFICATE?** [X] NO  [ ] YES

**HAVE YOU EVER BEEN INVOLVED IN ANY MISHAP INVOLVING A PISTOL, RIFLE OR SHOTGUN? INCLUDING DATES, PLACES, AND NAMES OF ANY PERSONS INJURED OR KILLED.** [X] NO  [ ] YES

**GIVE A BRIEF STATEMENT OF YOUR INTENDED USE OF THE FIREARM AND WHERE THE FIREARM WILL BE KEPT:**
PERSONAL PROTECTION

I HEREBY CERTIFY THAT I AM NOT FORBIDDEN BY EXISTING LAWS AND REGULATIONS FROM PURCHASING OR POSSESSING A FIREARM AND THAT THE INFORMATION GIVEN BY ME ON THIS APPLICATION IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND DOES NOT KNOWINGLY CONTAIN ANY MATERIAL MISREPRESENTATION OF FACT

**SIGNATURE OF SELLER:** Dick A. Heller  **DATE:** 7-17-02
**SIGNATURE OF PURCHASER/OWNER:** Dick A. Heller  **DATE:** 7-17-02

The Seller and the Purchaser MUST SIGN IN THE PRESENCE OF EACH OTHER.

### NOTICE
This application is VALID as a FIREARMS REGISTRATION CERTIFICATE only when stamped APPROVED by the Chief of Police and a REGISTRATION NUMBER is affixed thereto.

**THIS IS NOT A LICENSE TO CARRY A CONCEALED FIREARM.**

DISAPPROVED   DC Code 7-2502.02
JUL 19 '02  11:00

PAGE.005