1  Alan Gura (Calif. Bar No. 178221)
2  Gura & Possessky, PLLC
   101 N. Columbus St., Suite 405
3  Alexandria, VA 22314
   703.835.9085/Fax 703.997.7665
4
5  Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
   Law Offices of Donald Kilmer, A.P.C.
6  1645 Willow Street, Suite 150
   San Jose, CA 95125
7  408.264.8489/Fax 408.264.8487
8
   Jason A. Davis (Calif. Bar No. 224250)
9  Davis & Associates
   27281 Las Ramblas, Suite 200
10 Mission Viejo, CA 92691
   949.310.0817/Fax 949.288.6894
11

12            IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14
       Ivan Peña, et al.,            )   Case No. 2:09-CV-01185-FCD-KJM
15            Plaintiffs,             )
                                      )   **EXHIBIT L**
16            v.                      )
                                      )   In Support of Plaintiffs' Motion
17     Wilfredo Cid,                  )   For Summary Judgment
              Defendant.              )
18                                    )
                                      )
19

20 Respectfully Submitted on Sept. 1, 2009

21 Alan Gura (Calif. Bar No. 178221)      Jason A. Davis (Calif. Bar No. 224250)
   Gura & Possessky, PLLC                 Davis & Associates
22 101 N. Columbus St., Suite 405         27281 Las Ramblas, Suite 200
23 Alexandria, VA 22314                   Mission Viejo, CA 92691
   703.835.9085/Fax 703.997.7665          949.310.0817/Fax 949.288.6894
24
25                                        Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
                                          Law Offices of Donald Kilmer, A.P.C.
26                                        1645 Willow Street, Suite 150
                                          San Jose, CA 95125
27                                        408.264.8489/Fax 408.264.8487

28                            By:  /s/ Donald E.J. Kilmer, Jr.
                                   Donald E. J. Kilmer, Jr., Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 08-01289 (RMU) |
| TRACEY AMBEAU HANSON, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 09-00454 (RMU) |

NOTICE OF EMERGENCY RULEMAKING

The defendants respectfully note that, today, June 17, 2009, the Metropolitan Police Department ("MPD") adopted emergency rules establishing the District Roster of Handguns Determined Not to be Unsafe ("District Roster"). It is anticipated that the regulations will be published in this Friday's edition of the D.C. Register, 56 D.C. Reg. ____ (June 19, 2009).[1] A copy of the emergency regulations are attached hereto.

The emergency rules were adopted, *inter alia*, based on

---

[1] Under District law, emergency regulations are effective immediately, and will expire in 120 days or the publication of a Final Rulemaking, whichever occurs first. *See* D.C. Official Code § 2-505(c).

1) recognition that California permits sale of firearms that have superficial differences to those firearms on its roster; 2) recognition that some handguns that have been placed on the California roster as safe handguns have been removed for administrative reasons not related to the handguns' safety; and 3) review of similar safe gun rosters maintained by Maryland and Massachusetts.

*Id*.

The emergency rulemaking "is necessary to . . . immediately clarify those firearms that should be added to the [District Roster] to continue the District's compliance with [*Heller v. District of Columbia*, ___ U.S. ___, 128 S. Ct. 2783 (Jun. 26, 2008)] concerning a person's constitutional right to legally possess a firearm in a person's home for the purpose of self-defense." *Id*.

The regulations include within the District Roster handguns listed on similar rosters from California, Massachusetts, and Maryland, "unless such pistol is an unregisterable firearm" pursuant to D.C. Official Code § 7-2502.02. *Id*., 24 DCMR § 2323.2.

Moreover,

A pistol shall be deemed to be included on the District Roster of Handguns Certified for Sale if another pistol made by the same manufacturer is already listed and the unlisted pistol differs from the listed firearm only in one or more of the following features:

(a)   Finish, including, but not limited to, bluing, chrome-plating, oiling, or engraving.

(b)   The material from which the grips are made.

(c)   The shape or texture of the grips, so long as the difference in grip shape or texture does not in any way alter the dimensions, material, linkage, or functioning of the magazine well, the barrel, the chamber, or any of the components of the firing mechanism of the pistol.

(d)   Any other purely cosmetic feature that does not in any way alter the dimensions, material, linkage, or functioning of the magazine well, the barrel, the chamber, or any of the components of the firing mechanism of the pistol.

*Id*., § 2323.3.

Any denial of an application relying on § 2323.3 may be appealed in the same manner as any other denial of an application for registration may be appealed. 24 DCMR §§ 2323.4, 2323.5.

Also today, the MPD sent letters to persons who previously had had their firearms-registration applications denied, inviting them to reapply in light of the new provisions. To the extent the instant plaintiffs may not have yet received such letters, they are similarly invited to reapply.

The District believes that these emergency regulations will render moot a number of plaintiffs' claims. Moreover, while the District worked expeditiously to correct perceived flaws in its firearms-regulation regime, the timing of that process was dependent on a number of factors outside the defendants' control, including potential action by Congress. In light of these developments, the District does not object to an alteration of the instant briefing schedule to allow plaintiffs to analyze and incorporate these new regulations.

DATE: June 17, 2009                Respectfully submitted,

                                   PETER J. NICKLES
                                   Attorney General for the District of Columbia

                                   GEORGE C. VALENTINE
                                   Deputy Attorney General, Civil Litigation Division


                                       /s/ Ellen A. Efros
                                   ELLEN A. EFROS, D.C. Bar No. 250746
                                   Chief, Equity Section I
                                   441 Fourth Street, N.W., 6th Floor South
                                   Washington, D.C. 20001
                                   Telephone: (202) 442-9886
                                   Facsimile: (202) 727-0431

      /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

- 4 -