Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-FCD-KJM |
| Plaintiffs, | ) | |
| | ) | **<u>EXHIBIT N</u>** |
| v. | ) | |
| | ) | In Support of Plaintiffs' Motion |
| Wilfredo Cid, | ) | For Summary Judgment |
| Defendant. | ) | |
| | ) | |

Respectfully Submitted on Sept. 1, 2009

Alan Gura (Calif. Bar No. 178221)          Jason A. Davis (Calif. Bar No. 224250)
Gura & Possessky, PLLC                      Davis & Associates
101 N. Columbus St., Suite 405             27281 Las Ramblas, Suite 200
Alexandria, VA 22314                        Mission Viejo, CA 92691
703.835.9085/Fax 703.997.7665             949.310.0817/Fax 949.288.6894

                                           Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
                                           Law Offices of Donald Kilmer, A.P.C.
                                           1645 Willow Street, Suite 150
                                           San Jose, CA 95125
                                           408.264.8489/Fax 408.264.8487

                          By:    /s/ Donald E.J. Kilmer, Jr.
                                 Donald E. J. Kilmer, Jr., Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ ) | | |
| DICK ANTHONY HELLER, *et al.* ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil Action No.08-01289 (RMU) | |
| ) | | |
| DISTRICT OF COLUMBIA, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |
| ) | | |
| TRACEY AMBEAU HANSON, *et al.* ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil Action No. 09-00454 (RMU) | |
| ) | | |
| DISTRICT OF COLUMBIA, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

## NOTICE OF EMERGENCY RULEMAKING

The defendants respectfully note that, today, June 25, 2009, the Metropolitan Police Department ("MPD") adopted emergency rules to "exemp[t] certain single action pistols manufactured before 1985 from the application of section 504 of the Act, and establishes that certain other types of pistols manufactured before 1985 are deemed included on the newly created District Roster of Handguns Determined Not to be Unsafe."

"The rulemaking will make the District's safe gun laws identical to the State of Maryland as to Pre-1985 pistols."

It is anticipated that the regulations will be published in next Friday's edition of the D.C. Register, 56 D.C. Reg. _____ (July 3, 2009).[1] A copy of the emergency regulations is attached hereto.

The District believes that these emergency regulations will render moot the claims of one of the instant plaintiffs. The District continues to discuss this rulemaking with opposing counsel, and the parties plan to file timely their joint status report proposing a revised briefing schedule tomorrow.

DATE: June 25, 2009                    Respectfully submitted,

                                       PETER J. NICKLES
                                       Attorney General for the District of Columbia

                                       GEORGE C. VALENTINE
                                       Deputy Attorney General, Civil Litigation Division

                                       _____/s/ Ellen A. Efros_____
                                       ELLEN A. EFROS, D.C. Bar No. 250746
                                       Chief, Equity Section I
                                       441 Fourth Street, N.W., 6th Floor South
                                       Washington, D.C. 20001
                                       Telephone: (202) 442-9886
                                       Facsimile: (202) 727-0431

                                       _____/s/ Andrew J. Saindon_____
                                       ANDREW J. SAINDON, D.C. Bar No. 456987
                                       Assistant Attorney General
                                       Equity I Section
                                       441 Fourth Street, N.W., 6th Floor South
                                       Washington, D.C. 20001
                                       Telephone: (202) 724-6643
                                       Facsimile: (202) 727-0431
                                       andy.saindon@dc.gov

---

[1]     Under District law, emergency regulations are effective immediately, and will expire in 120 days or the publication of a Final Rulemaking, whichever occurs first. *See* D.C. Official Code § 2-505(c).