EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
STEPHEN P. ACQUISTO, State Bar No. 172527
Supervising Deputy Attorney General
ANTHONY R. HAKL, State Bar No. 197335
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-9041
 Fax: (916) 324-8835
 E-mail: Anthony.Hakl@doj.ca.gov

*Attorneys for Defendant Wilfredo Cid*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILFREDO CID,**<br><br>Defendant. | 2:09-cv-01185-FCD-KJM<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON DEFENDANT CID'S RULE 56(f) MOTION.**<br><br>Date: To be determined<br>Time: To be determined<br>Dept: No. 2, 15th Floor<br>Judge: Frank C. Damrell, Jr.<br>Trial Date: None<br>Action Filed: April 30, 2009 |

Defendant Wilfredo Cid, Chief of the Bureau of Firearms of the California Department of Justice, in his official and individual capacities, will and hereby does apply ex parte for an order shortening time for the briefing and, if necessary, a hearing on his motion for relief under Federal Rule of Civil Procedure 56(f). This ex parte application is brought under Local Rule 6-144(e) and is supported by the declaration of Anthony R. Hakl, who is Cid's attorney of record.

As explained in counsel's declaration, this ex parte application is made on the grounds that Cid does not have sufficient time under the applicable rules to be heard on his Rule 56(f) motion prior to the hearing on Plaintiffs' motion for summary judgment, which Plaintiffs filed last week

1

on September 2 and noticed for hearing on October 2, and without being prejudiced in opposing the summary judgment motion. Based on the current hearing date, the Local Rules make Cid's opposition to the motion due no later than September 18, if he personally serves the opposition. Defendant Cid's motion to dismiss is also set to be heard on October 2.

Cid has filed his Rule 56(f) motion and supporting brief and declaration concurrently with this application. Out of an abundance of caution and to comply with the Local Rules, Cid has noticed the motion for hearing on October 16. However, Cid respectfully requests that the Court issue an order setting a expedited briefing schedule on the motion, including appropriate deadlines for the filing of any opposition and reply briefs and, if necessary, a hearing date, so that the motion can be resolved prior to September 18.

Dated:  September 9, 2009                    Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General

*/s/* ***Anthony R. Hakl***

ANTHONY R. HAKL
Deputy Attorney General
*Attorneys for Defendant*

SA2009310413
10487049.doc