IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILFREDO CID,**<br><br>Defendant. | 2:09-cv-01185-FCD-KJM<br><br>**[PROPOSED] ORDER ON DEFENDANT CID'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON RULE 56(f) MOTION.**<br><br>Date:         To be determined<br>Time:        To be determined<br>Dept:         No. 2, 15th Floor<br>Judge:       Frank C. Damrell, Jr.<br>Trial Date: None<br>Action Filed: April 30, 2009 |

Good cause appearing, Defendant Wilfredo Cid's ex parte application for an order shortening time for the briefing and hearing on his motion under Federal Rule of Civil Procedure 56(f) is HEREBY GRANTED.

Defendant Cid having filed his Rule 56(f) motion and supporting papers on September 9, IT IS HEREBY ORDERED that:

1. Any opposition to the Rule 56(f) motion shall be filed no later than September _____, 2009.

2. Any reply must be filed no later than September _____, 2009.

3. The hearing on Defendant's Rule 56(f) motion is set for September _____, 2009, at _____ a.m./p.m., in Courtroom No. 2.

IT IS SO ORDERED.

Dated: _____                    _____
                                         The Honorable Frank C. Damrell, Jr.
                                         United States District Judge