EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
STEPHEN P. ACQUISTO, State Bar No. 172527
Supervising Deputy Attorney General
ANTHONY R. HAKL, State Bar No. 197335
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-9041
 Fax: (916) 324-8835
 E-mail: Anthony.Hakl@doj.ca.gov

*Attorneys for Defendant Wilfredo Cid*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILFREDO CID,**<br><br>Defendant. | 2:09-cv-01185-FCD-KJM<br><br>**DEFENDANT CID'S NOTICE OF MOTION AND MOTION FOR RELIEF UNDER FED. R. CIV. P. 56(f).**<br><br>Date:         October 16, 2009<br>Time:        10:00 a.m.<br>Dept:         No. 2, 15th Floor<br>Judge:       Frank C. Damrell, Jr.<br>Trial Date: None<br>Action Filed: April 30, 2009 |

TO PLAINTIFFS IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC., and to their attorneys of record:

PLEASE TAKE NOTICE that on October 16, 2009, at 10:00 a.m., or as soon thereafter as the matter may be heard by this Court, located at 501 I Street, Sacramento, California 95814, Defendant Wilfredo Cid, Chief of the Bureau of Firearms of the California Department of Justice, in his official and individual capacities, will move for an order denying Plaintiffs' motion for summary judgment, or at least continuing the hearing on that motion, under Federal Rule of Civil Procedure 56(f).

1    This motion is brought under Rule 56(f) and Local Rule 78-230.  It is based on this notice
2 of motion and motion, the concurrently filed memorandum of points and authorities and
3 declaration of Anthony R. Hakl, as well as the pleadings, orders, and other documents already on
4 file in this action.

5    Defendant has noticed this motion for hearing on October 16 out of an abundance of
6 caution and to comply with the Local Rules.  At the same time as this motion, Defendant has
7 filed an ex parte application for order shortening time regarding Defendant's Rule 56(f) motion so
8 that it may be briefed, heard if necessary, and resolved before September 18, which is the last day
9 for Defendant to otherwise oppose Plaintiffs' motion for summary judgment, if he personally
10 serves opposition.

11 Dated:  September 9, 2009                    Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General

/s/  *Anthony R. Hakl*

ANTHONY R. HAKL
Deputy Attorney General
*Attorneys for Defendant*

SA2009310413
10487689.doc

2

Defendant Cid's Notice of Motion and Motion for Relief Under Rule 56(f)
(2:09-cv-01185-FCD-KJM)