Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-FCD-KJM |
| | ) | |
| Plaintiffs, | ) | PLAINTIFFS' SUPPLEMENTAL BRIEF |
| | ) | RE: STAY OF ACTION |
| v. | ) | |
| | ) | Date:  Oct. 2, 2009 |
| Wilfredo Cid, | ) | Time:  12:00 p.m. |
| | ) | Judge: Frank C. Damrell, Jr. |
| Defendants. | ) | |
| | ) | |

On September 28, 2009, this Court ordered the parties to submit supplemental briefs regarding why this action should not be stayed pending the Ninth Circuit's en banc decision in *Nordyke v. King*, No. 07-15763.  The Ninth Circuit's action was predicated on the existence of various petitions for certiorari pending in the Supreme Court on the issue of Second Amendment incorporation.  *Maloney v. Rice*, No. 08-1592, *National Rifle Ass'n of America, Inc., v. City of Chicago*, No. 08-1497 and *McDonald v. City of Chicago*, 08-1521.

On September 30, 2009, The Supreme Court of the United States granted certiorari in *McDonald v. City of Chicago*, 08-1521.

In light of these facts, the Court's proposed remedy of a stay is well taken. Plaintiffs hereby withdraw their Motion for Summary Judgment (set to be heard on October 30, 2009) and ask that it be taken off calendar. They reserve the right to re-file the motion after the incorporation issue is resolved. Defendants' Motion to continue the Summary Judgment hearing (set to be heard on October 16, 2009) under Fed.R.Civ.P. 56(f) is thus mooted.

Plaintiffs hereby request that the Court enter the following orders:

1. This action, including all currently pending motions, are stayed.

2. Discovery by the parties may proceed, but any discovery motions that may arise and the deadlines for filing those motions, are extended until the stay is lifted.

3. The Court, on its own motion, or either party may petition the Court to vacate the stay after the Second Amendment incorporation issue is resolved by the Ninth Circuit and/or the Supreme Court, which ever occurs first.

Dated: October 1, 2009                                    Respectfully submitted,

| | |
|---|---|
| Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)<br>Law Offices of Donald Kilmer, A.P.C.<br>1645 Willow Street, Suite 150<br>San Jose, CA 95125<br>408.264.8489/Fax 408.264.8487<br>E-Mail: Don@DKLawOffice.com | Alan Gura (Calif. Bar No. 178221)<br>Gura & Possessky, PLLC<br>101 N. Columbus St., Suite 405<br>Alexandria, VA 22314<br>703.835.9085/Fax 703.997.7665 |
| By:  /s/Donald E.J. Kilmer, Jr./<br>       Donald E.J. Kilmer, Jr. | By:  /s/Alan Gura/<br>       Alan Gura |
| | Jason A. Davis (Calif. Bar No. 224250)<br>Davis & Associates<br>27281 Las Ramblas, Suite 200<br>Mission Viejo, CA 92691<br>949.310.0817/Fax 949.288.6894 |
| | By:  /s/Jason Davis/<br>       Jason Davis |
| | Attorneys for Plaintiffs |