Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al., ) | Case No. 2:09-CV-01185-FCD-KJM |
| ) | |
| Plaintiffs, ) | PLAINTIFFS' SUPPLEMENTAL |
| ) | REPLY BRIEF |
| v. ) | RE: STAY OF ACTION |
| Wilfredo Cid, ) | Date:  Oct. 2, 2009 |
| ) | Time:  12:00 p.m. |
| Defendants. ) | Judge: Frank C. Damrell, Jr. |
| ) | |

Plaintiffs respectfully oppose the suggestion by Defendant that no summary judgment motion be considered until after a motion to dismiss is first resolved. This suggestion quite simply contradicts the established practice of resolving cases, as well as the express language of the forthcoming revision to Rule 56, effective December 1, 2009.

District courts traditionally resolve cases on dispositive cross-motions because doing so conserves judicial resources. An appellate court, on a record containing cross-motions, can resolve more questions by granting in whole or in part motions that were not granted by lower courts, without need of additional proceedings.  Indeed, this was exactly the procedure

followed in *District of Columbia v. Heller*, 128 S. Ct. 2783 (2008). The District Court granted the city's motion to dismiss and denied the plaintiffs' motion for summary judgment, but the D.C. Circuit specifically granted the summary judgment motion, and the Supreme Court affirmed. *McDonald v. City of Chicago,* No., 08-1521 may well follow the identical path.

Rule 56 currently allows plaintiffs to file summary judgment motions within 20 days of the initiation of the action. Under the current rules the motion would therefore be timely upon the lifting of any stay. However, Rule 56 as it would be operative in a post-*McDonald*, post-*Nordyke* environment (after Dec. 1, 2009) will authorize a summary judgment motion by either party "at any time until 30 days after the close of all discovery."

Respectfully, the Court should decide this matter on a full record, consistent with Plaintiffs' prerogatives under Rule 56 and in accordance with the normal procedure governing the disposition of cases on cross-motions.

Dated:  October 2, 2009                     Respectfully submitted,

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)    Alan Gura (Calif. Bar No. 178221)
Law Offices of Donald Kilmer, A.P.C.               Gura & Possessky, PLLC
1645 Willow Street, Suite 150                       101 N. Columbus St., Suite 405
San Jose, CA 95125                                  Alexandria, VA 22314
408.264.8489/Fax 408.264.8487                       703.835.9085/Fax 703.997.7665
E-Mail: Don@DKLawOffice.com

By:  /s/Donald E.J. Kilmer, Jr./           By:   /s/Alan Gura/
     Donald E.J. Kilmer, Jr.                     Alan Gura

                                           Jason A. Davis (Calif. Bar No. 224250)
                                           Davis & Associates
                                           27281 Las Ramblas, Suite 200
                                           Mission Viejo, CA 92691
                                           949.310.0817/Fax 949.288.6894

                                           By:   /s/Jason Davis/
                                                 Jason Davis

                                           Attorneys for Plaintiffs