# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN PENA, ET AL.** | CASE:  **2:09–CV–01185–KJM –CKD** |
| vs. | |
| **WILFREDO CID** | **ORDER OF REASSIGNMENT** |

_____  /

The court, having considered the appointment of **Magistrate Judge Carolyn K Delaney**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge Craig M. Kellison** to  **Magistrate Judge Carolyn K Delaney** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:

**2:09–CV–01185–KJM –CKD**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:  August 3, 2011

**ANTHONY W. ISHII**, CHIEF
U.S. DISTRICT COURT JUDGE