KAMALA D. HARRIS
Attorney General of California
PETER A. KRAUSE
Supervising Deputy Attorney General
ANTHONY R. HAKL, State Bar No. 197335
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-9041
 Fax: (916) 324-8835
 E-mail: Anthony.Hakl@doj.ca.gov

*Attorneys for Defendant Wilfredo Cid*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC. and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WILFREDO CID, <br><br> Defendant. | 2:09-CV-01185-KJM-CMK <br><br> **JOINT STATUS REPORT** <br><br> Date: None <br> Time: None <br> Dept: No. 3 – 15th Floor <br> Judge: The Honorable Kimberly J. Mueller <br> Trial Date: None <br> Action Filed: April 30, 2009 |

1   Pursuant to this Court's December 20, 2011 Minute Order continuing the stay in this action, Plaintiffs Ivan Peña, Roy Vargas, Doña Croston, Brett Thomas, Second Amendment Foundation, Inc., and The Calguns Foundation, Inc., along with Defendant Wilfredo Cid, submit this Joint Status Report.

On June 1, 2012, the Ninth Circuit issued its opinion in *Nordyke v. King*, 07-15763. However, a recently filed post-disposition motion, which is currently pending before the Ninth Circuit, may result in the modification of that opinion. Accordingly, the parties respectfully request that this Court continue the stay in this matter and modify its December 20, 2011 Minute Order to require a joint status report within 10 days of the issuance of the mandate in *Nordyke*.

Dated: June 8, 2012

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
PETER A. KRAUSE
Supervising Deputy Attorney General

/s/ Anthony R. Hakl

ANTHONY R. HAKL
Deputy Attorney General
*Attorneys for Defendant Wilfredo Cid*

Dated: June 8, 2012

LAW OFFICES OF DONALD KILMER, A.P.C.

/s/ Donald E.J. Kilmer, Jr.

DONALD E.J. KILMER, JR.
*Attorneys for Plaintiffs*

Dated: June 8, 2012

GURA & POSSESSKY, PLLC

/s/ Alan Gura

ALAN GURA
*Attorneys for Plaintiffs*

Dated: June 8, 2012

DAVIS & ASSOCIATES

/s/ Jason A. Davis

JASON A. DAVIS
*Attorneys for Plaintiffs*

SA2009310413
10910259.docx

# CERTIFICATE OF SERVICE

Case Name:   <u>Ivan Pena, et al. v. Wilfredo Cid</u>   No.   <u>2:09-CV-01185-KJM-CKD</u>

I hereby certify that on <u>June 8, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 8, 2012</u>, at Sacramento, California.

|  |  |
|---|---|
| <u>Brenda Apodaca</u> | */s/ Brenda Apodaca* |
| Declarant | Signature |

10910374.doc