Alan Gura (CBN: 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Anthony R. Hakl (CBN: 197335)
Deputy Attorney General
Government Law Section, Dept. Of Justice
1300 I Street Sacramento, CA 95814
916.322-9041/Fax 916.324-8835

Donald E.J. Kilmer, Jr. (CBN: 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis (CBN: 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al., ) | Case No. 2:09-CV-01185-FCD-KJM |
| ) | |
| Plaintiffs, ) | JOINT STATUS REPORT |
| ) | JOINT REQUEST FOR CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | And |
| Wilfredo Cid, ) | [Proposed] CASE MANAGEMENT |
| ) | ORDER |
| Defendant. ) | |
| ) | |

JOINT STATUS REPORT

Pursuant to a prior order of the Court, notice is hereby given that the mandate has issued in Ninth Circuit case: *Nordyke* v. *King*, 9th Cir. No. 07-15763. A true and correct copy of the Mandate is attached hereto.

JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE

Given the length of the stay in this case and rapidly developing case law on the Second Amendment, the parties hereby withdraw any unresolved motions pending at the time of the stay.

1

The parties jointly request that this matter be set for a Status (Pretrial Scheduling) Conference, with a joint status report to be filed at least 10 days before the conference.

Respectfully submitted.

Dated: July 30, 2012

| Attorneys for Plaintiffs | Attorney for Defendant |
|---|---|
| Alan Gura (Calif. Bar No. 178221)<br>Gura & Possessky, PLLC<br>101 N. Columbus St., Suite 405<br>Alexandria, VA 22314<br>703.835.9085/Fax 703.997.7665 | Anthony R. Hakl (Calif. Bar No. 197335)<br>Deputy Attorney General<br>Government Law Section, Dept. Of Justice<br>1300 I Street Sacramento, CA 95814<br>916.322-9041/Fax 916.324-8835<br>E-Mail: Hakl@doj.ca.gov |
| Jason A. Davis (Calif. Bar No. 224250)<br>Davis & Associates<br>30021 Tomas Street<br>Rancho Santa Margarita, CA 92688<br>949.310.0817/Fax 949.288.6894 | By:   /Anthony Hakl<br>         Anthony Hakl |
| Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)<br>Law Offices of Donald Kilmer, A.P.C.<br>1645 Willow Street, Suite 150<br>San Jose, CA 95125<br>408.264.8489/Fax 408.264.8487<br>E-Mail: Don@DKLawOffice.com | |

By:   /Donald E.J. Kilmer, Jr.
         Donald E. J. Kilmer, Jr.

**ORDER**

That stay in this matter is vacated.  All motions are vacated.  The parties are directed to appear through counsel for a Case Management Conference on (date) _____ at (time) _____.

A Joint Case Management Conference Statement shall be due 10 days prior to the conference.

Date:                                              _____

                                                          U.S. District Judge

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 19 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RUSSELL ALLEN NORDYKE; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MARY V. KING; et al., <br><br> Defendants - Appellees. | No. 07-15763 <br><br> D.C. No. CV-99-04389-MJJ <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered June 01, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $1684.50.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Theresa Benitez
Deputy Clerk