KAMALA D. HARRIS
Attorney General of California
PETER K. SOUTHWORTH
Supervising Deputy Attorney General
ANTHONY R. HAKL, State Bar No. 197335
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-9041
 Fax: (916) 324-8835
 E-mail: Anthony.Hakl@doj.ca.gov

*Attorneys for Defendant Wilfredo Cid*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC. and THE CALGUNS FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILFREDO CID,**<br><br>Defendant. | 2:09-CV-01185-KJM-CMK<br><br>**STIPULATION SUBSTITUTING DEFENDANT AND [PROPOSED] ORDER**<br><br>Dept:  No. 3 – 15th Floor<br>Judge  Honorable Kimberly J. Mueller<br>Trial Date:  None<br>Action Filed:  April 30, 2009 |

**STIPULATION**

Having met and conferred on the issue, and as discussed on the record and in open court during the Status (Pretrial Scheduling) Conference on August 30, 2012, plaintiffs Ivan Peña, Roy Vargas, Doña Croston, Brett Thomas, Second Amendment Foundation, Inc., and The Calguns Foundation, Inc., along with defendant Wilfredo Cid, by and through their counsel, hereby stipulate and agree as follows:

/ / /

/ / /

1

1    Stephen Lindley, in his official capacity as Chief of the California Department of Justice

2  Bureau of Firearms, shall be substituted for defendant Wilfredo Cid, who is now the former Chief

3  of the Bureau of Firearms.  Accordingly, Mr. Lindley, in his official capacity only, will be the

4  only remaining defendant in this case.

5  Dated:  September 5, 2012                    Respectfully Submitted,

6                                              KAMALA D. HARRIS
                                               Attorney General of California
7                                              PETER K. SOUTHWORTH
                                               Supervising Deputy Attorney General
8
                                               */s/ Anthony R. Hakl*
9
                                               ANTHONY R. HAKL
10                                             Deputy Attorney General
                                               *Attorneys for Defendant Wilfredo Cid*
11
12  Dated:  September 5, 2012                    LAW OFFICES OF DONALD KILMER, A.P.C.

                                               */s/ Donald E.J. Kilmer, Jr.*
13
                                               DONALD E.J. KILMER, JR.
14                                             *Attorneys for Plaintiffs*

15  Dated:  September 5, 2012                    GURA & POSSESSKY, PLLC

16                                             */s/ Alan Gura*

17                                             ALAN GURA
                                               *Attorneys for Plaintiffs*
18
19  Dated:  September 5, 2012                    DAVIS & ASSOCIATES

                                               */s/ Jason A. Davis*
20
                                               JASON A. DAVIS
21                                             *Attorneys for Plaintiffs*

22

23

24

25

26

27

28

Stipulation Substituting Defendant (2:09-CV-01185-KJM-CMK)

1

**[PROPOSED] ORDER**

2       Having considered the stipulation of the parties, and good cause appearing, Stephen

3   Lindley, in his official capacity as Chief of the California Department of Justice Bureau of

4   Firearms, is substituted for defendant Wilfredo Cid.  Mr. Lindley, in his official capacity only, is

5   now the only defendant in this case.

6       IT IS SO ORDERED.

7

8   Dated: _____          _____

9                                             KIMBERLY J. MUELLER
                                              United States District Judge
10

11

12   SA2009310413

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Substituting Defendant (2:09-CV-01185-KJM-CMK)