KAMALA D. HARRIS
Attorney General of California
PETER K. SOUTHWORTH
Supervising Deputy Attorney General
ANTHONY R. HAKL, State Bar No. 197335
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-9041
 Fax: (916) 324-8835
 E-mail: Anthony.Hakl@doj.ca.gov
*Attorneys for Defendant Stephen Lindley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC. and THE CALGUNS FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEPHEN LINDLEY,**[1]<br><br>Defendant. | Case No. 2:09-CV-01185-KJM-CMK<br><br>**ANSWER TO AMENDED COMPLAINT**<br><br>Dept: No. 3 – 15th Floor<br>Judge: Honorable Kimberly J. Mueller<br>Trial Date: None<br>Action Filed: April 30, 2009 |

---

[1] Stephen Lindley, in his official capacity as Chief of the California Department of Justice Bureau of Firearms, has been substituted for defendant Wilfredo Cid. (Minute Order filed Sept. 6, 2012.)

1

Defendant Stephen Lindley ("Lindley") answers plaintiffs Ivan Peña, Roy Vargas, Doña Croston, Brett Thomas, Second Amendment Foundation, Inc., and The Calguns Foundation, Inc.'s amended complaint as follows:

**ANSWER TO PLAINTIFFS' DESCRIPTION OF THE PARTIES**

1. Answering paragraphs 1 through 6 of the amended complaint, Lindley lacks sufficient information or knowledge to form a belief about the truth of each and every allegation of these paragraphs and denies them on that basis.

2. Answering paragraph 7 of the amended complaint, Lindley denies those allegations. Lindley alleges that he is the current Chief of the California Department of Justice Bureau of Firearms.

**ANSWER TO ALLEGATIONS REGARDING JURISDICTION AND VENUE**

3. Answering paragraph 8 of the amended complaint, Lindley avers the allegations are conclusions of law to which no response is required.  To the extent that a response is required, Lindley denies each and every allegation.

4. Answering paragraph 9 of the amended complaint, Lindley admits these allegations.

**ANSWER TO PLAINTIFFS' STATEMENT OF FACTS**

5. To the extent the unnumbered italicized headings contained throughout plaintiffs' statement of facts constitute material allegations of fact, Lindley denies the allegations.

6. Answering paragraphs 10 through 36 of the amended complaint, Lindley states that the matters asserted in those paragraphs constitute plaintiffs' arguments regarding the law, particularly the Second Amendment to the United States Constitution, California Penal Code, and California Code of Regulations, as opposed to allegations of fact.  Because the Second Amendment, state Penal Code, state regulations, and the legal authorities addressing those provisions speak for themselves, no response to the legal and policy arguments in paragraphs 10 through 36 is required.  To the extent those paragraphs contain any material allegations of fact, Lindley denies the allegations.

7.  Answering paragraphs 37 and 38 of the amended complaint, Lindley admits that the Para USA (Para Ordnance) P1345SR / Stainless Steel .45 ACP 4.25" is not currently listed on the Roster of Handguns Certified for Sale.  As to the remaining allegations of paragraphs 37 and 38, Lindley lacks sufficient information or knowledge to form a belief about the truth of each and every allegation and denies them on that basis.

8.  Answering paragraphs 39 through 44 of the amended complaint, Lindley admits that the Glock 21 SF with an ambidextrous magazine release is not currently listed on the Roster of Handguns Certified for Sale whereas the Glock 21 SF-STD is listed.  As to the remaining allegations of paragraphs 39 through 44, Lindley lacks sufficient information or knowledge to form a belief about the truth of each and every allegation of these paragraphs and denies them on that basis.

9.  Answering paragraphs 45 through 49 of the amended complaint, Lindley admits that the Springfield Armory XD-45 Tactical 5" B-Tone stainless steel/black handgun in .45 ACP, model number XD9623, is not currently listed on the Roster of Handguns Certified for Sale.  As to the remaining allegations of paragraphs 45 through 49, Lindley lacks sufficient information or knowledge to form a belief about the truth of each and every allegation of these paragraphs and denies them on that basis.

10.  Answering paragraphs 50 through 51 of the amended complaint, Lindley admits that a "High Standard Buntline style revolver" is not currently listed on the Roster of Handguns Certified for Sale.  As to the remaining allegations of paragraphs 50 through 51, Lindley lacks sufficient information or knowledge to form a belief about the truth of each and every allegation of these paragraphs and denies them on that basis.

### ANSWER TO FIRST CLAIM FOR RELIEF

11.  Answering paragraph 52 of the amended complaint, Lindley incorporates by reference his responses to paragraphs 1 through 51 of the amended complaint to the same extent plaintiffs have incorporated the allegations of those paragraphs into the First Claim For Relief.

12.  Answering paragraphs 53 through 57 of the amended complaint, Lindley states that the matters asserted in those paragraphs constitute plaintiffs' arguments regarding the law, particularly the Second Amendment to the United States Constitution, California Penal Code, and California Code of Regulations, as opposed to allegations of fact.  Because the Second Amendment, state Penal Code, state regulations, and the legal authorities addressing those provisions speak for themselves, no response to the legal and policy arguments in paragraphs 53 through 57 is required.  To the extent those paragraphs contain any material allegations of fact, Lindley denies the allegations.

### ANSWER TO SECOND CLAIM FOR RELIEF

13.  Answering paragraph 58 of the amended complaint, Lindley incorporates by reference his responses to paragraphs 1 through 57 of the amended complaint to the same extent plaintiffs have incorporated the allegations of those paragraphs into the First Claim For Relief.

14.  Answering paragraph 59 of the amended complaint, Lindley states that the matters asserted in the paragraph constitutes plaintiffs' arguments regarding the law, particularly the Second Amendment to the United States Constitution, California Penal Code, and California Code of Regulations, as opposed to allegations of fact.  Because the Second Amendment, state Penal Code, state regulations, and the legal authorities addressing those provisions speak for themselves, no response to the legal and policy arguments in paragraph 59 is required.  To the extent those paragraphs contain any material allegations of fact, Lindley denies the allegations.

### FIRST AFFIRMATIVE DEFENSE
(No Ripe Controversy)

The complaint fails to present a case or controversy that is ripe for this Court's consideration.

/ / /

/ / /

/ / /

**SECOND AFFIRMATIVE DEFENSE**

(Lack of Standing)

All of the plaintiffs lack standing to bring this action because there is no injury or credible threat of injury.  Second Amendment Foundation, Inc., and The Calguns Foundation, Inc. also lack associational standing.

**THIRD AFFIRMATIVE DEFENSE**

(Eleventh Amendment Immunity)

Plaintiffs' claims are barred by the Eleventh Amendment.

**PRAYER FOR RELIEF**

Lindley prays for judgment as follows:

1. That plaintiffs take nothing by way of their complaint;

2. That the Court enter judgment in favor of Lindley on all claims and causes of action alleged in the complaint;

3. For costs incurred in the defense of this action; and

4. For such other and further relief as the Court may deem proper.

Dated:  March 26, 2012                                   Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PETER K. SOUTHWORTH
Supervising Deputy Attorney General

/s/ ANTHONY R. HAKL

ANTHONY R. HAKL
Deputy Attorney General
*Attorneys for Defendant Stephen Lindley*

SA2009310413
11062388.docx