Alan Gura (CBN: 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Anthony R. Hakl (CBN: 197335)
Deputy Attorney General
Government Law Section, Dept. Of Justice
1300 I Street Sacramento, CA 95814
916.322-9041/Fax 916.324-8835

Donald E.J. Kilmer, Jr. (CBN: 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis (CBN: 224250)
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al., | Case No. 2:09-CV-01185-KJM |
| Plaintiffs, | STIPULATION AND ORDER RE: AMENDED COMPLAINT |
| v. | RESET DATES FOR DISPOSITIVE MOTIONS |
| Stephen Lindley, | |
| Defendant. | |

The parties, by and through undersigned counsel stipulate to the following developments:

1. This case was originally filed April 30, 2009. At that time the micro-stamping requirement of the California Unsafe Handgun Law was not operative, as the California Attorney General's Office had not, as required, certified that micro-stamping technology was unencumbered by patents. It was not known whether and when such certification would be provided. Disputing micro-stamping, specifically, would have been unripe.

2. Through no fault of the parties, the case has seen significant and unforeseeable delays, being repeatedly stayed for years owing to the protracted litigation of *Nordyke* v. *King*, 681 F.3d 1041 (9th Cir. 2012).

3. On May 17, 2013, California's Attorney General announced that the patent issues relating to microstamping were resolved, and that this provision of California's handgun roster was immediately effective. *See* http://oag.ca.gov/sites/all/files/agweb/pdfs/firearms/infobuls/2013-BOF-03.pdf

4. The parties agree that if the Amended Complaint could not be read to reach the microstamping requirement, complete relief could not be obtained on all of Plaintiffs' claims, as the microstamping requirement would independently bar the rostering of three of the four handguns subject in this litigation.

5. Plaintiffs believe that the current Amended Complaint, as written, encompasses the entire California Unsafe Handgun Act. However, Defendant disagrees, and Plaintiffs are not opposed to amending the complaint to more specifically address the microstamping development. Additionally, the parties agree that amending the complaint would assist the Court in that an amended complaint would update the statutory citations to the Penal Code, which has been recodified in the intervening years since the filing of the present complaint.

6. The parties jointly request new case management orders for the purpose of:

   a. Filing of an amended complaint by the plaintiffs.

   b. Filing of an amended answer or other response by the defendants.

   c. An accelerated schedule for limited factual discovery.

   d. Setting a new date for dispositive motions.

**SO STIPULATED ON May 23, 2013**,

Attorneys for Plaintiffs                                      Attorney for Defendant

Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487
E-Mail: Don@DKLawOffice.com

By:   /Donald E.J. Kilmer, Jr.
      Donald E. J. Kilmer, Jr.
      Attorneys for Plaintiffs

Anthony R. Hakl (Calif. Bar No. 197335)
Deputy Attorney General
Government Law Section, Dept. Of Justice
1300 I Street Sacramento, CA 95814
916.322-9041/Fax 916.324-8835
E-Mail: anthony.hakl@doj.ca.gov

By:   /Anthony Hakl
      Anthony Hakl
      Attorney for Defendant

## ORDER

Good cause being shown, the Court makes the following orders:

1. The dispositive motions deadline of June 28, 2013 is vacated.

2. Plaintiffs shall have until June 4, 2013 to file an amended complaint by stipulation, that is limited to adding claims relating to the micro-stamping provision of their challenge to the California Unsafe Handgun Act, or if no stipulation is reached, to move for leave to file an amended complaint.

3. Defendants shall respond to the second amended complaint within 20 days of its filing.

4. Discovery is reopened, limited to issues related to micro-stamping, through October 4, 2013, including the time to have discovery motions heard.

5. Dispositive motions shall be heard no later than November 22, 2013, but may be set for earlier hearing in accordance with the local rules by agreement of both parties.

**SO ORDERED.**

Date: _____
 The Hon. Kimberly J. Mueller
 United States District Court Judge