| 1 | Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487
Don@DKLawOffice.com

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Ivan Peña, Roy Vargas, Doña Croston, Brett Thomas, Second Amendment Foundation, Inc., and The Calguns Foundation, Inc., | Case No.: 2:09-CV-01185-KJM/CK |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT |
| v. | |
| Stephen Lindley, | |
| Defendant. | |

All parties consent to allow the Plaintiffs leave to file a Second Amended Complaint, a copy of which is attached to this Stipulation. Federal Rule of Civil Procedure 15(a)(2).

**ATTESTATION of CONSENT TO FILE THIS STIPULATION**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Anthony Hakl that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on June 4, 2013.

  /s/ Donald Kilmer
Donald Kilmer
Attorney for Plaintiffs

Dated: June 4, 2013

Respectfully submitted,

Attorneys for Plaintiffs

Attorney for Defendant

Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Anthony R. Hakl (Calif. Bar No. 197335)
Deputy Attorney General
Government Law Section, Dept. Of Justice
1300 I Street Sacramento, CA 95814
916.322-9041/Fax 916.324-8835
E-Mail: anthony.hakl@doj.ca.gov

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

By: /Anthony Hakl
    Anthony Hakl
    Attorney for Defendant

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487
E-Mail: Don@DKLawOffice.com

By: /Donald E.J. Kilmer, Jr.
    Donald E. J. Kilmer, Jr.
    Attorneys for Plaintiffs

**ORDER**

Pursuant to the parties' agreement, the Plaintiffs are authorized to file the Second Amended Complaint attached to this stipulation. All prior stipulations and orders for case management remain in effect.

Date:

United States District Court Judge