KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ANTHONY R. HAKL, State Bar No. 197335
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-9041
 Fax: (916) 324-8835
 E-mail: Anthony.Hakl@doj.ca.gov
*Attorneys for Defendant Stephen Lindley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC. and THE CALGUNS FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEPHEN LINDLEY,**<br><br>Defendant. | Case No. 2:09-CV-01185-KJM-CKD<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>Date: November 22, 2013<br>Time: 10:00 a.m.<br>Dept.: Courtroom 3, 15th floor<br>Judge: The Honorable Kimberly J. Mueller<br>Trial Date: None at this time<br>Action Filed: May 1, 2009 |

1

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT,
OR IN THE ALTERNATIVE SUMMARY ADJUDICATION  (2:09-CV-01185-KJM-CKD)

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **November 22, 2013**, at **10:00 a.m.**, or as soon thereafter as the matter may be heard in the above-entitled court, located at the Robert T. Matsui United States Courthouse, 501 I Street, Courtroom 3, 15th Floor, Sacramento, California, before the Honorable Kimberly J. Mueller, defendant Stephen Lindley will move the court to enter summary judgment on the entire complaint, or in the alternative summary adjudication, in favor of defendant and against plaintiffs.

The motion will be made under Federal Rule of Civil Procedure 56 and on the grounds that California's Unsafe Handgun Act does not violate the Second Amendment or equal protection, and there is no triable issue as to any material fact.

The motion will be based upon this Notice of Motion and Motion and defendant's Statement of Undisputed Facts, Memorandum of Points and Authorities, and supporting declarations and exhibits, as well as the pleadings, records, and files herein, and upon such further evidence as may be presented in connection with the hearing of this motion.

Dated:  October 25, 2013                                Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

/s/ ANTHONY R. HAKL

ANTHONY R. HAKL
Deputy Attorney General
*Attorneys for Defendant Stephen Lindley*

SA2009310413
11201260.doc

2

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT,
OR IN THE ALTERNATIVE SUMMARY ADJUDICATION  (2:09-CV-01185-KJM-CKD)