John C. Eastman, California Bar No. 193726
Center for Constitutional Jurisprudence
c/o Chapman University Fowler School of Law
One University Drive
Orange, CA 92866
Tel.: (714) 628-2587  Fax: (714) 844-4817

Of Counsel:
Erik S. Jaffe, D.C. Bar No. 440112
Erik S. Jaffe, P.C.
5101 34th Street, N.W.
Washington, D.C.  20008
Tel.:   (202) 237-8165 Fax:(202) 237-8166

Attorneys for *Amicus Curiae*
The GLOCK, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| Ivan Pena, *et al.*, | ) Case No. 2:09-CV-01185-KJM-CKD |
|---|---|
| Plaintiffs, | ) NOTICE OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF GLOCK, INC., IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Stephen Lindley, | |
| Defendant | |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on November 22, 2013 at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 3 (15 Floor) of the United States District Court for the Eastern California, 501 I Street, Sacramento, California, Amicus Curiae GLOCK, Inc., by and through undersigned counsel, will move this Honorable Court to enter an Order granting *Amicus* leave to file an amicus brief in this case.  This motion is based upon this notice of motion and motion.

Dated: October 25, 2013                              Respectfully Submitted,


Of Counsel:                                          John C. Eastman, California Bar No. 193726
Erik S. Jaffe, D.C. Bar No. 440112                   Center for Constitutional Jurisprudence
Erik S. Jaffe, P.C.                                  c/o Chapman University Fowler School of Law
5101 34th Street, N.W.                               One University Drive
Washington, D.C.  20008                              Orange, CA 92866
Tel.:   (202) 237-8165                               Tel.: (714) 628-2587  Fax: (714) 844-4817
Fax:    (202) 237-8166

Attorneys for *Amicus Curiae*
GLOCK, Inc.


## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 25th day of October, 2013, I caused the foregoing Notice of Motion for Leave to File Amicus Brief of GLOCK, Inc. to be served via the ECF system on all counsel therein:

                                  *s/ John C. Eastman*
                                  John C. Eastman