IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Pena, *et al.*, | Case No. 2:09-CV-01185-KJM-CKD |
| Plaintiffs, | [PROPOSED] ORDER |
| v. | |
| Stephen Lindley, | |
| Defendant | |

This matter came before the Court on *Amicus Curiae* GLOCK, Inc.'s Motion for Leave to File an Amicus Brief. Seeing good cause to allow *amicus* participation, that motion is GRANTED.

*Amicus* GLOCK, Inc. shall file its *amicus* Brief on or before November 1, 2013.

SO ORDERED.

This the ___ day of _____, 2013.

_____

The Hon. Kimberly J. Mueller

United States District Judge