KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ANTHONY R. HAKL, State Bar No. 197335
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-9041
  Fax: (916) 324-8835
  E-mail: Anthony.Hakl@doj.ca.gov
*Attorneys for Defendant Stephen Lindley*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC. and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN LINDLEY, <br><br> Defendant. | Case No. 2:09-CV-01185-KJM-CKD <br><br> **DECLARATION OF ANTHONY R. HAKL IN SUPPORT OF DEFENDANT STEPHEN LINDLEY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION** <br><br> Date: November 22, 2013 <br> Time: 10:00 a.m. <br> Dept.: Courtroom 3, 15th floor <br> Judge: The Honorable Kimberly J. Mueller <br> Trial Date: None at this time <br> Action Filed: May 1, 2009 |

1

Declaration of Anthony R. Hakl in Support of Defendant Stephen Lindley's
Motion for Summary Judgment, or in the Alternative Summary Adjudication (2:09-CV-01185-KJM-CKD)

# DECLARATION OF ANTHONY R. HAKL

1.  I am a Deputy Attorney General for the Office of the Attorney General in the California Department of Justice located in Sacramento, California. I am the attorney of record for Stephen Lindley ("Defendant"). I make this declaration in support of Defendant's Motion for Summary Judgment. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them.

2.  Attached hereto as Exhibit A is a true and correct copy of Plaintiff Brett Thomas's Response to Defendant Stephen Lindley's First Set of Requests for Admissions.

3.  Attached hereto as Exhibit B is a true and correct copy of Plaintiff Brett Thomas's Response to Defendant Stephen Lindley's First Set of Interrogatories.

4.  Attached hereto as Exhibit C is a true and correct copy of Plaintiff Ivan Peña's Response to Defendant Stephen Lindley's First Set of Requests for Admissions.

5.  Attached hereto as Exhibit D is a true and correct copy of Plaintiff Ivan Peña's Response to Defendant Stephen Lindley's First Set of Interrogatories.

6.  Attached hereto as Exhibit E is a true and correct copy of Plaintiff Roy Vargas's Response to Defendant Stephen Lindley's First Set of Requests for Admissions.

7.  Attached hereto as Exhibit F is a true and correct copy of Plaintiff Roy Vargas's Response to Defendant Stephen Lindley's First Set of Interrogatories.

8.  Attached hereto as Exhibit G is a true and correct copy of Plaintiff Doña Croston's Response to Defendant Stephen Lindley's First Set of Requests for Admissions.

9.  Attached hereto as Exhibit H is a true and correct copy of Plaintiff Doña Croston's Response to Defendant Stephen Lindley's First Set of Interrogatories.

10. Attached hereto as Exhibit I is a true and correct copy of Defendant Stephen Lindley's Response To Interrogatories, Set One.

11. Attached hereto as Exhibit J is a true and correct copy of Defendant Stephen Lindley's Response To Requests For Admission, Set One.

12. Attached hereto as Exhibit K is a true and correct copy of Defendant Stephen Lindley's Response to Interrogatories, Set Two.

2

Declaration of Anthony R. Hakl in Support of Defendant Stephen Lindley's
Motion for Summary Judgment, or in the Alternative Summary Adjudication (2:09-CV-01185-KJM-CKD)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed in Sacramento, California, this 25th day of October, 2013.

_____
ANTHONY R. HAKL