**EXHIBIT D**

Alan Gura (Calif. Bar No. 178,221)
Gura & Possessky, PLCC
101 N. Columbus St. Suite 405
Alexandria VA, 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Office of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.364.84889/Fax 408.264.8487

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
Tel 949.436.GUNS/Fax 949.288.6894

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN PENA, ROY VARGAS, DONA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC. AND THE CALGUNS FOUNDATION, INC.<br><br>Plaintiffs,<br>vs.<br><br>STEPHEN LINDLEY,<br><br>Defendant. | Case No: 2:09-CV-01185-KJM-CMK<br><br>**PLAINTIFF IVAN PENA'S RESPONSE TO DEFENDANT STEPHEN LINDLEY'S FIRST SET OF INTERROGATORIES** |

| | | |
|---|---|---|
| 1 | PROPOUNDING PARTY: | Defendant Stephen Lindley |
| 2 | RESPONDING PARTY: | Plaintiff Ivan Pena |
| 3 | SET NUMBER: | One (1) |

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1**

State the name, relationship to you, business address and telephone number, employer and title or position of the "willing seller" identified in Paragraph 37 of the amended complaint filed May 11, 2009.

**RESPONSE TO INTERROGATORY NO. 1**

RESPONSE:

Name: PRK Arms

Relationship: California Licensed Dealer

Business Address: 5530 East Lamona Ave., Suite 103, Fresno CA 93727

Telephone Number: 559-283-8666

Employer: PRK Arms

Title or Position: California Licensed Dealer

**INTERROGATORY NO. 2**

State the caliber, barrel length, serial number, condition (i.e. new or used), current owner and location (i.e. address) of the firearm identified in Paragraph 37.

**RESPONSE TO INTERROGATORY NO. 2**

OBJECTION: This request is so vague or ambiguous as to be burdensome or oppressive as to the meaning of "Paragraph 37," which was not defined in the request. Moreover, Plaintiff would have to speculate as to the meaning of the term "Paragraph 37" in order to properly respond to this request.

RESPONSE: Without waiving the aforementioned objections, Plaintiff responds:

Caliber: .45

1  Barrel Length: 4.25"
2  Serial Number: QG2283
3  Condition (New or Used): Used.
4  Current Owner : Grey Peterson
5  Address: 17802 38th Pl. W. Lynnwood, WA 98037

**INTERROGATORY NO. 3**

Do you contend that the "willing seller" identified in Paragraph 37 is able to legally sell you the firearm identified in that paragraph? If so, state each fact and identify each document which you believe supports your contention.

**RESPONSE TO INTERROGATORY NO. 3**

OBJECTION: Contention interrogatories asking for each and every fact, or application of law to fact, that supports particular allegations in an opposing pleading may be held overly broad and unduly burdensome. [IPV, Inc. v. Mercantile Bank of Topeka (D KS 1998) 179 FRD 316, 321 – providing "every fact" could require "laborious, time-consuming analysis, search and description of incidental, secondary, and perhaps irrelevant and trivial details."]

RESPONSE: Without waiving the aforementioned objections, Plaintiff responds: No. Plaintiff is not prohibited from acquiring and possessing firearms, and the "willing seller" is, to the best of Plaintiff's knowledge, lawfully entitled to transfer firearms in accordance with United States firearm laws, including but not limited to 18 U.S.C. §921 et seq, and the regulations issued thereto, California firearm laws, including Part 6 of the California Penal Code, and the regulations issued thereto, and local laws. However, the firearm at issue became illegal for the "willing seller" to sell or transfer to Plaintiff, as a California resident, upon the passage and implementation of the Unsafe Handgun Act.

**INTERROGATORY NO. 4**

Do you contend that but for the firearm identified in Paragraph 37 not being listed on California's Roster of Handguns Certified for Sale you are otherwise eligible under all applicable

state and federal laws to purchase and possess that firearm? If so, state each fact and identify each document which you believe supports your contention.

**RESPONSE TO INTERROGATORY NO. 4**

OBJECTION: Contention interrogatories asking for each and every fact, or application of law to fact, that supports particular allegations in an opposing pleading may be held overly broad and unduly burdensome. [IPV, Inc. v. Mercantile Bank of Topeka (D KS 1998) 179 FRD 316, 321 – providing "every fact" could require "laborious, time-consuming analysis, search and description of incidental, secondary, and perhaps irrelevant and trivial details."]

RESPONSE: Yes. I am a law abiding, responsible citizen and not prohibited from purchasing or possessing firearms under any state, federal or local law of which I am aware, but for the provisions challenged in this litigation.

**INTERROGATORY NO. 5**

State each fact and identify each document which you believe supports your contention in Paragraph 38 of the amended complaint that the firearm referenced there "was listed on California's Handgun Roster until December 31, 2005, when it was discontinued and its listing not renewed."

**RESPONSE TO INTERROGATORY NO. 5**

RESPONSE: The California Department of Justice publishes a list of firearms that have been removed from California's Handgun Roster. The Department of Justice identifies this list as the "Department of Justice Bureau of Firearms De-Certified Handgun Models." This list is available at: http://oag.ca.gov/sites/oag.ca.gov/files/pdfs/firearms/removed.pdf. The California Department of Justice describes this as a list of "Handgun models whose certification has expired or otherwise removed from the Roster. These models may no longer be sold, offered for sale, or manufactured in California." On Page 15 of 24 of the list, as published November 15, 2012, it identifies the following as a firearm that was listed but is now de-certified:
Para USA (Para Ordnance) P1345SR / Stainless Steel .45 ACP Pistol 4.25" 12/31/2005."

Moreover, other documentation that supports this contention includes each "Department

of Justice Bureau of Firearms De-Certification Handgun Models" list published since December 31, 2005; each Department of Justice Bureau of Firearms Newly Added Handgun Models list; each California Department of Justice Roster of Handguns Certified For Sale published; as well as the Para USA (Para Ordnance) P1345SR / Stainless Steel .45 ACP Pistol 4.25" application materials submitted to the Department of Justice on behalf of Para Ordnance.

**INTERROGATORY NO. 6**

If in response to Request for Admission 1 you deny that you own at least one operable handgun that is suitable for self-defense, state each fact on which you base your denial.

**RESPONSE TO INTERROGATORY NO. 6**

Not Applicable.

**INTERROGATORY NO. 7**

If in response to Request for Admission 2 you deny that you are able to purchase an operable handgun that is suitable for self-defense, state each fact on which you base your denial.

**RESPONSE TO INTERROGATORY NO. 7**

Not Applicable.

**INTERROGATORY NO. 8**

If in response to Request for Admission 3 you deny that you are able to obtain a Para USA (Para Ordnance) P1345SR/Stainless Steel .45 ACP 4.25" through a private-party transfer under California Penal Code section 32110(a), state each fact on which you base your denial.

**RESPONSE TO INTERROGATORY NO. 8**

RESPONSE: Plaintiff is unaware of any private parties with a California Driver License, California Identification Card or Military identification card who possess such a firearm in an unaltered factory manufactured condition. Nor is Plaintiff aware of any private parties with a California Driver License, California Identification Card or Military identification card who are willing to sell said firearm in an unaltered factory manufactured condition. And, such a firearm

1  is not on the list of handguns approved for a California licensed dealer direct sale in California.

Date: December 11, 2012

                WITH RESPECT TO OBJECTIONS ONLY
                Davis & Associates

                Jason A. Davis
                Jason@CalGunLawyers.com
                Attorneys for plaintiffs

VERIFICATION

IVAN PENA declares:

1. I am a plaintiff in the above-captioned action;

2. I have read the foregoing "PLAINTIFF IVAN PENA'S RESPONSE TO DEFENDANT STEPHEN LINDLEY'S FIRST SET OF INTERROGATORIES" ("The Response") and know its contents. I am informed and believed that the matters set forth in the Response are true and accurate, and on that ground I allege, to the best of my knowledge and information, that the matters therein stated are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Verification was executed on December _11_, 2012, at _____, California.

_____
IVAN PENA

Page 7
IVAN PENA'S RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES
(2:09-cv-01185-kjm-ckd)