1  KAMALA D. HARRIS
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  ANTHONY R. HAKL, State Bar No. 197335
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 322-9041
6    Fax: (916) 324-8835
     E-mail: Anthony.Hakl@doj.ca.gov
7  *Attorneys for Defendant Stephen Lindley*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC. and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN LINDLEY,<br><br>Defendant. | Case No. 2:09-CV-01185-KJM-CKD<br><br>**DECLARATION OF STEPHEN LINDLEY IN SUPPORT OF DEFENDANT STEPHEN LINDLEY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>Date: November 22, 2013<br>Time: 10:00 a.m.<br>Dept.: Courtroom 3, 15th floor<br>Judge: The Honorable Kimberly J. Mueller<br>Trial Date: None at this time<br>Action Filed: May 1, 2009 |

1

# DECLARATION OF STEPHEN LINDLEY

1. I, STEPHEN LINDLEY, declare that I am the Chief of the Bureau of Firearms within the Division of Law Enforcement, Department of Justice. I have held this position since December 30, 2009, but have been employed by the Department since February 19, 2001. As the Chief, my responsibilities include, but are not limited to, supervising and directing Bureau staff who administer the "Roster of Handguns Certified for Sale" in California. I am familiar with and understand the statutes and regulations that address which handguns may be added to the roster after testing. My responsibilities also include overseeing the staff who process Dealer's Record of Sale (DROS) transactions—the process under which a majority of firearms purchases and transfers, including private party transactions and sales at gun shows, are conducted in California.

2. I have personal knowledge of the contents of this declaration and competently testify thereto.

3. The Department of Justice, Bureau of Firearms is responsible for maintaining the "Roster of Handguns Certified for Sale" in California pursuant to Penal Code section 32015. A true and correct copy of the roster, as it appeared on our website as of October 23, 2013, is attached hereto as **Exhibit A**. As of October 23, 2013, there were 1,273 handguns listed on the roster and thus available for sale in California.

4. The Department of Justice, Bureau of Firearms is responsible for processing the DROS transactions that occur each day in California. Since 2009 to today, the Bureau of Firearms has processed **1,491,176** DROS transactions involving handguns. The yearly handgun DROS transactions are as follows:

- 2009: 228,368
- 2010: 236,086
- 2011: 293,429
- 2012: 388,006
- 2013 (as of October 23, 2013): 345,287

2

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed in Sacramento, California, this 23 day of October, 2013.

*(signature)*

STEPHEN LINDLEY

SA2009310413
11200705.doc

3

Declaration of Stephen Lindley in Support of Defendant Stephen Lindley's Motion for Summary Judgment, or in the Alternative Summary Adjudication (2:09-CV-01185-KJM-CKD)