Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis, Calif. Bar No.: 224250
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-KJM-CKD |
| | ) | |
| Plaintiffs, | ) | NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT |
| | ) | |
| v. | ) | [Fed. R. Civ. P. 56] |
| | ) | |
| Stephen Lindley | ) | |
| | ) | |
| Defendant. | ) | |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 22, 2013 at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 3 (15th Floor) of the United State District Court for the Eastern California, 501 I Street, Sacramento, California 95814 Plaintiffs Ivan Peña, Roy Vargas, Doña Croston, Brett Thomas, the Second Amendment Foundation, Inc., and the Calguns Foundation, Inc., by and through

undersigned counsel, will move this Honorable Court to enter a summary judgment in their favor and against Defendant pursuant to Fed. R. Civ. Proc. 56.

Plaintiffs move for entry of summary judgment on all claims as the material facts in this case are not in dispute, and Defendant's challenged customs, practices and policies violate Plaintiffs' rights under the Second and Fourteenth Amendments to the United States Constitution.

This motion is based upon this notice of motion and motion, the attached memorandum of points and authorities, exhibits, declarations, separate statement of undisputed facts, any material in the Court's files, and any other relevant matter to be considered by the Court.

Dated: October 25, 2013          Respectfully submitted,

Alan Gura, Cal. Bar No.: 178221          Donald E.J. Kilmer, Jr., Cal. Bar No. 179986
Gura & Possessky, PLLC                   Law Offices of Donald Kilmer, A.P.C.
101 N. Columbus St., Suite 405           1645 Willow Street, Suite 150
Alexandria, VA 22314                     San Jose, CA 95125
703.835.9085/Fax 703.997.7665            408.264.8489/Fax 408.264.8487
alan@gurapossessky.com                   Don @DKLawOffice.com

/s/ Alan Gura                            /s/ Donald E.J. Kilmer, Jr.
Alan Gura                                Donald E.J. Kilmer, Jr.

Jason A. Davis, Cal. Bar No.: 224250
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894            Attorneys for Plaintiffs