Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis, Calif. Bar No.: 224250
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-KJM-CKD |
| Plaintiffs, | ) | |
| | ) | **DECLARATION OF CROSTON** |
| v. | ) | |
| | ) | In Support of Plaintiffs' Motion |
| Stephen Lindley, | ) | For Summary Judgment |
| Defendant. | ) | |
| _____ | ) | |

I, Doña Croston, am competent to state, and to declare the following based on my personal knowledge:

1. I am a citizen of the United States and the State of California.

2. I am a member of the Second Amendment Foundation and a supporter of their activities.

3. I am a board member of the CalGuns Foundation, Inc. and a supporter of their activities.

4. I sought to purchase a Springfield Armory XD-45 Tactical 5" Bi-Tone stainless steel/black handgun in .45 ACP, model number XD9623, and have identified a willing seller who stands ready to deliver said handgun to me.

5. But, I cannot lawfully purchase and take possession of the handgun as that handgun is not on the California Handgun Roster.

6. I fear arrest, prosecution, fine and incarceration if I complete this handgun purchase. Additionally, the fact that California firearms dealers cannot sell this handgun to the public greatly limits my access to this handgun, reduces price competition for it, and would cause me to expend money I would otherwise not spend in shipping the handgun from out of state and then transferring it through an in-state dealer, even were that legal.

7. I would acquire new semiautomatic handguns of the kind in common use throughout the United States, for traditional lawful purposes including self-defense, but cannot do so owing to California's rostering scheme.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 24th day of October, 2013, in San Francisco, California

_____
Doña Croston

4. I sought to purchase a Springfield Armory XD-45 Tactical 5" Bi-Tone stainless steel/black handgun in .45 ACP, model number XD9623, and have identified a willing seller who stands ready to deliver said handgun to me.

5. But, I cannot lawfully purchase and take possession of the handgun as that handgun is not on the California Handgun Roster.

6. I fear arrest, prosecution, fine and incarceration if I complete this handgun purchase. Additionally, the fact that California firearms dealers cannot sell this handgun to the public greatly limits my access to this handgun, reduces price competition for it, and would cause me to expend money I would otherwise not spend in shipping the handgun from out of state and then transferring it through an in-state dealer, even were that legal.

7. I would acquire new semiautomatic handguns of the kind in common use throughout the United States, for traditional lawful purposes including self-defense, but cannot do so owing to California's rostering scheme.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 24th day of October, 2013, in San Francisco, California

_Doña Croston_
Doña Croston