Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis, Calif. Bar No.: 224250
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-KJM-CKD |
| Plaintiffs, | ) | |
| | ) | **DECLARATION OF VARGAS** |
| v. | ) | |
| | ) | In Support of Plaintiffs' Motion |
| Stephen Lindley, | ) | For Summary Judgment |
| Defendant. | ) | |
| _____ | ) | |

I, Roy Vargas am competent to state, and to declare the following based on my personal knowledge:

1. I am a citizen of the United States and the State of California. I am a citizen of the United States and the State of California.

2. I am a member of the Second Amendment Foundation and a supporter of their activities.

3. I am a participant in CalGuns Foundation, Inc. activities.

4. I sought to purchase a Glock 21 SF with an ambidextrous magazine release, and have identified a willing seller who stands ready to deliver said handgun to Plaintiff.

5. However, I cannot lawfully purchase and take possession of the handgun as that handgun is not listed on the California Handgun Roster.

6. I fear arrest, prosecution, fine and incarceration if I complete this handgun purchase. Additionally, the fact that California firearms dealers cannot sell this handgun to the public greatly limits my access to this handgun, reduces price competition for it, and would cause me to expend money I would otherwise not spend in shipping the handgun from out of state and then transferring it through an in-state dealer, even were that legal.

7. I was born without an arm below the right elbow.

8. The Glock 21 SF with a standard magazine release is listed on the California Handgun Roster.

9. However, the Glock-21 SF with ambidextrous magazine release is superior for left-handed shooters such myself, as opposed to the approved version of the Glock 21.

I declare under penalty of perjury that the foregoing is true and correct

Executed this the 24th day of October, 2013, in Covina, California.


_____
Roy Vargas

4. I sought to purchase a Glock 21 SF with an ambidextrous magazine release, and have identified a willing seller who stands ready to deliver said handgun to Plaintiff.

5. However, I cannot lawfully purchase and take possession of the handgun as that handgun is not listed on the California Handgun Roster.

6. I fear arrest, prosecution, fine and incarceration if I complete this handgun purchase. Additionally, the fact that California firearms dealers cannot sell this handgun to the public greatly limits my access to this handgun, reduces price competition for it, and would cause me to expend money I would otherwise not spend in shipping the handgun from out of state and then transferring it through an in-state dealer, even were that legal.

7. I was born without an arm below the right elbow.

8. The Glock 21 SF with a standard magazine release is listed on the California Handgun Roster.

9. However, the Glock-21 SF with ambidextrous magazine release is superior for left-handed shooters such myself, as opposed to the approved version of the Glock 21.

I declare under penalty of perjury that the foregoing is true and correct

Executed this the 24th day of October, 2013, in Monterey Park, California.

Roy Vargas