Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis, Calif. Bar No.: 224250
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>Stephen Lindley,<br>　　　　Defendant.<br>_____ | Case No. 2:09-CV-01185-KJM-CKD<br><br>**DECLARATION OF THOMAS**<br><br>In Support of Plaintiffs' Motion<br>For Summary Judgment |

I, Brett Thomas, am competent to state, and to declare the following based on my personal knowledge:

　　1.　I am a citizen of the United States and the State of California.

　　2.　I am a member of the Second Amendment Foundation and a supporter of their activities.

　　3.　I am a board member of the CalGuns Foundation, Inc. and a supporter of their activities.

4.       The handgun at issue in *District of Columbia* v. *Heller*, 554 U.S. 570 (2008), was a High Standard 9-shot revolver in .22 with a 9.5" Buntline-style[1] barrel.

5.       I sought to purchase an identical High Standard 9-shot revolver in .22 with a 9.5" Butline-style barrel, and has identified a willing seller who stands ready to deliver said handgun to me.

6.       I cannot lawfully purchase and take possession of the handgun as that handgun is not on the California Handgun Roster.

7.       I fear arrest, prosecution, fine and incarceration if I complete this handgun purchase.

8.       I am a law-abiding citizens, shooting enthusiast and gun collector. I would acquire new semiautomatic handguns of the kind in common use throughout the United States, for traditional lawful purposes including self-defense, but cannot do so owing to California's rostering scheme.

9.       Based on my experiences as a gun owner and collector, I know that California's handgun rostering scheme substantially limits commerce in unrostered handguns, since no dealer can stock these firearms. This results in a significant loss of choice and price competition.

10.       I am also aware through my activities as a hobbyist and lawful gun owner that transporting and transferring firearms from out-of-state dealers, that would be unnecessary if the firearms were available for sale in California, increases the costs of acquiring firearms for self-defense. The fact that California firearms dealers cannot sell the High Standard 9 shot .22 revolver with a 9.5" Buntline-style barrel to the public greatly limits my access to this handgun, reduces price competition for it, and would cause me to expend money I would otherwise not spend in shipping the handgun from out of state and then transferring it through an in-state dealer, even were that legal.

---

[1] A "Buntline" is a Western-style extra-long barrel revolver, named for 19th-century novelist Ned Buntline who was said to commission such guns for famous personalities of the day.

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed this the 24th day of October, 2013, in California.

_____
Brett Thomas

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 24th day of October, 2013, in California.

_____
Brett Thomas