Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis, Calif. Bar No.: 224250
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al.,<br>    Plaintiffs,<br><br>v.<br><br>Stephen Lindley,<br>    Defendant. | Case No. 2:09-CV-01185-KJM-CKD<br><br>**DECLARATION OF GOTTLIEB**<br><br>In Support of Plaintiffs' Motion<br>For Summary Judgment |

I, Alan Gottlieb, am competent to state, and to declare the following based on my personal knowledge:

1. I am the Founder and Executive Vice President of the Second Amendment Foundation, Inc.

2. The Second Amendment Foundation, Inc. ("SAF") is a non-profit membership organization incorporated under the laws of Washington with its principal place of business in Bellevue, Washington.

3. SAF has over 650,000 members and supporters nationwide, including many in the state of California.

4. The purposes of SAF include education, research, publishing and legal action focusing on the Constitutional right to privately own and possess firearms, and the consequences of gun control.

5. SAF expends their resources encouraging exercise of the right to bear arms, and advising and educating their members, supporters, and the general public about the legality of particular firearms. The issues raised by, and consequences of, Defendant's policies, are of great interest to CGF constituencies.

6. Defendant's policies regularly cause the expenditure of resources by SAF as people turn to our organizations for advice and information.

7. Defendant's policies bar the board members and supporters of CGF from obtaining numerous, if not most, handguns.

8. Members and supporters of the Second Amendment Foundation, Inc. ("SAF") would acquire new semiautomatic handguns of the kind in common use throughout the United States, for traditional lawful purposes including self-defense, but cannot do so owing to California's rostering scheme.

9. California's handgun rostering scheme substantially limits commerce in (and therefore SAF members and supporters' access to) unrostered handguns, since no dealer can stock these firearms. This results in a significant loss of choice and price competition for members and supporters of SAF.

10. Members and supporters of SAF who seek to conduct private party sales of off-roster firearms would suffer increased costs in transporting and transferring their firearms from out-of-state dealers even were these transfers lawful. They would not suffer these costs if the firearms were available for sale in California.

11. Defendants' policies make firearms less accessible to the public, reduce the opportunity for selection and purchase, lessen price competition, and impose additional expenses on the purchase of firearms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 24th day of October, 2013, in Bellevue, WA.

*/s/ Alan M. Gottlieb*
Alan Gottlieb
Executive Vice President / Founder
Second Amendment Foundation