Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.:  179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis, Calif. Bar No.: 224250
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-KJM-CKD |
| Plaintiffs, | ) | |
| | ) | **DECLARATION OF HOFFMAN** |
| v. | ) | |
| | ) | In Support of Plaintiffs' Motion |
| Stephen Lindley, | ) | For Summary Judgment |
| Defendant. | ) | |
| _____ | ) | |

I, Gene Hoffman, Jr., am competent to state, and to declare the following based on my

personal knowledge:

1.      I am the Chairman of the CalGuns Foundation, Inc. ("CGF")

2.      CFG is a non-profit organization incorporated under the laws of California with its

principal place of business in San Carlos, California.

3.      The purposes of CGF include supporting the California firearms community by

promoting education for all stakeholders about California and federal firearm laws, rights and

privileges, and securing, defending and protecting the civil rights of California gun owners, who are

its members and supporters.

4.      CGF expends their resources encouraging exercise of the right to bear arms, and advising and educating their members, supporters, and the general public about the legality of particular firearms. The issues raised by, and consequences of, Defendant's policies, are of great interest to CGF constituencies.

5.      Defendant's policies regularly cause the expenditure of resources by CGF as people turn to our organization for advice and information.

6.      Defendant's policies bar the board members and supporters of CGF from obtaining numerous, if not most, handguns.

7.      Exhibit F is a true and correct copy of documents provided to me by the State of California in response to a request for official records pursuant to the California Public Records Act, Cal. Government Code §6250, et seq.

8.      Exhibit G is a true and correct copy of a portion of a portion of the current California Roster of Handgun Certified for Sale, available at http://certguns.doj.ca.gov/

9.      Exhibit E is a true and correct copy of a portion of a list maintained by the California Department of Justice of handguns that have been removed from the California Roster of Handguns Certified for Sale, available at http://caag.state.ca.us/firearms/forms/pdf/removed.pdf

10.     Exhibit A is a true and correct copy of the request I made of the California Department of Justice pursuant to the California Public Records Act, Cal. Government Code §6250, et seq., and the response received thereto.

11.     Members and supporters of the Calguns Foundation, Inc., would acquire new semiautomatic handguns of the kind in common use throughout the United States, for traditional lawful purposes including self-defense, but cannot do so owing to California's rostering scheme.

12.     California's handgun rostering scheme substantially limits commerce in (and therefore CGF members and supporters' access to) unrostered handguns, since no dealer can stock these firearms.  This results in a significant loss of choice and price competition for members and supporters of the Calguns Foundation, Inc.

13.     Members and supporters of the Calguns Foundation, Inc., who seek to conduct private party sales of off-roster firearms would suffer increased costs in transporting and transferring their firearms from out-of-state dealers even if these transfers were lawful.  They would not suffer these costs if the firearms were available for sale in California.

14.     Defendants' policies make firearms less accessible to the public, reduce the opportunity for selection and purchase, lessen price competition, and impose additional expenses on the purchase of firearms.

15.     As a firearms enthusiast myself and avid collector of firearms, I am familiar with firearms and the nomenclature of the firearms industry.  I have personally reviewed the ATF's Annual Firearms Manufacturing and Export Report for the Year 2011, available at: http://www.atf.gov/files/statistics/download/afmer/2011-final-firearms-manufacturing-export-report. pdf. The report was last accessed on October 24, 2013.  This report prepared by the ATF lists all firearms (handguns, rifles and shotguns) that were manufactured and/or exported from the United States in 2011. The report breaks down handguns into "pistols" and "revolvers," with a further breakdown under each category showing different caliber ranges.

16.     In modern times, virtually all handguns that are not revolvers are semi-automatics. It is all but unheard of to see a modern handgun that is neither a revolver nor semi-automatic.  It is common knowledge that most semi-automatic handguns utilize detachable magazines. In common usage, anything smaller than a .22 would be a rimfire cartride, while any cartridge larger than a .22, would be center-fired.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 25th day of October, 2013, in California.

_____
Gene Hoffman, Jr.Chairman
Calguns Foundation, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 25th day of October, 2013, in California.

Gene Hoffman, Jr. Chairman
Calguns Foundation, Inc.