Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis, Calif. Bar No.: 224250
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>Stephen Lindley,<br>　　　　Defendant. | Case No. 2:09-CV-01185-KJM-CKD<br><br>**EXHIBIT G**<br><br>In Support of Plaintiffs' Motion<br>For Summary Judgment |

Respectfully October 24, 2013,

Alan Gura, Calif. Bar No.: 178221          Jason A. Davis, Calif. Bar No.: 224250
Gura & Possessky, PLLC                       Davis & Associates
101 N. Columbus St., Suite 405              27201 Puerta Real, Suite 300
Alexandria, VA 22314                         Mission Viejo, CA 92691
703.835.9085/Fax 703.997.7665              949.310.0817/Fax 949.288.6894

　　　　　　　　　　　　　　　　　　　　Donald E.J. Kilmer, Jr., Calif. Bar No. 179986
　　　　　　　　　　　　　　　　　　　　Law Offices of Donald Kilmer, A.P.C.
　　　　　　　　　　　　　　　　　　　　1645 Willow Street, Suite 150
　　　　　　　　　　　　　　　　　　　　San Jose, CA 95125
　　　　　　　　　　　　　　　　　　　　408.264.8489/Fax 408.264.8487
　　　　　　　　　　　　　　　　　　　　Email: Don @DKLawOffice.com

　　　　　　　　　　　　　　　　　By:   /s/ Donald E.J. Kilmer, Jr.
　　　　　　　　　　　　　　　　　　　　Donald E. J. Kilmer, Jr., Attorney for Plaintiffs

Case 2:09-cv-01185-KJM-CKD   Document 61-14   Filed 10/25/13   Page 2 of 5



State of California Department of Justice

Office of the Attorney General

Kamala D. Harris ~ Attorney General

| Home | About | News | Careers | Contact | Programs A - Z |

**Search**

**FIREARMS**

Firearms Home

California Firearms Laws Summary Booklet

FAQs

Forms and Publications

Handgun Safety Certificate Program

Regulations

Roster of Handguns Certified for Sale

Roster of Firearm Safety Devices Certified for Sale

Statistics

Archive

Contact Us

# Roster of Handguns Certified for Sale

Handgun models will be removed from the roster on the list expiration date unless the manufacturer renews the listing prior to the list expiration date.

Search again

Showing all records matching **Springfield Armory**
The matching records list is sorted by Barrel Length
This list is valid for **Thursday, October 24, 2013**

| Model | Gun Type | Barrel Length | Caliber | Exp Date |
|---|---|---|---|---|
| PX9801L (ambi safety) / Alloy, Stainless Steel | Pistol | 3" | .45 ACP | 12/20/2014 |
| PX9801L / Alloy, Stainless Steel | Pistol | 3" | .45 ACP | 12/20/2014 |
| PX9804L / Alloy, Stainless Steel | Pistol | 3" | .45 ACP | 1/17/2014 |
| XD9801 / Composite, Steel | Pistol | 3" | 9mm | 3/19/2014 |
| XD9810 / Composite, Steel | Pistol | 3" | 9mm | 7/29/2014 |
| XD9811 / Composite, Steel | Pistol | 3" | 9mm | 4/7/2014 |
| XD9831 / Polymer, Steel | Pistol | 3" | 9mm | 3/26/2014 |
| XD9802 / Polymer, Steel | Pistol | 3.01" | .40 S&W | 10/25/2014 |
| XD9812 / Polymer, Steel | Pistol | 3.01" | .40 S&W | 3/10/2014 |
| XD9832 / Polymer, Steel | Pistol | 3.01" | .40 S&W | 3/26/2014 |
| XD9842 / Polymer, Steel | Pistol | 3.01" | .40 S&W | 3/26/2014 |
| 1911 EMP Compact PI9209L / Alloy, Steel | Pistol | 3.1" | 9mm | 2/6/2014 |
| XD9821 / Polymer, Stainless Steel | Pistol | 3.1" | 9mm | 3/23/2014 |
| XD9822 / Polymer, Stainless Steel | Pistol | 3.1" | .40 S&W | 2/18/2014 |
| PX9161L (ambi safety) / Stainless Steel | Pistol | 3.5" | .45 ACP | 12/31/2014 |
| PX9161L / Stainless Steel | Pistol | 3.5" | .45 ACP | 12/31/2014 |
| PX9171L (ambi safety) / Stainless Steel | Pistol | 3.5" | .45 ACP | 3/27/2014 |
| PX9171L / Stainless Steel | Pistol | 3.5" | .45 ACP | 3/27/2014 |
| PX9301L (ambi safety) / Carbon Steel | Pistol | 3.5" | .45 ACP | 12/31/2014 |
| PX9301L / Carbon Steel | Pistol | 3.5" | .45 ACP | 12/31/2014 |
| PX9142L (ambi safety) / Stainless Steel | Pistol | 4" | .45 ACP | 3/27/2014 |
| PX9142L / Stainless Steel | Pistol | 4" | .45 ACP | 3/27/2014 |
| PX9511L (ambi safety) / Carbon Steel | Pistol | 4" | .45 ACP | 12/31/2014 |

Roster of Handguns Certified for Sale - Firearms Division - California Dept. of Justice - Office of the Attorney General

Case 2:09-cv-01185-KJM-CKD   Document 61-14   Filed 10/25/13   Page 3 of 5

| Model / Material | Type | Barrel | Caliber | Date |
|---|---|---|---|---|
| PX9511L / Carbon Steel | Pistol | 4" | .45 ACP | 12/31/2014 |
| XD9161 / Polymer, Steel | Pistol | 4" | .45 ACP | 11/20/2014 |
| XD9261 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/26/2014 |
| XD9611 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/17/2014 |
| XD9612 / Polymer, Steel | Pistol | 4" | .45 ACP | 1/23/2014 |
| XD9614 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/26/2014 |
| XD9645 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/17/2014 |
| XD9646 / Polymer, Steel | Pistol | 4" | .45 ACP | 11/28/2014 |
| XD9647 / Polymer, Steel | Pistol | 4" | .45 ACP | 1/23/2014 |
| XD9648 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/26/2014 |
| XD9701 / Polymer, Steel | Pistol | 4" | 9mm | 5/9/2014 |
| XD9702 / Polymer, Steel | Pistol | 4" | .40 S&W | 9/6/2014 |
| XD9704 / Polymer, Steel | Pistol | 4" | 9mm | 8/26/2014 |
| XD9781 / Polymer, Steel | Pistol | 4" | 9mm | 3/17/2014 |
| XD9782 / Polymer, Carbon Steel | Pistol | 4" | .40 S&W | 3/17/2014 |
| PW9142L / Carbon Steel | Pistol | 4.0" | .45 | 10/4/2014 |
| PX9149L / Alloy, Carbon Steel | Pistol | 4.0" | .45 | 10/4/2014 |
| XD9221 / Polymer, Steel | Pistol | 4.08 | 9mm | 1/23/2014 |
| XD9101 / Steel, Polymer | Pistol | 4.08" | 9mm | 10/21/2014 |
| XD9102 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 12/20/2014 |
| XD9103 / Polymer, Steel | Pistol | 4.08" | .357 SIG | 12/20/2014 |
| XD9104 / Steel, Polymer | Pistol | 4.08" | 9mm | 3/21/2014 |
| XD9109 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 3/21/2014 |
| XD9113 / Polymer, Steel | Pistol | 4.08" | .357 SIG | 3/26/2014 |
| XD9121 / Polymer, Steel | Pistol | 4.08" | 9mm | 1/23/2014 |
| XD9122 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 1/23/2014 |
| XD9201 / Steel, Polymer | Pistol | 4.08" | 9mm | 3/26/2014 |
| XD9202 / Composite, Steel | Pistol | 4.08" | .40 S&W | 3/26/2014 |
| XD9222 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 1/23/2014 |
| XD9231 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 3/26/2014 |
| XD9301 / Steel, Polymer | Pistol | 4.08" | 9mm | 1/17/2014 |
| XD9302 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 1/17/2014 |
| XD9311 / Steel, Polymer | Pistol | 4.08" | 9mm | 3/26/2014 |
| XD9312 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 3/27/2014 |
| XD9501 / Steel, Polymer | Pistol | 4.08" | 9mm | 12/3/2014 |
| XD9502 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 12/3/2014 |
| PB9108 / Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2014 |
| PB9108L (Integrated Locking System)) / Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2014 |
| PB9113L (ambi safety) / Steel | Pistol | 5" | .38 Super | 9/20/2014 |

Roster of Handguns Certified for Sale - Firearms Division - California Dept. of Justice - Office of the Attorney General

Case 2:09-cv-01185-KJM-CKD   Document 61-14   Filed 10/25/13   Page 4 of 5

| Model / Material | Type | Barrel | Caliber | Date |
|---|---|---|---|---|
| PB9113L / Steel | Pistol | 5" | .38 Super | 9/20/2014 |
| PB9114L / Steel | Pistol | 5" | .38 Super | 7/29/2014 |
| PB9151L / Stainless Steel | Pistol | 5" | .45 ACP | 3/19/2014 |
| PB9609L / Carbon Steel | Pistol | 5" | .45 ACP | 4/30/2014 |
| PC9102 / Carbon Steel | Pistol | 5" | .45 ACP | 12/3/2014 |
| PC9105LCA (ambi safety) / Steel | Pistol | 5" | .45 ACP | 9/20/2014 |
| PC9105LCA / Steel | Pistol | 5" | .45 ACP | 9/20/2014 |
| PC9106L / Steel | Pistol | 5" | .45 ACP | 9/22/2014 |
| PC9107L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 3/29/2014 |
| PC9107L / Stainless Steel | Pistol | 5" | .45 ACP | 3/29/2014 |
| PC9108L (ambi safety) / Carbon Steel | Pistol | 5" | .45 ACP | 3/29/2014 |
| PC9108L / Carbon Steel | Pistol | 5" | .45 ACP | 3/29/2014 |
| PC9111 (ambi safety) / Carbon Steel | Pistol | 5" | .45 ACP | 3/29/2014 |
| PC9111 / Carbon Steel | Pistol | 5" | .45 ACP | 3/29/2014 |
| PC9111LR / Carbon Steel | Pistol | 5" | .45 ACP | 7/21/2014 |
| PC9206 / Carbon Steel | Pistol | 5" | .45 ACP | 5/9/2014 |
| PI9132L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 4/26/2014 |
| PI9132L / Stainless Steel | Pistol | 5" | .45 ACP | 4/26/2014 |
| PI9134L (ambi safety) / Stainless Steel | Pistol | 5" | 9mm | 4/26/2014 |
| PI9134L / Stainless Steel | Pistol | 5" | 9mm | 4/26/2014 |
| PI9140L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 3/27/2014 |
| PI9140L / Stainless Steel | Pistol | 5" | .45 ACP | 3/27/2014 |
| PW9108L / Steel | Pistol | 5" | .45 ACP | 9/22/2014 |
| PW9151L / Stainless Steel | Pistol | 5" | .45 ACP | 4/30/2014 |
| PW9609L / Steel | Pistol | 5" | .45 ACP | 4/21/2014 |
| PX9103L (ambi safety) / Alloy, Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2014 |
| PX9103L / Alloy, Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2014 |
| PX9104L / Alloy, Stainless Steel | Pistol | 5" | .45 ACP | 5/9/2014 |
| PX9106L / Steel | Pistol | 5" | .45 ACP | 9/22/2014 |
| PX9109L (ambi safety) / Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2014 |
| PX9109L / Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2014 |
| PX9130L (ambi safety) / Stainless Steel | Pistol | 5" | 9mm | 12/31/2014 |
| PX9130L / Stainless Steel | Pistol | 5" | 9mm | 12/31/2014 |
| PX9151L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 2/20/2014 |
| PX9151L / Stainless Steel | Pistol | 5" | .45 ACP | 2/20/2014 |
| PX9152L / Stainless Steel | Pistol | 5" | .45 ACP | 5/9/2014 |
| PX9154L / Stainless Steel | Pistol | 5" | .45 ACP | 10/25/2014 |
| PX9608L (ambi safety) / Carbon Steel | Pistol | 5" | .45 ACP | 4/26/2014 |
| PX9608L / Carbon Steel | Pistol | 5" | .45 ACP | 4/26/2014 |

Roster of Handguns Certified for Sale - Firearms Division - California Dept. of Justice - Office of the Attorney General

Case 2:09-cv-01185-KJM-CKD   Document 61-14   Filed 10/25/13   Page 5 of 5

| Model / Material | Type | Barrel | Caliber | Date |
|---|---|---|---|---|
| XD9132 / Polymer, Steel | Pistol | 5" | .40 S&W | 11/28/2014 |
| XD9162 / Polymer, Steel | Pistol | 5" | .45 ACP | 11/20/2014 |
| XD9232 / Polymer, Steel | Pistol | 5" | .40 S&W | 3/26/2014 |
| XD9262 / Polymer, Steel | Pistol | 5" | .45 ACP | 3/26/2014 |
| XD9402 Tactical / Polymer, Steel | Pistol | 5" | .40 S&W | 9/6/2014 |
| XD9405 / Polymer, Steel | Pistol | 5" | .40 S&W | 12/3/2014 |
| XD9412 / Polymer, Steel | Pistol | 5" | .40 S&W | 3/26/2014 |
| XD9621 / Polymer, Steel | Pistol | 5" | .45 ACP | 3/17/2014 |
| XD9622 / Polymer, Steel | Pistol | 5" | .45 ACP | 1/23/2014 |
| XD9624 / Polymer, Steel | Pistol | 5" | .45 ACP | 3/26/2014 |
| PX9105ML / Carbon Steel | Pistol | 5.0" | .45 ACP | 10/25/2014 |
| XD9131 / Polymer, Steel | Pistol | 5.01" | 9mm | 1/23/2014 |
| XD9401 / Polymer, Steel | Pistol | 5.01" | 9mm | 3/10/2014 |
| XD9404 / Polymer, Steel | Pistol | 5.01" | 9mm | 6/23/2014 |
| XD9411 / Polymer, Steel | Pistol | 5.01" | 9mm | 3/26/2014 |
| PX9628L (ambi safety) / Stainless Steel | Pistol | 6" | .45 ACP | 2/8/2014 |
| PX9628L / Stainless Steel | Pistol | 6" | .45 ACP | 2/8/2014 |

Search again

Return to the DOJ Bureau of Firearms web page



DECISIONS PENDING & OPPORTUNITIES FOR PUBLIC PARTICIPATION |   ACCESSIBILITY |
CHANGE TEXT SIZES |   PRIVACY POLICY |   CONDITIONS OF USE |   DISCLAIMER |   SUBSCRIBE |   © 2013 DOJ