Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis, Calif. Bar No.: 224250
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ivan Peña, et al.,<br>    Plaintiffs,<br>v.<br>Stephen Lindley,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:09-CV-01185-KJM-CKD<br><br>**EXHIBIT H**<br><br>In Support of Plaintiffs' Motion<br>For Summary Judgment |

Respectfully October 24, 2013,

Alan Gura, Calif. Bar No.: 178221           Jason A. Davis, Calif. Bar No.: 224250
Gura & Possessky, PLLC                       Davis & Associates
101 N. Columbus St., Suite 405               27201 Puerta Real, Suite 300
Alexandria, VA 22314                         Mission Viejo, CA 92691
703.835.9085/Fax 703.997.7665                949.310.0817/Fax 949.288.6894

                                             Donald E.J. Kilmer, Jr., Calif. Bar No. 179986
                                             Law Offices of Donald Kilmer, A.P.C.
                                             1645 Willow Street, Suite 150
                                             San Jose, CA 95125
                                             408.264.8489/Fax 408.264.8487
                                             Email: Don @DKLawOffice.com

                                     By:     /s/ Donald E.J. Kilmer, Jr.
                                             Donald E. J. Kilmer, Jr., Attorney for Plaintiffs

# TABLE OF CONTENTS



POINT & SHOOT ERGONOMICS™ _____ 7-8
XD FEATURES _____ 9-10
XD STANDARDS _____ 11-12
45 ACP _____ 13-14
XD GEAR® PACKAGE _____ 15-16
XD® WITH THUMB SAFETY _____ 17-20
COMPACT 4" _____ 21-22
COMPACT 5" _____ 23-24
TACTICAL 5" _____ 25-26
SERVICE MODEL 4" _____ 27-28
SUB-COMPACT 3" _____ 29-30



INTRODUCTION TO THE (M) FACTOR™ _____ 31-32
DESIGN _____ 33
TECHNOLOGY _____ 34
INNOVATIONS _____ 35
PERSONALIZATION _____ 36
MULTI-PURPOSE CASE _____ 37-38
XD(M) 4.5" _____ 39-40

SPRINGFIELD CUSTOM™ _____ 41-46
ACCESSORIES _____ 47-50
COMPARISON CHARTS _____ 51-54

**2003
AMERICAN RIFLEMAN
HANDGUN OF THE YEAR
XD® PISTOL**

**2006
AMERICAN RIFLEMAN
HANDGUN OF THE YEAR
XD® 45ACP PISTOL**

**2006
SHOOTING INDUSTRY ACADEMY OF EXCELLENCE
HANDGUN OF THE YEAR
XD® 45ACP PISTOL**



# THE STANDARDS

IN 2001, SPRINGFIELD ARMORY SET OUT TO SHOW CUSTOMERS, THE FIREARM'S INDUSTRY, AND THE REST OF THE WORLD A WHOLE NEW STANDARD IN ERGONOMIC DESIGN AND AVAILABLE FEATURES. WITH THE INTRODUCTION OF THE XD® POLYMER PISTOL, THEY DID JUST THAT …



LOADED CHAMBER INDICATOR

STRIKER STATUS INDICATOR

OPTIONAL THUMB SAFETY

GRIP SAFETY

DOUBLE SLOT ACCESSORY RAIL

ULTRA SAFETY ASSURANCE (USA) TRIGGER SYSTEM™

AMBIDEXTROUS MAGAZINE RELEASE

**THE SHOOTER CAN CHECK THE STRIKER STATUS INDICATOR BY SIGHT OR TOUCH TO VERIFY THE STRIKER IS IN THE COCKED POSITION.**



**THE LOADED CHAMBER INDICATOR ALLOWS THE SHOOTER TO VERIFY VISUALLY OR BY TOUCH, AND WITHOUT A DOUBT, THAT THERE IS A ROUND IN THE CHAMBER.**



**THE ULTRA SAFETY ASSURANCE (USA) TRIGGER SYSTEM™ GUARDS AGAINST ACCIDENTAL DISCHARGE FROM DROPPING OR BUMPING BY LOCKING THE TRIGGER IN PLACE UNTIL DIRECT, REARWARD PRESSURE IS APPLIED.**



**THE GRIP SAFETY ON THE XD® ALLOWS IT TO FIRE ONLY WHEN THE SHOOTER HAS A FIRM GRIP ON THE PISTOL.**



## XD® AVAILABILITY BY SIZE

| MODEL | BARREL | CALIBER | MAG CAPACITY | BLACK | OD GREEN | DARK EARTH | BI-TONE SS/BLACK | BI-TONE SS/OD GREEN | BI-TONE SS/DARK EARTH |
|---|---|---|---|---|---|---|---|---|---|
| SUB-COMPACT | 3.01" | 9X19MM | 10 OR 13 (16 W/ MAG X-TENSION™) | XD9801 | XD9811 | | XD9821 | | |
| SUB-COMPACT | 3.01" | 40S&W | 9 (12 W/ MAG X-TENSION™) | XD9802 | XD9812 | | XD9822 | | |
| COMPACT | 4.05" | 45ACP | 10 (13 W/ MAG X-TENSION™) | XD9645 | XD9646 | XD9647 | XD9649 | XD9650 | XD9651 |
| COMPACT | 5.01" | 45ACP | 10 (13 W/ MAG X-TENSION™) | XD9655 | XD9656 | XD9657 | | | |
| SERVICE | 4.05" | 9X19MM | 16 | XD9101 | XD9201 | XD9121 | XD9301 | | |
| SERVICE | 4.05" | 40S&W | 12 | XD9102 | XD9202 | XD9122 | XD9302 | | |
| SERVICE | 4.05" | 357SIG | 12 | XD9103 | | | | | |
| SERVICE | 4.05" | 45GAP | 9 | XD9504 | | | | | |
| SERVICE | 4.05" | 45ACP | 13 | XD9611 | XD9612 | XD9161 | XD9613 | XD9165 | XD9163 |
| SERVICE (THUMB SAFETY) | 4.05" | 45ACP | 13 | XD9661 | | | XD9663 | | |
| PORTED V-10 | 4.05" | 9X19MM | 16 | XD9701 | XD9704 | | | | |
| PORTED V-10 | 4.05" | 40S&W | 12 | XD9702 | XD9706 | | | | |
| TACTICAL | 5.01" | 9X19MM | 16 | XD9401 | XD9404 | XD9131 | | | |
| TACTICAL | 5.01" | 40S&W | 12 | XD9402 | XD9405 | XD9132 | | | |
| TACTICAL | 5.01" | 357SIG | 12 | XD9403 | | | | | |
| TACTICAL | 5.01" | 45GAP | 9 | XD9505 | | | | | |
| TACTICAL | 5.01" | 45ACP | 13 | XD9621 | XD9622 | XD9162 | XD9623 | | |
| TACTICAL (THUMB SAFETY) | 5.01" | 45ACP | 13 | XD9664 | | | XD9666 | | |

## XD(M)™ AVAILABILITY BY SIZE

| MODEL | BARREL | CALIBER | MAG CAPACITY | BLACK | OD GREEN | DARK EARTH | BI-TONE SS/BLACK | BI-TONE SS/OD GREEN | BI-TONE SS/DARK EARTH |
|---|---|---|---|---|---|---|---|---|---|
| 4.5 | 4.5" | 40S&W | 16 | XDM9202 | | | | | |
| 4.5 | 4.5" | 40S&W | 16 | | | | | XDM9212 | |

* HIGH-CAPACITY MAGAZINES MAY NOT BE AVAILABLE IN SOME STATES.

* THIS IS NOT AN ALL-INCLUSIVE LIST OF PART NUMBERS. PLEASE ASK YOUR SPRINGFIELD ARMORY® REPRESENTATIVE ABOUT MAGAZINE CAPACITY OPTIONS IN YOUR AREA AND NIGHT SIGHT OPTIONS.