Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis, Calif. Bar No.: 224250
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al., ) | Case No. 2:09-CV-01185-KJM-CKD |
| Plaintiffs, ) | |
| ) | **EXHIBIT I** |
| v. ) | |
| ) | In Support of Plaintiffs' Motion |
| Stephen Lindley, ) | For Summary Judgment |
| Defendant. ) | |
| _____ ) | |

Respectfully October 24, 2013,

Alan Gura, Calif. Bar No.: 178221         Jason A. Davis, Calif. Bar No.: 224250
Gura & Possessky, PLLC                     Davis & Associates
101 N. Columbus St., Suite 405             27201 Puerta Real, Suite 300
Alexandria, VA 22314                       Mission Viejo, CA 92691
703.835.9085/Fax 703.997.7665              949.310.0817/Fax 949.288.6894

                                           Donald E.J. Kilmer, Jr., Calif. Bar No. 179986
                                           Law Offices of Donald Kilmer, A.P.C.
                                           1645 Willow Street, Suite 150
                                           San Jose, CA 95125
                                           408.264.8489/Fax 408.264.8487
                                           Email: Don @DKLawOffice.com

                               By:    /s/ Donald E.J. Kilmer, Jr.
                                      Donald E. J. Kilmer, Jr., Attorney for Plaintiffs

P.D. 249 Rev. 9/76

## METROPOLITAN POLICE DEPARTMENT, WASHINGTON, D.C.
### APPLICATION FOR FIREARMS REGISTRATION CERTIFICATE
**$10.00 FEE REQUIRED WITH THIS APPLICATION   PRINT ALL INFORMATION**

This application for a Firearms Registration Certificate must be handcarried to the Metropolitan Police Department, Firearms Registration Section, 300 Indiana Avenue, N.W. Washington, D.C. 20001 by the purchaser.
The purchaser MUST 1) be fingerprinted by the Metropolitan Police Department, however, if the purchaser has been finger printed by this department within five (5) years prior to submitting this application he need not be fingerprinted again if he offers other satisfactory proof of identity 2) submit with this application two full face photographs of himself, 1¼ x 1-7/8 inches taken within 30 days of filing this application 3) have vision better than or equal to that required to obtain a valid driver's license in the District of Columbia (a current driver's license will be prima facie evidence that the applicant's vision is sufficient) 4) demonstrate satisfactory knowledge of the laws in the District of Columbia pertaining to firearms and the safe and responsible use of same.
No transfer of a firearm between the seller and the purchaser may be made until a reply from the Chief of Police has been received by both parties involved.

**REGISTRATION NUMBER**
**DATE REGISTERED**
**DEALER'S LICENSE NO.**

**SELLER'S NAME**

**PURCHASER/OWNER'S NAME:** HELLER, Dick A.
**STREET ADDRESS:** 263 KENTUCKY AVE S.E.    APT. NO.
**CITY:** WASH    **STATE:** DC    **ZIP CODE:** 20003

### DESCRIPTION OF FIREARM
- ☐ NEW  ☒ USED
- **MAKE OF WEAPON:** HIGH STANDARD
- **MODEL:** BUNTLINE
- **SERIAL NUMBER:** MØ499-17
- **MFG. I.D. NUMBER:**
- **NO. OF SHOTS:** 9
- **CALIBER:** .22
- **NO. OF BARRELS/LENGTH:** 1   9½
- **FINISH:** BLACK
- **TYPE OF ACTION:** Single
- **IDENTIFYING MARKS:**

### DESCRIPTION OF PURCHASER/OWNER
- **DATE OF BIRTH:** [redacted]
- **PLACE OF BIRTH:** SAN Diego, CA
- **OPERATOR'S PERMIT NUMBER:** [redacted]
- **RACE:** [redacted]
- **SEX:** M
- **OCCUPATION:** Armed Security Guard
- **BUSINESS NAME:** BlackHawk Sec.
- **BUSINESS ADDRESS:** 5210 AUTH Rd   Suitland MD 20746
- **HOME PHONE NUMBER:** [redacted]
- **BUSINESS PHONE NUMBER:** [redacted]

**PURCHASER/OWNER'S ADDRESSES FOR THE PAST FIVE -5- YEARS WITH DATES OF RESIDENCE**
263 KENTUCKY AVE S.E.   DC   20003

**PURCHASER/OWNER'S OCCUPATION, BUSINESS NAME AND ADDRESSES FOR THE PAST FIVE -5- YEARS WITH DATES OF EMPLOYMENT**
GSA Security, BlackHawk, 5210 AUTH Rd. Suitland, MD, Dec01-Jy02 - DCSPO, Sting Sec., 635 Mass. Ave. NW, Oct00-Dec01 - Burns Sec., 701 S. 12th, ARL, VA, Nov99-Sep00 - VANCE Sec. 1000 Wilson Bl. ARL, VA, Jy98-Nov99, HUDCU. 415 7th S WDC, Teller, May97-Oct98.

**HAVE YOU PREVIOUSLY BEEN DENIED IN THE DISTRICT OF COLUMBIA OR ELSEWHERE ANY PISTOL, RIFLE OR SHOTGUN LICENSE OR REGISTRATION CERTIFICATE?**  ☒ NO   ☐ YES   IF YES, EXPLAIN WHY AND BY WHOM

**HAVE YOU EVER BEEN INVOLVED IN ANY MISHAP INVOLVING A PISTOL, RIFLE OR SHOTGUN? INCLUDING DATES, PLACES, AND NAMES OF ANY PERSONS INJURED OR KILLED.**  ☒ NO   ☐ YES   IF YES, EXPLAIN CIRCUMSTANCES.

**GIVE A BRIEF STATEMENT OF YOUR INTENDED USE OF THE FIREARM AND WHERE THE FIREARM WILL BE KEPT**
PERSONAL PROTECTION

I HEREBY CERTIFY THAT I AM NOT FORBIDDEN BY EXISTING LAWS AND REGULATIONS FROM PURCHASING OR POSSESSING A FIREARM AND THAT THE INFORMATION GIVEN BY ME ON THIS APPLICATION IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND DOES NOT KNOWINGLY CONTAIN ANY MATERIAL MISREPRESENTATION OF FACT

**SIGNATURE OF SELLER:** Dick A. Heller   **DATE:** 7-17-02
**SIGNATURE OF PURCHASER/OWNER:** Dick A. Heller   **DATE:** 7-17-02

The Seller and the Purchaser MUST SIGN IN THE PRESENCE OF EACH OTHER.

### NOTICE
This application is VALID as a FIREARMS REGISTRATION CERTIFICATE only when stamped APPROVED by the Chief of Police and a REGISTRATION NUMBER is affixed thereto.

**THIS IS NOT A LICENSE TO CARRY A CONCEALED FIREARM.**

DISAPPROVED   DC Code 7-2502.02
JUL 19 '02  11:00

PAGE.005