IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al., | Case No. 2:09-CV-01185-KJM-CKD |
| Plaintiffs, | [PROPOSED] ORDER |
| v. | |
| Stephen Lindley | |
| Defendant. | |

This matter came before the Court on Plaintiffs' Motion for Summary Judgment. There being no genuine dispute of material facts, and Plaintiffs being entitled to summary judgment as a matter of law, Plaintiffs' motion for summary judgment is GRANTED.

California's Unsafe Handgun Act, California Penal Code, §§ 31900, *et seq.*, is hereby declared unconstitutional. Defendant, his officers, agents, servants, employees, and all persons in active concert or participation with him who receive actual notice of the injunction, are hereby enjoined permanently from enforcing California's Unsafe Handgun Act, California Penal Code, §§ 31900, *et seq.*

SO ORDERED.

This the ___ day of _____, 2013.

_____
The Hon. Kimberly J. Mueller
United States District Judge