# CERTIFICATE OF SERVICE

Case Name:   **Ivan Pena, et al. v. Wilfredo Cid**          No.   **2:09-CV-01185-KJM-CKD**

I hereby certify that on October 25, 2013, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION;**

**DEFENDANT STEPHEN LINDLEY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION;**

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION;**

**DECLARATION OF ANTHONY R. HAKL IN SUPPORT OF DEFENDANT STEPHEN LINDLEY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION;**

**DECLARATION OF STEPHEN LINDLEY IN SUPPORT OF DEFENDANT STEPHEN LINDLEY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION; and**

**DECLARATION OF JOEL TOCHTERMAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 25, 2013, at Sacramento, California.


| Brenda Apodaca | /s/ Brenda Apodaca |
|---|---|
| Declarant | Signature |