John C. Eastman, California Bar No. 193726
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
Tel.: (714) 628-2587  Fax: (714) 844-4817

Of Counsel:
Erik S. Jaffe, D.C. Bar No. 440112
Erik S. Jaffe, P.C.
5101 34th Street, N.W.
Washington, D.C.  20008
Tel.:   (202) 237-8165 Fax:(202) 237-8166

Attorneys for *Amicus Curiae*
The GLOCK, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Pena, *et al.*, | Case No. 2:09-CV-01185-KJM-CKD |
| Plaintiffs, | NOTICE OF LODGING OF AMICUS CURIAE BRIEF OF GLOCK, INC., IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Stephen Lindley, | |
| Defendant | |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that *Amicus Curiae* GLOCK, Inc. has lodged the accompanying *Amicus Curiae* Brief pending resolution of its Motion for Leave to File the same, Docket No. 56, filed on October 25, 2013.

1 | Dated: November 1, 2013 | Respectfully Submitted,

Of Counsel: | John C. Eastman, California Bar No. 193726
Erik S. Jaffe, D.C. Bar No. 440112 | Center for Constitutional Jurisprudence
Erik S. Jaffe, P.C. | c/o Chapman University School of Law
5101 34th Street, N.W. | One University Drive
Washington, D.C. 20008 | Orange, CA 92866
Tel.:   (202) 237-8165 | Tel.: (714) 628-2587  Fax: (714) 844-4817
Fax:   (202) 237-8166

Attorneys for *Amicus Curiae*
GLOCK, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of November, 2013, I caused the foregoing Notice of Lodging of Amicus Curiae Brief of GLOCK, Inc. to be served via the ECF system on all counsel therein:

*s/ John C. Eastman*
John C. Eastman