Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Jason A. Davis, Calif. Bar No.: 224250
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-KJM-CKD |
|---|---|---|
| Plaintiffs, | ) | PLAINTIFFS' NOTICE OF FILING OF CORRECTED PLEADING |
| v. | ) | |
| Stephen Lindley | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that Plaintiffs are filing concurrently with this notice a corrected version of Plaintiffs' Memorandum of Points and Authorities in Support of their Motion for Summary Judgment to replace the pleading filed at ECF 61-1, which inadvertently exceeded the page limitations in this case.

The corrected pleading contains no substantive changes. Compliance with the page limitation is achieved by redacting non-essential text. Plaintiffs regret the error.

1 | Dated: November 2, 2013 | Respectfully submitted,

Alan Gura, Cal. Bar No.: 178221 | Donald E.J. Kilmer, Jr., Cal. Bar No. 179986
Gura & Possessky, PLLC | Law Offices of Donald Kilmer, A.P.C.
101 N. Columbus St., Suite 405 | 1645 Willow Street, Suite 150
Alexandria, VA 22314 | San Jose, CA 95125
703.835.9085/Fax 703.997.7665 | 408.264.8489/Fax 408.264.8487
alan@gurapossessky.com | Don @DKLawOffice.com

/s/ Alan Gura | /s/ Donald E.J. Kilmer, Jr.
Alan Gura | Donald E.J. Kilmer, Jr.

Jason A. Davis, Cal. Bar No.: 224250
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
949.310.0817/Fax 949.288.6894 | Attorneys for Plaintiffs