# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2013, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

Notice of Filing of Corrected Pleading

Plaintiff's Memorandum of Points in Authorities in Support of their Motion for Summary Judgment CORRECTED

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 2nd day of November, 2013, at Alexandria, Virginia.

/s/ Alan Gura
Alan Gura
Counsel for Plaintiffs