Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-KJM-CKD |
|---|---|---|
| Plaintiffs, | ) ) | NOTICE OF ATTORNEY CHANGE OF ADDRESS |
| v. | ) ) | |
| Stephen Lindley | ) ) | |
| Defendant. | ) ) | |

Pursuant to Local Rule 182(f), please take notice that the address for Alan Gura, Gura & Possessky, PLLC, counsel for Plaintiffs, has changed. The new address is:

    105 Oronoco Street, Suite 305
    Alexandria, VA 22314

All other contact information remains unchanged.

Dated: December 2, 2013    Respectfully submitted,

    Alan Gura, Cal. Bar No.: 178221
    Gura & Possessky, PLLC
    105 Oronoco Street, Suite 305
    Alexandria, VA 22314
    703.835.9085/Fax 703.997.7665
    alan@gurapossessky.com

    /s/ Alan Gura
    Alan Gura