KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ANTHONY R. HAKL, State Bar No. 197335
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-9041
 Fax: (916) 324-8835
 E-mail: Anthony.Hakl@doj.ca.gov
*Attorneys for Defendant Stephen Lindley*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC. and THE CALGUNS FOUNDATION, INC.,**<br><br>                               Plaintiffs,<br><br>    v.<br><br>**STEPHEN LINDLEY,**<br><br>                               Defendant. | Case No. 2:09-CV-01185-KJM-CKD<br><br>**DECLARATION OF ANTHONY R. HAKL IN SUPPORT OF DEFENDANT STEPHEN LINDLEY'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:           December 16, 2013<br>Time:          10:00 a.m.<br>Dept.:          Courtroom 3, 15th floor<br>Judge:         The Honorable Kimberly J. Mueller<br>Trial Date:   None at this time<br>**Action Filed: May 1, 2009** |

1

Declaration of Anthony R. Hakl in Support of Defendant Stephen Lindley's Opposition to Plaintiffs' Motion for Summary Judgment (2:09-CV-01185-KJM-CKD)

DECLARATION OF ANTHONY R. HAKL

1. I am a Deputy Attorney General for the Office of the Attorney General in the California Department of Justice located in Sacramento, California. I am the attorney of record for Stephen Lindley ("Defendant"). I make this declaration in support of Lindley's Opposition to Plaintiffs' Motion for Summary Judgment. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached as Exhibit A is a true and correct copy of Assem. Com. on Public Safety, Analysis of Senate Bill No. 15 (1999-2000 Reg. Sess.) June 8, 1999.

3. Attached as Exhibit B is a true and correct copy of Senate Com. on Public Safety, Analysis of Senate Bill No. 15 (1999-2000 Reg. Sess.) April 6, 1999.

4. Attached as Exhibit C is a true and correct copy of Senate Com. on Public Safety, Analysis of Assembly Bill No. 1471 (2007-2008 Reg. Sess.) June 26, 2007.

5. Attached as Exhibit D is a true and correct copy of Assem. Com. on Appropriations, Analysis of Assembly Bill No. 1471 (2007-2008 Reg. Sess.) May 16, 2007.

6. Attached as Exhibit E is a true and correct copy of Assem. Com. on Public Safety, Analysis of Assembly Bill No. 1471 (2007-2008 Reg. Sess.) April 17, 2007.

7. I retrieved these legislative history documents from the publicly-accessible web site http://www.leginfo.ca.gov/.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed in Sacramento, California, this 2nd day of December, 2013.

/s/ ANTHONY R. HAKL