**EXHIBIT D**

D000001

BILL ANALYSIS

```
                                                       AB 1471
                                                       Page  1
```

Date of Hearing:   May 16, 2007

```
              ASSEMBLY COMMITTEE ON APPROPRIATIONS
                      Mark Leno, Chair

          AB 1471 (Feuer) - As Amended: April 10, 2007
```

Policy Committee:                             Public
Safety          Vote: 5-2

Urgency:     No               State Mandated Local Program:
Yes    Reimbursable:          No

SUMMARY

This bill requires, effective January 1, 2010, all semiautomatic pistols not already designated as safe handguns, pursuant to the Department of Justice's (DOJ) registry, to be equipped with microscopic characters, identifying the make, model, and serial number of the pistol, imprinted in two or more places, onto the interior surface or internal working parts of the pistol, which are transferred by imprinting on each cartridge case when the gun is fired.

FISCAL EFFECT

Unknown, likely minor, nonreimbursable local law enforcement costs for increased county jail commitments for misdemeanor possession or sale of unsafe handguns, the category of which would expand pursuant to this bill.

COMMENTS

1) Rationale . Microstamping uses lasers to make precise microscopic engravings on the firing pin and the interior surfaces of the firing chamber of a gun. Those markings, which include the make, model and serial number of the gun, are imprinted on the cartridge case when the gun is fired. Examining a spent cartridge case can identify the microstampings of the gun that fired the round.

According to the author, "This bill is about catching criminals. This bill will allow law enforcement to positively link used cartridge casings recovered at crime scenes to the crime gun. This bill will: (a) help law enforcement solve

```
                                                       AB 1471
                                                       Page  2
```

handgun crimes; (b) help reduce gang violence; and, (c) help reduce gun trafficking of new semi-automatic handguns."

2) Proponents , including the Brady Campaign to Stop Gun Violence and a number of police chiefs contend microstamping provides an opportunity for assisting law enforcement in solving gun crimes. With microstamping, state and local law enforcement agencies need not maintain computer equipment or databases. Cartridge cases recovered at crime scenes can lead investigators to the guns that fired them via existing systems.

According to the Brady Campaign, "Micro-stamping will not impose a new cost on the state of California as no new database or procedures are required. California already has a system for tracking guns and their owners. At the scene of a crime, law enforcement will simply check the existing database. Buyers of micro-stamping handguns will notice no change in the purchasing process as no new permitting or information is needed. Existing handguns and existing handgun owners will not be impacted by this bill since the law only applies to new handguns.

3) Opponents , generally gun-related groups, contend criminals could circumvent microstamping by defacing the microstamp, tossing dummy shell casings at a crime scene, or simply by using a revolver that does not eject a shell casing.

4) Current law requires that manufacturing, selling, furnishing or possessing an unsafe handgun is a misdemeanor, punishable by up to one year in the county jail. An unsafe handgun is defined as any handgun that lacks specified safety mechanisms.

DOJ maintains a registry of all safe handguns sold by a licensed dealer in California including, but not limited to, the buyer's name, address and other identifying information,

including serial number.

5) **Prior Legislation**. AB 352 (Koretz), 2005-06, was similar to AB 1471. AB 352 passed the Assembly and the Senate, with 41 and 22 votes respectively, and failed on concurrence in the Assembly.

AB 1471
Page 3

**Analysis Prepared by**:    Geoff Long / APPR. / (916) 319-2081