# CERTIFICATE OF SERVICE

Case Name:   **Ivan Pena, et al. v. Wilfredo Cid**          No.   **2:09-CV-01185-KJM-CKD**

I hereby certify that on December 2, 2013, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT BY DEFENDANT STEPHEN LINDLEY**

**DEFENDANT STEPHEN LINDLEY'S RESPONSE TO PLAINTIFFS' UNDISPUTED FACTS**

**DECLARATION OF ANTHONY R. HAKL IN SUPPORT OF DEFENDANT STEPHEN LINDLEY'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF LESLIE MCGOVERN IN SUPPORT OF DEFENDANT STEPHEN LINDLEY'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 2, 2013, at Sacramento, California.


|   Brenda Apodaca   |   /s/ Brenda Apodaca   |
|:---:|:---:|
| Declarant | Signature |