UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN PENA, et al., | No. 2:09-cv-01185-KJM-CKD |
| Plaintiffs, | |
| v. | ORDER |
| STEPHEN LINDLEY, Chief of the California Department of Justice Bureau of Firearms, | |
| Defendant. | |

On December 16, 2013, the court held a hearing on the pending cross-motions for summary judgment in this case. At hearing, the parties offered, if directed by the court, to file a stipulation clarifying a statistic in the record concerning the number of certain types of handguns rostered under California's Unsafe Handgun Act (UHA), contained in part at California Penal Code § 32000. The court now orders the parties to file a stipulation as to the following evidence:

1. How many of the 1,273 handguns on the roster contained in Exhibit A of Stephen Lindley's Declaration are semiautomatics? (*See* ECF 59.)
2. How many of these semiautomatics are center fire and how many rimfire?
3. How many of these semiautomatics are grandfathered and not subject to the UHA's microstamping requirement?

/////

1

1  If the parties are unable to stipulate as to any of the above, they shall file separate responses not to
2  exceed two pages each explaining why they are unable to reach a stipulation.  The parties shall
3  file their response(s) within fourteen days of the date of this order.
4        IT IS SO ORDERED.
5  DATE: December 17, 2013.

7  _____
   UNITED STATES DISTRICT JUDGE