Alan Gura (Calif. Bar No. 178,221)
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665
alan@gurapossessky.com

Anthony R. Hakl (Calif. Bar No. 197,335)
Deputy Attorney General
Government Law Section, Dept. Of Justice
1300 I Street Sacramento, CA 95814
916.322-9041/Fax 916.324-8835
anthony.hakl@doj.ca.gov

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487
Don@DKLawOffice.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-KJM-CKD |
| | ) | |
| Plaintiffs, | ) | STIPULATION PURSUANT TO |
| | ) | ORDER OF THE COURT (Doc #78) |
| v. | ) | |
| | ) | |
| Stephen Lindley, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to this Court's order of December 18, 2013 (Doc #78), the parties hereby stipulate to the following facts and analysis regarding the list of firearms set forth as Exhibit A attached to the Declaration of Stephen Lindley (Doc #59, 59-1):

1. Of the 1,273 handguns on the roster as of October 23, 2013 – 884 are semi-automatic.

2. Of the 884 semi-automatics, 796 are centerfire and 88 are rimfire.

3. 884.

The parties separately note that semiautomatic handguns are not subject to the microstamping requirement and would be "grandfathered" (i.e., can remain on the approved list) as long as the manufacturer continues to pay the roster fee and as long as any of these firearms do not fail any retest.

Dated: December 31, 2013                         Respectfully submitted,

Attorneys for Plaintiffs                                 Attorney for Defendant

/s/ Alan Gura                                            /s/ Anthony Hakl
Alan Gura (Calif. Bar No. 178,221)       Anthony R. Hakl (Calif. Bar No. 197,335)
Gura & Possessky, PLLC                       Deputy Attorney General
105 Oronoco Street, Suite 305               Government Law Section, Dept. Of Justice
Alexandria, VA 22314                            1300 I Street Sacramento, CA 95814
alan@gurapossessky.com                      916.322-9041/Fax 916.324-8835
                                                              E-Mail: anthony.hakl@doj.ca.gov

/s/ Donald E.J. Kilmer, Jr.                        Attorney for Defendant
Donald E.J. Kilmer, Jr. (Calif. Bar No. 179,986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487
Don@DKLawOffice.com

Attorneys for Plaintiffs