Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al., ) | Case No. 2:09-CV-01185-KJM-CKD |
| ) | |
| Plaintiffs, ) | NOTICE OF MOTION AND MOTION |
| vs. ) | TO SUPPLEMENT THE RECORD |
| ) | ON PENDING CROSS-MOTIONS |
| Stephen Lindley, ) | FOR SUMMARY JUDGMENT |
| ) | |
| Defendant. ) | |
| _____ ) | |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 28, 2014 at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 3 (15th Floor) of the United State District Court for the Eastern California, 501 I Street, Sacramento, California 95814 Plaintiffs Ivan Peña, Roy Vargas, Doña Croston, Brett Thomas, the Second Amendment Foundation, Inc., and the Calguns Foundation, Inc., by and through undersigned counsel, will move this Honorable Court to supplement the record in this matter on the pending motions for summary judgment.

This motion is based upon this notice of motion and motion, the attached memorandum of points and authorities, declarations, any material in the Court's files, and any other relevant matter to be considered by the Court.

On January 27, 2014, counsel met and conferred regarding this motion via telephone. Defendant's counsel has indicated that Defendant opposes the motion.

Plaintiffs respectfully ask that the motion be granted.

Dated: January 28, 2014        Respectfully submitted,

| | |
|---|---|
| Alan Gura, Cal. Bar No.: 178221 | Donald E.J. Kilmer, Jr., Cal. Bar No. 179986 |
| Gura & Possessky, PLLC | Law Offices of Donald Kilmer, A.P.C. |
| 105 Oronoco Street, Suite 305 | 1645 Willow Street, Suite 150 |
| Alexandria, VA 22314 | San Jose, CA 95125 |
| 703.835.9085/Fax 703.997.7665 | 408.264.8489/Fax 408.264.8487 |
| alan@gurapossessky.com | Don @DKLawOffice.com |
| | |
| /s/ Alan Gura | /s/ Donald E.J. Kilmer, Jr. |
| Alan Gura | Donald E.J. Kilmer, Jr. |
| | |
| | Attorneys for Plaintiffs |