Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al., ) | Case No. 2:09-CV-01185-KJM-CKD |
| ) | |
| Plaintiffs, ) | PROPOSED ORDER |
| vs. ) | |
| ) | |
| Stephen Lindley, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

[PROPOSED] ORDER

This matter came before the Court on Plaintiffs' motion to supplement the record on the parties' cross-motions for summary judgment.

The attached declarations of Michael O. Fifer, Chief Executive Officer of Sturm, Ruger & Co., and Peter James Debney, President and Chief Executive Officer of Smith & Wesson, contain information relevant to the pending motions. This information concerns developments that occurred after the pending motions' submission, and which were thus unknown to the parties at the time the motions were initially briefed. Because the Court could always reconsider its decision on summary judgment based on newly-developed facts, Local Rule 230(j)(3); Fed. R.

Civ. Proc. 59(e) & 60(b), or entertain successive motions for summary judgment on an expanded factual record, *Hoffman* v. *Tonnemacher*, 593 F.3d 908, 911 (9th Cir. 2010), the Court will grant Plaintiffs' motion.

The declarations of Michael O. Fifer and Peter James Debney are accepted into the record.

SO ORDERED.

This the ____ day of _____, 2014.

_____
The Hon. Kimberly J. Mueller
United States District Judge