Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-KJM-CKD |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Stephen Lindley, | ) | |
| Defendant. | ) | |

## DECLARATION OF MICHAEL FIFER

I, Michael O. Fifer, am competent to state, and to declare the following based on my personal knowledge:

1. I am the Chief Executive Officer of Sturm, Ruger & Co., Inc. ("Ruger"), one of the nation's leading firearms manufacturers. The only full-line manufacturer of American-made firearms, Ruger offers consumers over 300 variations of more than 30 product lines.

2. Semi-automatic handguns are arms of the kind in common use for traditional lawful purposes throughout the United States, and have been for quite some time. Last year, Ruger sold hundreds of thousands of semi-automatic handguns for delivery to responsible, law-abiding American adults in all 50 states.

3. Ruger offers semi-automatic handguns both with and without loaded-chamber indicators and magazine disconnect devices. Two of our most popular semi-automatic pistols, the LCP® and SR1911®, are not equipped with these devices and therefore are not available for sale to traditional consumers in California (as opposed to law enforcement or other groups selected for special treatment under the regulations). Semi-automatic handguns without loaded-chamber indicators and magazine disconnect devices are widely used by traditional consumers in almost all states for a wide range of typical lawful purposes.

4. Like virtually all manufacturers, Ruger constantly improves its products and manufacturing processes to take advantage of innovations, to meet ever-changing consumer tastes and demands, and to remain competitive. Under the CA DOJ's interpretation and implementation of the California statute, any design, material, or manufacturing process modification made to a semi-automatic handgun model, no matter how small, requires that the model be resubmitted for roster testing in order to be offered for sale in California, even if it has no impact on the function of the handgun. As of May 17, 2013, any semi-automatic handgun submitted for roster testing must also comply with California's microstamping regime.

5. Handguns, once listed, may remain grandfathered on the roster only if there are no changes whatsoever to the handgun, excepting purely cosmetic changes. As a practical matter, no manufacturer can support one set of handgun models whose designs are frozen as of May 17, 2013 for one state - even a large state like California - while continuing to innovate and improve products for the rest of the country. To attempt to do so would create an undue economic burden for the manufacturer and would likely render it uncompetitive in the broader United States market.

6. There is no workable microstamping technology today, and Ruger believes that California's microstamping regulations make compliance impossible. Quite simply, the state law

requires the technology to perform at a level that Ruger cannot practically implement and, to our knowledge, has never been achieved by any manufacturer. As it appears infeasible to comply with the CA DOJ microstamping regulations, Ruger does not have any ability or plans to incorporate microstamping in its semi-automatic handguns, and cannot forecast when, if ever, it would be able to do so.

7.  Accordingly, the microstamping requirement is now forcing Ruger to cease semi-automatic handgun sales in California as its handguns are forced off the roster. As of this writing, thirty Ruger semi-automatic handgun models remain on California's roster. The last of these will expire on September 15, 2014, and no Ruger semi-automatic handguns can or will be added to the roster unless the microstamping requirement is rescinded.

8.  Upon information and belief, since California's microstamping requirement went into effect, no semi-automatic handgun model submitted for testing by any manufacturer has been added to the roster. .

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 25 day of January, 2014.

_____
Michael O. Fifer