## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

Notice of Motion and Motion to Supplement the Record on Pending Cross-Motions for Summary Judgment, Memorandum of Points and Authorities in Support of Motion to Supplement the Record on Summary Judgment, Proposed Order, Declaration of Michael O. Fifer, Declaration of James Debney

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 28th day of January, 2014, at Alexandria, Virginia.

/s/ Alan Gura
Alan Gura
Counsel for Plaintiffs