# CERTIFICATE OF SERVICE

Case Name:   **Ivan Pena, et al. v. Wilfredo Cid**        No.   **2:09-CV-01185-KJM-CKD**

I hereby certify that on July 7, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT STEPHEN LINDLEY'S SUPPLEMENTAL BRIEF;**

**DECLARATION OF STEPHEN LINDLEY IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL BRIEF; and**

**DECLARATION OF TODD LIZOTTE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL BRIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 7, 2014, at Sacramento, California.

|  |  |
|---|---|
| Brenda Apodaca | /s/ Brenda Apodaca |
| Declarant | Signature |

32015132.doc