Department of Justice
Handgun Roster Listing Fee
Renewal Request

| Make | Model | Report ID |
|---|---|---|
| | | |

| Type | Caliber | Barrel Lgth | Material(s) | Serial Number |
|---|---|---|---|---|
| | | | | |

| Handgun Submitted By | Listing Expiration Date |
|---|---|
| | |

## Department of Justice
## Firearms Manufacturer/Importer
## Listing Fee Renewal Certification

Have the handguns for the above-referenced model been modified in any way from those that were tested or listed as a similar?

YES _____   NO _____

If yes, state the specific modifications made to the handgun or any parts of the handgun.

_____

_____

Is the information indicated above (make, model, caliber, barrel length, material(s)) correct?

YES _____   NO _____

If no, please provide the correct information for this model:

_____

_____

I declare under penalty of perjury according to the laws of the State in which this certification is executed that all statements made herein are true and complete.

Signature: _____

Name/Title (Printed): _____

Date: _____