# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                    **JUDGMENT IN A CIVIL CASE**

**IVAN PENA, ET AL.,**

                                    CASE NO: **2:09–CV–01185–KJM–CKD**

       v.

**STEPHEN LINDLEY, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/26/15**

                                                 **Marianne Matherly**
                                                 Clerk of Court

    ENTERED:  **February 26, 2015**

                                      by: /s/ A. Meuleman_____
                                                  Deputy Clerk