Alan Gura, Calif. Bar No.: 178221
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr., Calif. Bar No.: 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ivan Peña, et al., | ) | Case No. 2:09-CV-01185-KJM-CKD |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Stephen Lindley | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOTICE OF APPEAL

NOTICE IS GIVEN that Plaintiffs Ivan Peña, Roy Vargas, Doña Croston, Brett Thomas, the Second Amendment Foundation, Inc., and the Calguns Foundation, Inc., hereby appeal to the United States Court of Appeals for the Ninth Circuit, from the order and judgment denying their motion for summary judgment and granting defendant's motion for summary judgment, entered on the 26th day of February, 2015 (Dkt. Nos. 94 & 95).

| | |
|---|---|
| Dated: February 26, 2015 | Respectfully submitted, |
| Alan Gura, Cal. Bar No.: 178221<br>Gura & Possessky, PLLC<br>101 N. Columbus St., Suite 405<br>Alexandria, VA 22314<br>703.835.9085/Fax 703.997.7665<br>alan@gurapossessky.com | Donald E.J. Kilmer, Jr., Cal. Bar No. 179986<br>Law Offices of Donald Kilmer, A.P.C.<br>1645 Willow Street, Suite 150<br>San Jose, CA 95125<br>408.264.8489/Fax 408.264.8487<br>Don @DKLawOffice.com |
| /s/ Alan Gura<br>Alan Gura | /s/ Donald E.J. Kilmer, Jr.<br>Donald E.J. Kilmer, Jr.<br><br>Attorneys for Plaintiffs |

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2015, I electronically filed the foregoing notice of appeal with the Clerk of the Court by using the CM/ECF system.

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 26th day of February, 2015, at Alexandria, Virginia.

/s/ Alan Gura
Alan Gura
Counsel for Plaintiffs