UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:             CLERK, U.S. COURT OF APPEALS

FROM:           CLERK, U.S. DISTRICT COURT

SUBJECT:        NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:09–CV–01185–KJM–CKD** |
| USDC Judge: | **JUDGE KIMBERLY J. MUELLER** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **IVAN PENA vs. STEPHEN LINDLEY** |
| Type: | **CIVIL** |
| Complaint Filed: | **4/30/2009** |
| Appealed Order/Judgment Filed: | **2/26/2015** |
| Court Reporter Information: | **Kimberly Bennett** |

FEE INFORMATION

**Fee Status: Paid on 2/26/2015 in the amount of $505.00**

Information prepared by: /s/ **C. Manzer , Deputy Clerk**