Alan Gura (CBN: 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (CBN: 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan Peña, et al.,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Stephen Lindley,<br>　　　　Defendant. | Case No. 2:09-CV-01185-KJM-CKD<br><br>PLAINTIFF/APPELLANTS'<br>NOTICE RE: TRANSCRIPTS |

A notice of appeal was filed in this action on February 26, 2015 (Doc # 26) and the matter was docketed in the Ninth Circuit under Case No.: 15-15449. The scheduling order in that matter set April 9, 2015 as the deadline for ordering any transcripts from the district court proceedings.

The only transcript of the district court proceedings that Plaintiff/Appellants intend to designate for the record on appeal has already been filed and appears as document number 79 on the docket. The document is available through PACER.

No further action on the part of the Court Reporter is necessary.

Respectfully Submitted on April 1, 2015.

 /s/   Donald Kilmer

Donald Kilmer, Attorney for Plaintiff/Appellants.